IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**YVETTE BOYKIN,**

      Plaintiff,



    Civil Action No.
    03-CV-0944S(Sr)

 *vs.*

**KEYCORP AND ITS SUBSIDIARY,
KEY BANK NATIONAL ASSOCIATION, d/b/a
KEYBANK**

    Defendants.

_____/

## **PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

   Plaintiff, Yvette Boykin, hereby objects and responds to Defendant KeyBank's

First Request For Production of Documents (the "Requests") as follows:

### **GENERAL OBJECTIONS**

Plaintiff objects to the Requests to the extent that:

 (1) The Requests seek information not relevant to the issues raised in this

   action and are not reasonably calculated to lead to the discovery of

   admissible evidence;

 (2) The Requests seek information protected by the attorney-client privilege,

   the work product rule or any other protection or privilege recognized by

   law;

 (3) The Requests are overly broad or unduly burdensome and a full and

complete response to the Requests would subject Plaintiff to undue burden and expense;

(4)     The Requests seek to impose burdens beyond those contemplated by Federal Rules of Civil Procedure 26 or 33;

(5)     The Requests seek information or documents already in the custody, control, or possession of Defendants or previously provided to Defendants or their agents;

(6)     The Requests seek information or document not within Plaintiff's custody, control, or possession;

(7)     The Requests seek documents containing confidential or personally sensitive information;

(8)     The Requests are too vague and ambiguous to allow Plaintiff to formulate a full and complete response; and

(9)     Plaintiff's response to each Request is based on information and documents currently available and obtained after a reasonable diligent search. Plaintiff reserves the right to supplement its response to the Requests as additional information and documents come to light in the course of discovery and preparation for trial.

## OBJECTIONS AND RESPONSES TO SPECIFIC REQUESTS

### REQUEST NO. 1:

All documents, electronically stored information, or tangible things referred to or which relate in any way to Plaintiff's claims and/or the allegations in the Complaint.

**RESPONSE**

Plaintiff objects to Request No. 1 on the grounds that it is overly broad, unduly burdensome and expensive, seeks documents that are protected from disclosure by the attorney-client privilege, the work product doctrine or other applicable privilege or doctrine, seeks confidential and personally sensitive information, and documents already in the custody, control, or possession of Defendants or previously provided to Defendants or their agents. Without waiver of her objection, Plaintiff has produced documents (some redacted) herewith relative to this Request listed in the Affirmation of Attachments as Exhibit Nos. 1-8.

**REQUEST NO. 2:**

All documents, electronically stored information, or tangible things referred to in or which relate in any way to Plaintiff's responses to Defendant KeyBank's First Set of Requests.

**RESPONSE**

Plaintiff objects to Request No. 2 on the grounds that it is overly broad, unduly burdensome and expensive, seeks documents that are protected from disclosure by the attorney-client privilege, the work product doctrine or other applicable privilege or doctrine, seeks confidential and personally sensitive information, and information or documents already in the custody, control, or possession of Defendants or previously provided to Defendants or their agents. Without waiver of her objections, Plaintiff has produced documents (some redacted), herewith relative to this Request listed in the Affirmation of Attachments as Exhibit Nos. 1-8.

## REQUEST NO. 3:

All documents, electronically stored information, or tangible things concerning, or which relate in any way to, Plaintiff's computation of damages contained in Plaintiff's Initial Disclosures, dated August 6, 2008, including, but not limited to, all receipts, bills, loan applications, loan term descriptions, and/or all correspondence regarding loans.

## RESPONSE

Plaintiff object to Request No. 3 on that ground that it request documents the disclosure of which would violate attorney-client privilege, the work product doctrine or other applicable privilege or doctrine, and seeks confidential and personally sensitive information. Without waiver of her objections, Plaintiff has produced copies of documents herewith relative to this Request, some of which have been redacted because of privacy matters. These documents are listed in the Affirmation of Attachments as Exhibit Nos. 1-3.

## REQUEST NO. 4:

All documents, electronically stored information, or tangible things concerning, or which relate in any way to, the allegations in Plaintiff's Initial Disclosures, dated August 6, 2008, that Plaintiff suffered emotional distress as a result the conduct alleged in the Complaint.

## RESPONSE

Plaintiff object to Request No. 4 on that ground that it request documents the disclosure of which would violate attorney-client privilege, the work product doctrine or other applicable privilege or doctrine, and seeks confidential and personally sensitive

4

information.   Plaintiff has produced copies of documents herewith relative to this Request, some of which have been redacted because of privacy matters. These documents are listed in the Affirmation of Attachments as Exhibit Nos. 1-3.

## REQUEST NO. 5:

All documents, electronically stored information, or tangible things concerning, or which relate in any way to, any application by Plaintiff with any bank, institution, company, or lender, other than KeyBank, for any loan during the period from January 1, 2000 to December 31, 2002, including, but not limited to, all applications, correspondence and/or notes.

## RESPONSE:

Plaintiff objects to Request No. 1 on the grounds that it is overly broad to the extent that it requests "any" application, seeks documents that are protected from disclosure by the attorney-client privilege, the work product doctrine or other applicable privilege or doctrine, seeks confidential and personally sensitive information, and documents not relevant to the issues raised in this action.  Plaintiff has produced copies of documents herewith relative to this Request, some of which have been redacted because of privacy matters. These documents are listed in the Affirmation of Attachments as Exhibit Nos. 1-3.

## INTERROGATORY NO. 6:

All documents, electronically stored information, or tangible things concerning, or which relate in any way to, any application(s) by Plaintiff with KeyBank for any loan during the period from January 1, 2000 to December 31, 2002, including, but not limited

to, all applications, correspondence and/or notes

**RESPONSE**

Plaintiff objects to Request No. 6 on the grounds that it is unduly burdensome and expensive as it seeks information or documents already in the custody, control, or possession of Defendants or previously provided to Defendants or their agents. Plaintiff has produced documents (some redacted) herewith relative to this Request listed in the Affirmation of Attachments as Exhibit Nos. 5-8.

**REQUEST NO. 7:**

All documents, electronically stored information, or tangible things in Plaintiff's possession concerning, or which relate in any way to, any application(s) by any individual, other than Plaintiff, with KeyBank for any loan, including, but not limited to, all applications, correspondence, notes, summaries, charts and/or graphs.

**RESPONSE**

Plaintiff is unaware of any such individual referred to in this Request.

**(NOTE: REQUESTS PROVIDED PLAINTIFF SKIP FROM NO. 7 TO NO. 10)**

**REQUEST NO. 10:**

All documents, electronically stored information, or tangible things concerning, or which relate in any way to, any communication(s) which Plaintiff has had with any person which refer or in any way relate to: (a) the fact that Plaintiff is suing KeyBank; or (b) Plaintiff's claim or belief that KeyBank has engaged in any unlawful conduct.

**RESPONSE**

Plaintiff objects to Request No. 10 on the grounds that it is overly broad, unduly

burdensome, seeks information not relevant to the issues raised in this action, not reasonably calculated to lead to the discovery of admissible evidence, seeks information protected by attorney-client privilege, other applicable privilege or doctrine recognized by law and confidential information related to individuals who are not parties to this lawsuit or who have given their permission to release such information. Defendant already has information or documents in its custody, control, or possession regarding this lawsuit and Plaintiff's administrative claims of discrimination against KeyBank.

**REQUEST NO. 11:**

All documents, electronically stored information, or tangible things concerning, or which relate in any way to, the allegation contained in paragraph 9 of the Complaint that "Plaintiff-Applicant met all financial and credit requirements of Defendant Key and was in all respects qualified to receive a real estate transaction."

**RESPONSE**

Plaintiff objects to providing a response to Request No. 11 at his time as she intends to rely on information that may become available or apparent during the course of discovery in this case. Subject to and without waiver of her objections, Plaintiff has produced copies of documents herewith relative to this Request, which are listed in the Affirmation of Attachments as Exhibit Nos. 4 and 5.

**REQUEST NO. 12:**

All documents, electronically stored information, or tangible things concerning, or which relate in any way to, the allegations contained in paragraph 10 of the Complaint the "Plaintiff–Applicant was treated differently from similarly situated loan applicants

not in the protected classes, despite her qualifications for the loan because of her race, sex and the location of the property in a predominantly African American neighborhood" and/or "persons who were not members of the protected classes received loans and were more favorably treated in the loan application process than Plaintiff-Applicant with regard to the same or similar types of properties owned by Plaintiff-Applicant."

**RESPONSE**

Plaintiff objects to providing a response to Request No. 12 at his time as she intends to rely on information that may become available or apparent during the course of discovery in this case. Subject to and without waiver of her objections, Plaintiff has produced copies of documents herewith relative to this Request, which are listed in the Affirmation of Attachments as Exhibit Nos. 6-8.

**REQUEST NO. 13:**

All documents, electronically stored information, or tangible things concerning, or which relate in any way to, the allegations contained in paragraph 13 of the Complaint that "Defendant Key's 'lending Policy Guidelines'...was not uniformly applied.

**RESPONSE**

Plaintiff objects to providing a response to Request No. 13 at his time as she intends to rely on information that may become available or apparent during the course of discovery in this case. Subject to and without waiver of her objections, Plaintiff has produced copies of documents herewith relative to this Request, which are listed in the Affirmation of Attachments as Exhibit Nos. 6-7.

**REQUEST NO. 14:**

All documents, electronically stored information, or tangible things concerning, or which relate in any way to, the allegations contained in paragraph 13 of the Complaint that "Defendant Key utilizes a formula, criterion, rationale, standard of acceptance or business policy of reviewing loan application, which ... disproportionately denies loan applications for protected individuals and for the types of protected residential areas in which her property is located."

**RESPONSE**

Plaintiff objects to providing a response to Request No. 14 at his time as she intends to rely on information that may become available or apparent during the course of discovery in this case.  Subject to and without waiver of her objections, Plaintiff has produced copies of documents herewith relative to this Request, which are listed in the Affirmation of Attachments as Exhibit Nos. 4, 6-7.

**REQUEST NO. 15:**

All documents, electronically stored information, or tangible things concerning, or which relate in any way to, Plaintiff's housing discrimination complaint with the United States Department of Housing and Urban Development concerning KeyBank.

**RESPONSE**

Plaintiff objects to Request No. 15 on the grounds that it is overly broad, unduly burdensome and expensive, seeks information protected by attorney-client privilege, other applicable privilege or doctrine recognized by law, seeks confidential information related to individuals who are not parties to this lawsuit, and seeks information or

documents already in the custody, control, or possession of Defendants or previously provided to Defendants or their agents.

**REQUEST NO. 16:**

All documents, electronically stored information, or tangible things concerning, or which relate in any way to, the New York State Division of Human Rights' investigation of Plaintiff's housing discrimination complaint with the United States Department of Housing and Urban Development concerning KeyBank.

**RESPONSE**

Plaintiff objects to Request No. 16 on the grounds that it is overly broad, unduly burdensome, seeks information protected by attorney-client privilege, other applicable privilege or doctrine recognized by law, seeks confidential information related to individuals who are not parties to this lawsuit, and seeks information or documents already in the custody, control, or possession of Defendants or previously provided to Defendants or their agents.

**REQUEST NO. 17:**

All documents, electronically stored information, or tangible things concerning, or which relate in any way to, any complaint filed by Plaintiff with the United States Department of Housing and Urban Development concerning any individual, company, agency, institution, bank and/or lender.

**RESPONSE**

Plaintiff objects to Request No. 17 on the grounds that it is overly broad, unduly burdensome and expensive, seeks information protected by attorney-client privilege,

other applicable privilege or doctrine recognized by law, seeks confidential information related to individuals who are not parties to this lawsuit, and seeks information or documents already in the custody, control, or possession of Defendants or previously provided to Defendants or their agents. Without waiver of her objections, Plaintiff has provided Defendants with information in her response to Interrogatory No. 6 of Defendants' First Set of Interrogatories relative to this Request, which can be equally accessed by Defendants.

**REQUEST NO. 18:**

All documents, electronically stored information, or tangible things concerning, or which relate in any way to, the calculation or computation of any damages, including, but not limited to, any alleged compensatory damages, emotional distress, and/or pain and suffering, which Plaintiff claims to have suffered as a result of KeyBank's alleged conduct as described in the Complaint.

**RESPONSE**

Plaintiff objects to Request No. 1 on the grounds that it is overly broad, unduly burdensome and expensive, seeks documents that are protected from disclosure by the attorney-client privilege, the work product doctrine or other applicable privilege or doctrine, seeks confidential and personally sensitive information, and documents already in the custody, control, or possession of Defendants or previously provided to Defendants or their agents. Without waiver of her objection, Plaintiff has produced documents (some redacted) herewith relative to this Request listed in the Affirmation of Attachments as Exhibit Nos. 1-3.

**REQUEST NO. 19:**

All documents, electronically stored information, or tangible things prepared by or for any expert who may be called as a witness at trial, or by any consulting expert witness whose opinion or impressions have been reviewed by a testifying expert, concerning, the subject matter on which the expert witness is expected to testify, including the mental impressions and opinions held by such expert.

**RESPONSE**

Plaintiff has not retained any expert witness or any consulting expert witness at this time but may do so at a later date.

**REQUEST NO. 20:**

All documents, electronically stored information, or tangible things concerning, or which relate in any way to, communications between Plaintiff and any experts who may be called as a witness at trial or by any consulting expert witness whose opinion or impressions have been reviewed by a testifying expert, concerning, the subject matter or the expert work in connection therewith.

**RESPONSE**

Plaintiff has not had any communications with or retained any expert witness or consulting expert witness at this time but may do so at a later date.

**REQUEST NO. 21:**

All documents, electronically stored information, or tangible things concerning, or which relate to, any other lawsuits filed by Plaintiff, or filed by others on Plaintiff's behalf, or any complaints, charges or grievances made by Plaintiff, or made by others on

Plaintiff's behalf, against any person, company, agency, institution, bank, and/or lender, including but not limited to, copies of any deposition or transcript in which Plaintiff testified under oath in any prior lawsuit, administrative proceeding, arbitration or hearing and all pleading in any prior lawsuit where Plaintiff was named as a party.

**RESPONSE**

Plaintiff objects to Request No. 21 on the grounds that it is overly broad, unduly burdensome and expensive, seeks documents that are protected from disclosure by the attorney-client privilege, the work product doctrine or other applicable privilege or doctrine, seeks confidential and personally sensitive information, and documents already in the custody, control, or possession of Defendants or previously provided to Defendants or their agents. Without waiver of her objection, Plaintiff has provided Defendants with information in her response to Interrogatory No. 6 of Defendants' First Set of Interrogatories relative to this Request, which can be equally accessed by Defendants.

**REQUEST NO. 22:**

All documents, electronically stored information, or tangible things concerning, or which relate in any way to, the costs and/or expenses which Plaintiff has incurred in filing or prosecuting this case, including, but not limited to, filing and service of process fees, retainers, attorneys' fees, expert fees, costs of travel, and other related litigation or trial expenses.

**RESPONSE**

Plaintiff has produced available documents herewith relative to this Request listed in the Affirmation of Attachments as Exhibit Nos. 2-3 and reserves the right to

supplement her response as additional documents become available.

DATED: September 19, 2008

By: _____
Yvette Boykin
Plaintiff *Pro Se*
4045 Rockey Valley Drive
Conley, Georgia
(404) 244-1742

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

YVETTE BOYKIN,

**AFFIRMATION OF
ATTACHMENTS**

*Plaintiff,*

CIVIL ACTION
FILE NO: 03 CV 0944(Sr)

*vs.*

KEYCORP AND ITS SUBSIDIARY,
KEY BANK NATIONAL ASSOCIATION,
d/b/a KEY BANK

*Defendants.*

_____/

Plaintiff Yvette Boykin, affirms that the following is true and correct:

1. I am the Plaintiff in the above styled action.

2. This Affirmation is submitted in support of the Attachment listing exhibits that reference documents which relate to Plaintiff's Response to Defendants First Request For Production of Documents.

3. I affirm that the attached documents are true and correct copies of original documents in my possession or copies of documents obtained from the administrative file of the New York State Division of Human Rights, Case No. 7 H-RS-01-7904331-H that I received pursuant to my request of February 13, 2002.

## ATTACHMENTS

- Exhibit No. 1:  Loan application documents for loan Plaintiff was granted after loan denial by KeyBank, Hand-numbered P0001 to P0044.

- Exhibit No. 2:  Documents showing Plaintiff's expenses related to this lawsuit and damages listed in Plaintiff Initial Disclosures, dated August 6, 2008, hand-numbered P0045 to P0066.

- Exhibit No. 3:  Additional documents related to Plaintiff's Initial Disclosures, dated August 6, 2008 and Plaintiff's other claims of damages, hand-numbered P0067 to P0110.

- Exhibit No. 4:  U.S. Department of Housing and Urban Development, Final Investigative Report, Case No. 02-01-0646-8, dated December 3, 2001, Hand-numbered P0111 to P0113.

- Exhibit No. 5:  KeyBank's Good Faith Estimate to Plaintiff, dated August 1, 2001, Hand-numbered P0114.

- Exhibit No. 6: KeyBank letter to New York Division of Human Rights concerning Case No. 7-H-RS-01-790433-H, dated October 2, 2001, Hand-numbered P0115 to P011.

- Exhibit No. 7: KeyBank High Loan to Value Equity Loans and Out of Area Loans policy, Hand-numbered P0118 to P0119.

- Exhibit No. 8: Table of KeyBank, Applications for Non-Owner Occupied Home Improvement Loan, January 1, 2001-October 1, 2001, Hand-numbered P0120.

**DATED:**     September 19, 2008

Yvette Boykin
Plaintiff *Pro Se*
4045 Rockey Valley Drive
Conley, Georgia
(404) 244-1742

2



# AMERICAN EQUITY SERVICES, INC.

New York State Banking Department
Registered Mortgage Broker

(716) 626-0083 phone   (716) 362-3113 fax

2 August 2001

Ms. Yvette Boykin
4045 Rockey Valley Road
Conley, GA 30288

Dear Ms. Boykin:

Thank you for choosing American Equity Service, Inc. for your current financing needs.

We have reviewed your credit, income and subject property value and are pleased to advise that you have been pre-qualified for the following mortgage financing:

**Loan Type:** HELOC Home Improvement Line of Credit

**Line Amount:** $25,000

**Interest Rate:** Prime minus (-) .25 [currently = 6.5% for 1st six months]
Prime plus (+) 1.25 [currently = 8.0% thereafter]

**Term:** Revolving for 10 years
Converted to amortized 20 year loan thereafter

**Total Closing Costs:** $1,500 (includes our fee and can be taken from the loan proceeds)

Thank you again for your kind consideration; I look forward to arranging a convenient time to complete your application and arrange the closing which is expected to be approximately three weeks from your formal application.

At your service,

Bernice J. Kelley
Sr. Mortgage Consultant
American Equity Service Inc.

**EXHIBIT NO.1**

300 Cayuga Road • Cheektowaga, NY 14225
All loans provided through third party lenders
www.AESMORTGAGE.com

p6001

## PRE-APPLICATION DISCLOSURE AND FEE AGREEMENT
## FOR USE BY NEW YORK REGISTERED MORTGAGE BROKERS

**AMERICAN EQUITY SERVICES, INC.**
**338 HARRIS HILL RD., SUITE 206**
**WILLIAMSVILLE, NY 14221**
**(716) 626-0083**
**FAX: (716) 626-0499**

Registered Mortgage Broker
NYS Banking Department
Loans Arranged with 3rd Party Lenders

---

### In the following disclosure, I=applicant; you=mortgage broker.

You have advised me that you are authorized and prepared to assist me in securing financing. I understand that your services may include, but are not limited to the following:

- Counseling on available mortgage products;
- Counseling on general mortgage qualification procedures and requirements;
- Counseling on my financial capabilities;
- Assistance in obtaining information required to complete the mortgage application.
- Assistance in processing the loan application, and in meeting conditions of the loan commitment, such as obtaining any information required by the lender for loan approval.

I hereby agree to engage you for the purpose of advising me about financing and to provide the services described above. This agreement will continue until the earlier of the declination of my loan request(s), the closing of my loan or my termination of your services.

I acknowledge that prior to paying any fees or completing any application(s), I was advised of the following:

- Your services are advisory and administrative in nature;
- You are not authorized to make mortgage loans or commitments;
- You cannot guarantee acceptance into any particular loan program or specific loan terms or conditions;
- You may be eligible to receive a lender-paid bonus (cash or non-cash) if my loan is placed with a particular lender, and you will notify me if this occurs.

### BROKER FEE:

I understand that, as compensation for your services, you will be paid as checked below:

___✓___ The lender will pay you a fee of ____% of the loan amount or $_500.00_. The compensation you will receive from the lender for your services is included in the rate, points, fees and terms of the loan as quoted by the lender in its commitment. The maximum points paid, including premium pricing payable by the lender to you, shall not exceed three points.

_____ The fee the lender will pay you is not known at this time but will be disclosed to me at the time of lock-in or when the rate is set. The maximum points paid, including premium pricing payable by the lender to you, shall not exceed three points.

___✓___ I will pay you, from the loan proceeds, a fee of ____% of the loan amount or $_1,000.00_. I authorize the lender's attorney to collect this fee from me at closing.

_____ I will pay you, directly, upon my signed acceptance of a commitment___ or at closing___, a fee of ____% of the loan amount or $_____.

APPLICANT'S INITIALS _____   DATE _____
APPLICANT'S INITIALS _____   DATE _____

## MORTGAGE BROKER FEE ACKNOWLEDGEMENT:

I acknowledge that this mortgage broker fee will be paid to you. I further acknowledge that there is no other mortgage broker fee agreement between us.

I understand that I am required to pay the following fees at application:

- Application fee                            $ 395.00 - 0 -
- Property appraisal fee*                    $ 45.00 - 0 -
- Credit report fee*                         $ _____

*The property appraisal fee and the credit report fee are estimates of the actual cost of the services. Should the actual costs exceed the estimate, I understand that I will be billed and will pay the shortfall at or prior to closing.

- The application fee is refundable if:   the application fee is not refundable.

- The credit report and appraisal fees are non-refundable except that amounts collected in excess of the actual cost will be refunded. If the credit report and appraisal have not been done, the fees will be refunded in full.

## PROCESSING FEE:

Processing Fee                              $ N/A

## PREPAYMENT PENALTIES:

I understand that certain mortgage products impose a prepayment penalty on the borrower. You will disclose the amount of, or the formula for calculating, the prepayment penalty, and the terms of the prepayment penalty, if any, as soon as you know them.

## APPLICATION QUESTIONS:

I understand that I may address questions or comments about my application to Bruce Kiernan at (716) 626-0083. If I live more than 50 miles from the office at which my file is being processed, I may call you collect.

By signing below, I acknowledge receipt of a copy of this pre-application disclosure and fee agreement.

**APPLICANT _____        DATE _____

**APPLICANT _____        DATE _____

**Do not sign this form if spaces are left blank.

# GOOD FAITH ESTIMATE

| | | |
|---|---|---|
| Applicants: | YVETTE BOYKIN | Application No: 00003253 |
| Property Addr: | 81 WALDEN AVE, BUFFALO, NY 14211 | Date Prepared: 08/03/2001 |
| Prepared By: | AMERICAN EQUITY SERVICES, INC.  Ph. 716-626-0083 | Loan Program: |
| | 300 CAYUGA ROAD, CHEEKTOWAGA, NY 14225 | |

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates-actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 settlement statement which you will be receiving at settlement. The HUD-1 settlement statement will show you the actual cost for items paid at settlement.

Total Loan Amount $ 25,000   Interest Rate: 8.000 %   Term: 180 / 180 mths

| | ITEMS PAYABLE IN CONNECTION WITH LOAN | | |
|---|---|---|---|
| 801 | Loan Origination Fee | 2.000% | $ 500.00 PFC |
| 802 | Loan Discount | | |
| 803 | Appraisal Fee | | 450.00 |
| 804 | Credit Report | | |
| 805 | Lender's Inspection Fee | | |
| 808 | Mortgage Broker Fee | | |
| 809 | Tax Related Service Fee | | |
| 810 | Processing Fee | | |
| 811 | Underwriting Fee | | 200.00 PFC |
| 812 | Wire Transfer Fee | | 100.00 |
| | APPLICATION FEE | | 395.00 PFC |

| | TITLE CHARGES | | |
|---|---|---|---|
| 1101 | Closing or Escrow Fee: | $ 150.00 PFC |
| 1105 | Document Preparation Fee | 150.00 |
| 1106 | Notary Fees | |
| 1107 | Attorney Fees | |
| 1108 | Title Insurance: | 276.00 |
| | TITLE SEARCH | 225.00 |
| | TITLE EXAMINATION | 250.00 |

| | GOVERNMENT RECORDING & TRANSFER CHARGES | | |
|---|---|---|---|
| 1201 | Recording Fees: | $ 60.00 |
| 1202 | City/County Tax/Stamps: | |
| 1203 | State Tax/Stamps: | 162.50 |

| | ADDITIONAL SETTLEMENT CHARGES | | |
|---|---|---|---|
| 1302 | Pest Inspection | $ |
| | Flood Cert. | 10.00 |

| | | Estimated Closing Costs | 2,928.50 |
|---|---|---|---|

| | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
|---|---|---|---|
| 901 | Interest for 15 days @ $ 5.4795 per day | 82.19 |
| 902 | Mortgage Insurance Premium | |
| 903 | Hazard Insurance Premium | |
| 904 | | |
| 905 | VA Funding Fee | |

| | RESERVES DEPOSITED WITH LENDER | | |
|---|---|---|---|
| 1001 | Hazard Insurance Premiums | months @ $ 27.00 per month | $ |
| 1002 | Mortgage Ins. Premium Reserves | months @ $ per month | |
| 1003 | School Tax | months @ $ per month | |
| 1004 | Taxes and Assessment Reserves | months @ $ 178.00 per month | |
| 1005 | Flood Insurance Reserves | months @ $ per month | |
| | | months @ $ per month | |
| | | months @ $ per month | |

| | Estimated Prepaid Items/Reserves | 82.19 |
|---|---|---|
| TOTAL ESTIMATED SETTLEMENT CHARGES | | 3,010.69 |

| COMPENSATION TO BROKER (NOT PAID OUT OF LOAN PROCEEDS) | $ |
|---|---|

| TOTAL ESTIMATED FUNDS NEEDED TO CLOSE | | TOTAL ESTIMATED MONTHLY PAYMENT | |
|---|---|---|---|
| Purchase Price/Payoff | 6,164.00 | Principal & Interest | $ 238.91 |
| Base Loan Amount | 25,000.00 | Other Financing (P & I) | |
| MIP/FF Financed | 0.00 | Hazard Insurance | 27.00 |
| Total Loan Amount | 25,000.00 | Real Estate Taxes | 178.00 |
| Amount Paid by Seller | | Mortgage Insurance | |
| Estimated Closing Costs | 2,928.50 | Homeowner Assn. Dues | |
| Estimated Prepaid Items/Reserves | 82.19 | Other | |
| Total Est. Funds TO YOU | 15,825.31 | Total Monthly Payment | 443.91 |

☐ This Good Faith Estimate is being provided by _____, a mortgage broker, and no lender has been obtained. A lender will provide you with an additional Good Faith Estimate within three business days of the receipt of your loan application.   These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender, if your application is to purchase residential real property and the lender will take a first lien on the property.   The undersigned acknowledges receipt of the booklet "Settlement Costs," and if applicable the Consumer Handbook on ARM Mortgages.

Applicant  YVETTE BOYKIN _____ Date _____   Applicant _____ Date _____

Calyx Form gfe.frm 12/96

*p0004*

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ V.A. ☑ Conventional ☐ Other: ☐ FHA ☐ FmHA | | Agency Case Number | Lender Case Number |
|---|---|---|---|---|
| Amount $ 25,000 | Interest Rate 8.000 % | No. of Months 180/180 | Amortization Type: ☐ Fixed Rate ☐ GPM | ☑ Other (explain): HELOC ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, ZIP) 81 WALDEN AVE, BUFFALO, NY 14211  County: ERIE | No. of Units 2 |
|---|---|
| Legal Description of Subject Property (attach description if necessary) SEE PRELIMINARY TITLE REPORT | Year Built |

| Purpose of Loan | ☐ Purchase ☐ Refinance | ☐ Construction ☐ Construction-Permanent | ☑ Other (explain): HELOC | Property will be: ☑ Primary Residence ☐ Secondary Residence ☐ Investment |
|---|---|---|---|---|

*Complete this line if construction or construction-permanent loan.*

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements | Total (a+b) $ |
|---|---|---|---|---|---|

*Complete this line if this is a refinance loan.*

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| 1984 | $ 15,000 | $ 6,164 | Cash-Out/Other | Cost $ |

| Title will be held in what Name(s) YVETTE BOYKIN | Manner in which Title will be held SINGLE WOMAN | Estate will be held in: ☑ Fee Simple |
|---|---|---|
| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) EQUITY | | ☐ Leasehold (show expiration date) |

## III. BORROWER INFORMATION

| Borrower | | | | | Co-Borrower | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) YVETTE BOYKIN | | | | | Co-Borrower's Name (include Jr. or Sr. if applicable) | | | | |
| Social Security Number | Home Phone (incl. area code) 716-854-3747 | Age 53 | Yrs. School 16 | | Social Security Number | Home Phone (incl. area code) | Age | Yrs. School | |
| ☐ Married ☑ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no. / ages | | | | ☐ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no. / ages | | | |
| Present Address (street, city, state, ZIP) ☑ Own ☐ Rent  17 No. Yrs. 81 WALDEN AVE BUFFALO, NY 14211 | | | | | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. | | | | |

*If residing at present address for less than two years, complete the following:*

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|
| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |

## IV. EMPLOYMENT INFORMATION

| Borrower | | | Co-Borrower | | |
|---|---|---|---|---|---|
| Name and Address of Employer RETIRED | ☐ Self Employed | Yrs. on this job | Name and Address of Employer | ☐ Self Employed | Yrs. on this job |
| | | Yrs. employed in this line of work/profession | | | Yrs. employed in this line of work/profession |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) | |

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*

| Name and Address of Employer | ☐ Self Employed | Dates (from-to) | Name and Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) | |
| Name and Address of Employer | ☐ Self Employed | Dates (from-to) | Name and Address of Employer | ☐ Self Employed | Dates (from-to) |
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) | |

P0005

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ | $ | $ | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 230.00 | 238.91 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | 27.00 | 27.00 |
| Dividends/Interest | | | | Real Estate Taxes | 178.00 | 178.00 |
| Net Rental Income | 450.00 | | 450.00 | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | 3,153.00 | | 3,153.00 | Homeowner Assn. Dues | | |
| | | | | Other | | |
| Total | $ 3,603.00 | $ | $ 3,603.00 | Total | $ 435.00 | $ 443.91 |

*Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income**   Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower(B) or Co-Borrower(C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| B | Pension/Retirement Income | $ 2,216.00 |
| B | Social Security/Disability Income | 937.00 |

## VI. ASSETS AND LIABILITIES

This statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed [ ] Jointly [✓] Not Jointly

| ASSETS | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Description | | LIABILITIES | | |
| Cash deposit toward purchase held by: | $ | Name and address of Company    PEACHTREE FEDERAL CR | $ Payt./Mos. | $ |
| *List checking and savings accounts below* | | | | |
| Name and address of Bank, S&L, or Credit Union    KEY BANK | | | | |
| | .20 | Acct. no.  103680201 | 306 /48 | 11,370 |
| Acct. no. CHECKING | $ 2,000 | Name and address of Company    EXCEL FCU | $ Payt./Mos. | $ |
| Name and address of Bank, S&L, or Credit Union    EXCEL FCUNION | | | | |
| | | Acct. no.  95810090 | 100 | 1,622 |
| Acct. no. SAVINGS | $ 5,000 | Name and address of Company    PEACHTREE FEDERAL CR | $ Payt./Mos. | $ |
| Name and address of Bank, S&L, or Credit Union    WACHOVIA BANK | | | | |
| | | Acct. no.  9581009 | 100 /10 | 1,462 |
| Acct. no. SAVINGS | $ 3,000 | Name and address of Company    AMEX | $ Payt./Mos. | $ |
| Name and address of Bank, S&L, or Credit Union    ASSOCIATED FCUNION | | | | |
| | | Acct. no.  22423200 | | 323 |
| Acct. no. CHECKING | $ 2,500 | Name and address of Company    RICHS/FDSB | $ Payt./Mos. | $ |
| Stocks & Bonds (Company name/ number & description) | $ | | | |
| US SAVINGS BONDS | 5,000 | Acct. no.  118207364020 | 5 | 184 |
| RETIREMENT FUND | 105,000 | Name and address of Company    AFECU VISA | $ Payt./Mos. | |
| Life insurance net cash value | | | | |
| Face amount: $ | $ 100,000 | Acct. no.  4330060000362241 | 10 | 148 |
| Subtotal Liquid Assets | $ 222,500 | Name and address of Company    HRS/VALUE C | $ Payt./Mos. | $ |
| Real estate owned (enter market value from schedule of real estate owned) | $ 148,000 | | | |
| Vested interest in retirement fund | $ | Acct. no.  7001321102 | 10 | 51 |
| Net worth of business(es) owned (attach financial statement) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Automobiles owned (make and year) | $ | | | |
| Other Assets (itemize) | $ | Job Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 531 | |
| Total Assets a. | $ 370,500 | Net Worth (a-b) $ 285,912 | Total Liabilities b. | $ 84,588 |

P0006

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 81 WALDEN AVE BUFFALO, NY 14211 | SFR | $ 48,000 | $ 6,164 | $ 600 | $ 230 | INC | $ 450 |
| 4045 ROCKY VALLEY DRIVE CONLEY, GA 30288 | SFR | 100,000 | 63,264 | 0 | 484 | INC | 0 |
| | | | | | | | |
| Totals | | $ 148,000 | $ 69,428 | $ 600 | $ 714 | $ | $ 450 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | | | |
|---|---|---|---|---|---|

| VII. DETAILS OF TRANSACTION | |
|---|---|
| a. Purchase price | $ |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | 6,164.00 |
| e. Estimated prepaid items | |
| f. Estimated closing costs | |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 6,164.00 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| | |
| | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 25,000.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 25,000.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | (18,836.00) |

**VIII. DECLARATIONS**

If you answer "yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | ☐ | ☑ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☑ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☑ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☑ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ | ☑ | ☐ | ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ | ☑ | ☐ | ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☑ | ☐ | ☐ |
| h. Is any part of the down payment borrowed? | ☐ | ☑ | ☐ | ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ | ☑ | ☐ | ☐ |
| j. Are you a U. S. citizen? | ☑ | ☐ | ☐ | ☐ |
| k. Are you a permanent resident alien? | ☐ | ☑ | ☐ | ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☑ | ☐ | ☐ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☑ | ☐ | ☐ | ☐ |

(1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)?    PR/IP

(2) How did you hold title to the home—solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)?    S

## IX. ACKNOWLEDGMENT AND AGREEMENT

The undersigned specifically acknowledge(s) and agree(s) that: (1) the loan requested by this application will be secured by a first mortgage or deed of trust on the property described herein; (2) the property will not be used for any illegal or prohibited purpose or use; (3) all statements made in this application are made for the purpose of obtaining the loan indicated herein; (4) occupation of the property will be as indicated above; (5) verification or reverification of any information contained in the application may be made at any time by the Lender, its agents, successors and assigns, either directly or through a credit reporting agency, from any source named in this application, and the original copy of this application will be retained by the Lender, even if the loan is not approved; (6) the Lender, its agents, successors and assigns will rely on the information contained in the application and I/we have a continuing obligation to amend and/or supplement the information provided in this application if any of the material facts which I/we have represented herein should change prior to closing; (7) in the event my/our payments on the loan indicated in this application become delinquent, the Lender, its agents, successors and assigns, may, in addition to all their other rights and remedies, report my/our name(s) and account information to a credit reporting agency; (8) ownership of the loan may be transferred to successor or assign of the Lender without notice to me; (9) the Lender, its agents, successors and assigns may be transferred to an agent, successor or assign of the Lender with prior notice to me; (9) the Lender, its agents, successors and assigns make no representations or warranties, express or implied, to the Borrower(s) regarding the property, the condition of the property, or the value of the property.

Certification: I/we certify that the information provided in this application is true and correct as of the date set forth opposite my/our signature(s) on this application and acknowledge my/our understanding that any intentional or negligent misrepresentation(s) of the information contained in this application may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors and assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation which I/we have made on this application.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X _(signature)_ | | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling, in order to monitor the Lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish it, under Federal regulations this Lender is required to note race and sex on the basis of visual observation or surname. If you do not wish to furnish the above information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the Lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | CO-BORROWER |
|---|---|
| ☐ I do not wish to furnish this information | ☐ I do not wish to furnish this information |
| **Race/National Origin:** ☐ American Indian or Alaskan Native  ☐ Asian or Pacific Islander  ☐ Black, not of Hispanic origin  ☑ Hispanic  ☐ White, not of Hispanic origin  ☐ Other (specify) | **Race/National Origin:** ☐ American Indian or Alaskan Native  ☐ Asian or Pacific Islander  ☐ Black, not of Hispanic origin  ☐ Hispanic  ☐ White, not of Hispanic origin  ☐ Other (specify) |
| **Sex:** ☑ Female  ☐ Male | **Sex:** ☐ Female  ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) BJ KELLEY | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | Interviewer's Signature                        Date 4/6/01 | AMERICAN EQUITY SERVICES, INC. |
| ☐ face-to-face interview | _(signature)_ Lorraine Johnson Kelly | 300 CAYUGA ROAD |
| ☐ by mail | Interviewer's Phone Number (incl. area code) | CHEEKTOWAGA , NY 14225 |
| ☑ by telephone | 716-626-0083 | (P) 716-626-0083  (F) 716-362-3113 |

| Freddie Mac Form 65   10/92 | Page 3 of 4 | Fannie Mae Form 1003   10/92 |
|---|---|---|

CALYX Form 1003 Loanapp3.hp 2/95

p0007

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower:<br>YVETTE BOYKIN | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number: |

### VI. ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>**BANK OF AMERICA**<br>**MORTGAGE ON 2ND HOME IN GEORGIA** | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No.  **1732002678577** | (484) | 63,264 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>**NATIONSCREDIT** | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No.  **4667000574900** | (230) | 6,164 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature:<br>X | Date | Co-Borrower's Signature:<br>X | Date |
|---|---|---|---|

Freddie Mac Form 65    10/92
CALYX Form 1003 Lnap4ast.hp 2/95

Page 4 of 4

Fannie Mae Form 1003   10/92

P0008



# AMERICAN EQUITY SERVICES, INC.

New York State Banking Department
Registered Mortgage Broker

(716) 626-0083 phone   (716) 362-3113 fax

2 August 2001

Ms. Yvette Boykin
4045 Rockey Valley Road
Conley, GA 30288

Dear Ms. Boykin:

Thank you for choosing American Equity Service, Inc. for your current financing needs.

We have reviewed your credit, income and subject property value and are pleased to advise that you have been pre-qualified for the following mortgage financing:

| | |
|---|---|
| Loan Type: | HELOC Home Improvement Line of Credit |
| Line Amount: | $25,000 |
| Interest Rate: | Prime minus (-) .25 [currently = 6.5% for 1st six months]<br>Prime plus (+) 1.25 [currently = 8.0% thereafter] |
| Term: | Revolving for 10 years<br>Converted to amortized 20 year loan thereafter |
| Total Closing Costs: | $1,500 (includes our fee and can be taken from the loan proceeds) |

Thank you again for your kind consideration; I look forward to arranging a convenient time to complete your application and arrange the closing which is expected to be approximately three weeks from your formal application.

At your service,

Bernice J. Kelley
Sr. Mortgage Consultant
American Equity Service Inc.

300 Cayuga Road • Cheektowaga, NY 14225
All loans provided through third party lenders
www.AESMORTGAGE.com

p0009

# GOOD FAITH ESTIMATE

| | | |
|---|---|---|
| Applicants: | YVETTE BOYKIN | Application No: 0100062-01 |
| Property Addr: | 81 WALDEN AVE, BUFFALO, NY 14211 | Date Prepared: 08/03/2001 |
| Prepared By: | AMERICAN EQUITY SERVICES, INC.  Ph. 716-626-0083 | Loan Program: |
| | 300 CAYUGA ROAD, CHEEKTOWAGA, NY  14225 | |

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates-actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 settlement statement which you you will be receiving at settlement. The HUD-1 settlement statement will show you the actual cost for items paid at settlement.

Total Loan Amount $ **25,000**   Interest Rate **8.000** %   Term: **180 / 180** mths

| | 800 | ITEMS PAYABLE IN CONNECTION WITH LOAN: | | $ | PFC |
|---|---|---|---|---|---|
| | 801 | Loan Origination Fee | | | |
| | 802 | Loan Discount | | | |
| | 803 | Appraisal Fee | | | |
| | 804 | Credit Report | | | |
| | 805 | Lender's Inspection Fee | | | |
| | 806 | Mortgage Broker Fee | | | |
| | 809 | Tax Related Service Fee | | | |
| | 810 | Processing Fee | | | PFC |
| | 811 | Underwriting Fee | | | |
| | 812 | Wire Transfer Fee | | | PFC |
| | | APPLICATION FEE | | | |

| | 1100 | TITLE CHARGES: | | $ | PFC |
|---|---|---|---|---|---|
| | 1101 | Closing or Escrow Fee: | | | |
| | 1105 | Document Preparation Fee | | | |
| | 1106 | Notary Fees | | | |
| | 1107 | Attorney Fees | | | |
| | 1108 | Title Insurance: | | | |
| | | TITLE SEARCH | | | |
| | | TITLE EXAMINATION | | | |

| | 1200 | GOVERNMENT RECORDING & TRANSFER CHARGES: | | $ | |
|---|---|---|---|---|---|
| | 1201 | Recording Fees: | | | |
| | 1202 | City/County Tax/Stamps: | | | |
| | 1203 | State Tax/Stamps: | | | |

| | 1300 | ADDITIONAL SETTLEMENT CHARGES: | | $ | |
|---|---|---|---|---|---|
| | 1302 | Pest Inspection | | | |
| | | Flood Cert. | | | |

*Estimated Closing Costs*

| | 900 | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE: | | | |
|---|---|---|---|---|---|
| | 901 | Interest for | days @ $ **5.4795** per day | | |
| | 902 | Mortgage Insurance Premium | | | |
| | 903 | Hazard Insurance Premium | | | |
| | 904 | | | | |
| | 905 | VA Funding Fee | | | |

| | 1000 | RESERVES DEPOSITED WITH LENDER: | | | |
|---|---|---|---|---|---|
| | 1001 | Hazard Insurance Premiums | months @ $ **27.00** per month | $ | |
| | 1002 | Mortgage Ins. Premium Reserves | months @ $ per month | | |
| | 1003 | School Tax | months @ $ per month | | |
| | 1004 | Taxes and Assessment Reserves | months @ $ **178.00** per month | | |
| | 1005 | Flood Insurance Reserves | months @ $ per month | | |
| | | | months @ $ per month | | |
| | | | months @ $ per month | | |

*Estimated Prepaid Items/Reserves* — 0 —

TOTAL ESTIMATED SETTLEMENT CHARGES

| COMPENSATION TO BROKER (Not Paid Out of Loan Proceeds) | | $ | |
|---|---|---|---|

| TOTAL ESTIMATED FUNDS NEEDED TO CLOSE: | | TOTAL ESTIMATED MONTHLY PAYMENT: | |
|---|---|---|---|
| Purchase Price/Payoff | | Principal & Interest  $ | 238.91 |
| Base Loan Amount | 25,000.00 | Other Financing (P & I) | |
| MIP/FF Financed | 0.00 | Hazard Insurance | 27.00 |
| Total Loan Amount | 25,000.00 | Real Estate Taxes | 178.00 |
| Amount Paid by Seller | | Mortgage Insurance | |
| Estimated Closing Costs | | Homeowner Assn. Dues | |
| Estimated Prepaid Items/Reserves | | Other | |
| | | | |
| Total est. Funds  TO YOU | 25,000.00 | Total Monthly Payment | 443.91 |

☑ This Good Faith Estimate is being provided by *American Equity Svces, Inc.*, a mortgage broker, and no lender has been obtained. A lender will provide you with an additional Good Faith Estimate within three business days of the receipt of your loan application.  These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender, if your application is to purchase residential real property and the lender will take a first lien on the property. The undersigned acknowledges receipt of the booklet "Settlement Costs," and if applicable the Consumer Handbook on ARM Mortgages.

Applicant  YVETTE BOYKIN   Date 8/6/01

Applicant _____   Date _____

Calyx Form gfe.frm 12/96

P0010

# FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | | |
|---|---|---|
| Applicants: | YVETTE BOYKIN | Prepared By: **AMERICAN EQUITY SERVICES, INC.** |
| | | **300 CAYUGA ROAD** |
| Property Address: | **81 WALDEN AVE** | **CHEEKTOWAGA , NY 14225** |
| | **BUFFALO, NY 14211** | **716-626-0083** |
| Application No: | **00003253** | Date Prepared: **08/03/2001** |

Check box if applicable:

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after making all payments as scheduled |
|---|---|---|---|
| 8.000 % | $ 18,004.90 | $ 25,000.00 | $ 43,004.90 |

☐ **REQUIRED DEPOSIT:** The annual percentage rate does not take into account your required deposit
**PAYMENTS:** Your payment schedule will be:

| Number of Payments | Amount of Payments ** | When Payments Are Due | Number of Payments | Amount of Payments ** | When Payments Are Due | Number of Payments | Amount of Payments ** | When Payments Are Due |
|---|---|---|---|---|---|---|---|---|
| | | Monthly Beginning: | | | Monthly Beginning: | | | Monthly Beginning: |
| 179 | 238.91 | | | | | | | |
| 1 | 240.01 | | | | | | | |

☐ **DEMAND FEATURE:** This obligation has a demand feature.
☐ **VARIABLE RATE FEATURE:** This loan contains a variable rate feature. A variable rate disclosure has been provided earlier.

**CREDIT LIFE/CREDIT DISABILITY:** Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless you sign and agree to pay the additional cost.

| Type | Premium | Signature | |
|---|---|---|---|
| Credit Life | NA | I want credit life insurance. | X |
| Credit Disability | NA | I want credit disability insurance. | X |
| Credit Life and Disability | NA | I want credit life and disability insurance. | X |

**INSURANCE:** The following insurance is required to obtain credit:
☐ Credit life insurance  ☐ Credit disability  ☐ Property insurance  ☐ Flood insurance
You may obtain the insurance from anyone you want that is acceptable to creditor
☐ If you purchase  ☐ property  ☐ flood insurance from creditor you will pay $          for a one year term.
**SECURITY:** You are giving a security interest in:
☐ The goods or property being purchased  ☐ Real property you already own.
**FILING FEES:** $
**LATE CHARGE:** If a payment is more than          days late, you will be charged          **% of the payment**
**PREPAYMENT:** If you pay off early, you
☑ may  ☐ will not  have to pay a penalty.
☐ may  ☑ will not  be entitled to a refund of part of the finance charge.
**ASSUMPTION:** Someone buying your property
☑ may  ☐ may, subject to conditions  ☐ may not  assume the remainder of your loan on the original terms.
See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties.
☐ * means an estimate  ☐ all dates and numerical disclosures except the late payment disclosures are estimates.

THE UNDERSIGNED ACKNOWLEDGE RECEIVING A COMPLETED COPY OF THIS DISCLOSURE.

| | | | |
|---|---|---|---|
| _Yvette Boykin_   8/6/01 | | | |
| YVETTE BOYKIN (Applicant) (Date) | | (Applicant) (Date) |
| (Applicant) (Date) | | (Applicant) (Date) |
| (Lender) (Date) | | |

* * NOTE: PAYMENTS SHOWN ABOVE DO INCLUDE RESERVE DEPOSITS FOR MORTGAGE INSURANCE (IF APPLICABLE) BUT NOT PROPERTY TAXES OR INSURANCE
CALYX Til.hp 2/95

**CITIBANK**

<u>BROKER POINT PROGRAM</u>

<u>BORROWER ACKNOWLEDGEMENT AND CONSENT FORM</u>

*Boykin*      *Yvette*
_____    _____    _____
Borrower's Last Name      First Name      Loan Reference Number

1.   I hereby represent to the lender who originates my home equity line of credit (the "Lender") that I have entered into an agreement with *American Equity Svcs* ("Mortgage Broker") under which the Mortgage Broker agreed to assist me in obtaining a home equity line of credit. Pursuant to that agreement and in consideration for those mortgage broker services, I have agreed to pay the Mortgage Broker a mortgage brokerage fee in the amount of $ *1000.00* . I acknowledge that the mortgage brokerage fee is not being required or imposed by the Lender (Citibank).

2.   Unless I subsequently advise the Lender otherwise, I hereby authorize the Lender to pay the mortgage brokerage fee to the Mortgage Broker out of the Home Equity Line of Credit at the earliest time permitted by applicable law. I acknowledge that I will be required to pay this fee which will be debited against my home equity line of credit according to the terms of the agreement governing the Home Equity Line of Credit.

3.   I authorize the Lender to provide the Mortgage Broker with reports on the status of the home equity line of credit application I am submitting or have submitted to the Lender. I understand that these status reports may, but will not necessarily, include a description of the action the Lender has taken on waiving any privacy rights, which will be afforded to me under state laws.

*6 August 2001*
_____      _____
Date      Applicant

_____      _____
Date      Applicant

<u>BORROWERS CONFIRMED AND AUTHORIZED AT THE TIME OF THE CLOSING OF THE HOME EQUITY LINE OF CREDIT.</u>

Date   _____      _____
     Applicant

Date   _____      _____
     Applicant

*P0012*



## AMERICAN EQUITY SERVICES, INC.

New York State Banking Department
Registered Mortgage Broker
(716) 626-0083 phone • (716) 626-0499 fax

6 August 2001

Yvette Boykin

81 Walden Avenue

Buffalo, NY 14211

Dear Yvette Boykin

Please be advised that the loan you will be closing ✓ does not, does (see terms below) have a prepayment penalty.

The terms of the prepayment penalty are as follows:

___ Penalty imposed if the loan is paid off in less than ___ year(s).

___ Penalty amount is calculated: _____

Please sign and return a copy of this letter in the enclosed stamped and pre-addressed envelope.

Also, please don't hesitate to call if you have any questions or concerns. We appreciate the opportunity to serve you.

Sincerely,

American Equity Services, Inc.

By signing, I acknowledge that I have been informed of possible prepayment penalties and have been given a copy of this disclosure.

Applicant _Yvette Boy____    Date _8/6/01_____

Applicant _____    Date _____

338 Harris Hill Road • Suite 206 • Williamsville, NY 14221
All loans provided through third party lenders

P0013



# AMERICAN EQUITY SERVICES, INC.

New York State Banking Department
Registered Mortgage Broker
(716) 626-0083 phone • (716) 626-0499 fax

### Real Estate Settlement Procedures Act
### Exhibit 1.3 F

#### Notice

To: _Yvette Boykin_                 Property: _81 Walden Ave Buffalo NY 1421_

From: American Equity Services Inc.          Date _6 August 2001_

A) This is to give you notice that American Equity Services Inc., has a business relationship with two stockholders of Accudata Search Inc., (closing agent). These stockholders of Accudata Search Inc. own 40% of the stock of American Equity Services Inc. Because of this relationship, this referral may provide the referring party a financial or other benefit.

B) Set forth below is the estimated charge or range of charges for the settlement services of the settlement agent and credit reporting agency we, as your broker, require you to use, as a condition of your mortgage loan closing on this property, to represent our investor's interests in this transaction.

| Provider | Range of charges |
|---|---|
| Henning Credit Inc. | $ 0.00 to 50.00 |
| Accudata Search Inc. | $ 450.00 |

#### ACKNOWLEDGMENT

I / we have read this disclosure form, and understand that American Equity Services Inc., is referring me / us to purchase the above described settlement service(s) and may receive a financial benefit as the result of this referral.

_Yvette Boy_

Signature                                 Date _____

Signature                                 Date _____

338 Harris Hill Road • Suite 206 • Williamsville, NY 14221
All loans provided through third party lenders

D0014

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when [ ] the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or [ ] the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | [ ] V.A.  [✓] Conventional  [ ] Other: | [ ] FHA  [ ] FmHA | Agency Case Number | Lender Case Number |
|---|---|---|---|---|
| Amount $ 25,000 | Interest Rate 8.000 % | No. of Months 180/180 | Amortization Type: [ ] Fixed Rate  [✓] Other (explain): HELOC  [ ] GPM  [ ] ARM (type): | |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, ZIP) | No. of Units |
|---|---|
| 81 WALDEN AVE, BUFFALO, NY 14211  County: ERIE | 2 |
| Legal Description of Subject Property (attach description if necessary) | Year Built |
| SEE PRELIMINARY TITLE REPORT | |

| Purpose of Loan | [ ] Purchase  [ ] Construction  [✓] Other (explain): HELOC  [ ] Refinance  [ ] Construction-Permanent | Property will be: [✓] Primary Residence  [ ] Secondary Residence  [ ] Investment |
|---|---|---|

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements [ ] made [ ] to be made |
|---|---|---|---|---|
| 1984 | $ 15,000 | $ 6,164 | Cash-Out/Other | Cost $ |

| Title will be held in what Name(s) YVETTE BOYKIN | Manner in which Title will be held SINGLE WOMAN | Estate will be held in: [✓] Fee Simple [ ] Leasehold (show expiration date) |
|---|---|---|
| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) EQUITY | | |

## III. BORROWER INFORMATION / Co-Borrower

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) YVETTE BOYKIN | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| Social Security Number | Home Phone (incl. area code) 716-654-3747 | Age 53 | Yrs. School 16 | Social Security Number | Home Phone (incl. area code) | Age | Yrs. School |
| [ ] Married [✓] Unmarried (include single, divorced, widowed) [ ] Separated | Dependents (not listed by Co-Borrower) No. ages | [ ] Married [ ] Unmarried (include single, divorced, widowed) [ ] Separated | Dependents (not listed by Borrower) No. ages |
| Present Address (street, city, state, ZIP) [✓] Own [ ] Rent 17 No. Yrs. | Present Address (street, city, state, ZIP) [ ] Own [ ] Rent No. Yrs. |
| 81 WALDEN AVE BUFFALO, NY 14211 | |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) [ ] Own [ ] Rent No. Yrs. | Former Address (street, city, state, ZIP) [ ] Own [ ] Rent No. Yrs. |
|---|---|
| Former Address (street, city, state, ZIP) [ ] Own [ ] Rent No. Yrs. | Former Address (street, city, state, ZIP) [ ] Own [ ] Rent No. Yrs. |

## IV. EMPLOYMENT INFORMATION

| Borrower | | | Co-Borrower | | |
|---|---|---|---|---|---|
| Name and Address of Employer RETIRED | [ ] Self Employed | Yrs. on this job | Name and Address of Employer | [ ] Self Employed | Yrs. on this job |
| | | Yrs. employed in this line of work/profession | | | Yrs. employed in this line of work/profession |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name and Address of Employer | [ ] Self Employed | Dates (from-to) | Name and Address of Employer | [ ] Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) | |
| Name and Address of Employer | [ ] Self Employed | Dates (from-to) | Name and Address of Employer | [ ] Self Employed | Dates (from-to) |
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) | |

Freddie Mac Form 65   10/92
CALYX Form 1003 Loanapp1.hp 2/95

Page 1 of 4

Borrower _____
Co-Borrower _____

Fannie Mae Form 1003   10/92

P0015

## VI. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ | $ | $ | Rent | | |
| Overtime | | | | First Mortgage (P&I) | 230.00 | 238.91 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | 27.00 | 27.00 |
| Dividends/Interest | | | | Real Estate Taxes | 178.00 | 178.00 |
| Net Rental Income | 450.00 | | 450.00 | Mortgage Insurance | | |
| Other (before completing, see the notes in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | 3,153.00 | | 3,153.00 | Other | | |
| Total | $ 3,603.00 | $ | $ 3,603.00 | Total | 435.00 | 443.91 |

*Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income  Notice: Alimony, child support, or separate maintenance income need not be revealed if the
Borrower(B) or Co-Borrower(C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| B | Pension/Retirement Income | $ 2,216.00 |
| B | Social Security/Disability Income | 937.00 |

## VII. ASSETS AND LIABILITIES

This statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed ☐ Jointly ☑ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | LIABILITIES | | |
| | | Name and address of Company | $ Payt./Mos. | $ |
| List checking and savings accounts below | | PEACHTREE FEDERAL CR | | |
| Name and address of Bank, S&L, or Credit Union KEY BANK | | | | |
| | .20 | Acct. no. 105680201 | 306 /48 | 11,370 |
| Acct. no. CHECKING | $ 2,000 | Name and address of Company EXCEL FCU | $ Payt./Mos. | $ |
| Name and address of Bank, S&L, or Credit Union EXCEL FCUNION | | | | |
| | | Acct. no. 95810090 | 100 | 1,622 |
| Acct. no. SAVINGS | $ 5,000 | Name and address of Company PEACHTREE FEDERAL CR | $ Payt./Mos. | $ |
| Name and address of Bank, S&L, or Credit Union WACHOVIA BANK | | | | |
| | | Acct. no. 9581009 | 100 /10 | 1,462 |
| Acct. no. SAVINGS | $ 3,000 | Name and address of Company AMEX | $ Payt./Mos. | $ |
| Name and address of Bank, S&L, or Credit Union ASSOCIATED FCUNION | | | | |
| | | Acct. no. 22423200 | | 323 |
| Acct. no. CHECKING | $ 2,500 | Name and address of Company RICHS/FDSB | $ Payt./Mos. | $ |
| Stocks & Bonds (Company name/ number & description) | $ | | | |
| US SAVINGS BONDS | 5,000 | | | |
| RETIREMENT FUND | 105,000 | Acct. no. 116207364020 | 5 | 184 |
| Life insurance net cash value face amount: $ | $ 100,000 | Name and address of Company AFECU VISA | $ Payt./Mos. | $ |
| Subtotal Liquid Assets | $ 222,500 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 148,000 | Acct. no. 4330060000362241 | 10 | 148 |
| Vested interest in retirement fund | $ | Name and address of Company HRS/VALUE C | $ Payt./Mos. | $ |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | Acct. no. 7001321102 | 10 | 51 |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | 531 | |
| Total Assets a. | $ 370,300 | Net Worth (a - b) $ 285,712 | Total Liabilities b. | $ 84,588 |

Freddie Mac Form 65   10/92
ALYX Form 1003 Loanapp2.lip 2/96

Page 2 of 4   Borrower   Co-Borrower

Fannie Mae Form 1003   10/92

P0016

## V. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 81 WALDEN AVE BUFFALO, NY 14211 | SFR | $ 48,000 | $ 6,164 | $ 600 | $ 230 | $ INC | 450 |
| 4045 ROCKY VALLEY DRIVE CONLEY, GA 30288 | SFR | 100,000 | 63,264 | 0 | 484 | INC | 0 |
| Totals | | $ 148,000 | $ 69,428 | $ 600 | $ 714 | $ | 450 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | 6,164.00 |
| e. Estimated prepaid items | |
| f. Estimated closing costs | |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 6,164.00 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| | |
| | |
| | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 25,000.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 25,000.00 |
| | |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | (18,836.00) |

## VIII. DECLARATIONS

If you answer "yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes No | Co-Borrower Yes No |
|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ ☑ | ☐ ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ ☑ | ☐ ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ ☑ | ☐ ☐ |
| d. Are you a party to a lawsuit? | ☐ ☑ | ☐ ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ ☑ | ☐ ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ ☑ | ☐ ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ ☑ | ☐ ☐ |
| h. Is any part of the down payment borrowed? | ☐ ☑ | ☐ ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ ☑ | ☐ ☐ |
| j. Are you a U.S. citizen? | ☑ ☐ | ☐ ☐ |
| k. Are you a permanent resident alien? | ☐ ☑ | ☐ ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☑ ☐ | ☐ ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☑ ☐ PR/IP | ☐ ☐ |
| (1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)? | | |
| (2) How did you hold title to the home—solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

The undersigned specifically acknowledge(s) and agree(s) that: (1) the loan requested by this application will be secured by a first mortgage or deed of trust on the property described herein; (2) the property will not be used for any illegal or prohibited purpose or use; (3) all statements made in this application are made for the purpose of obtaining the loan indicated herein; (4) occupation of the property will be as indicated above; (5) verification or reverification of any information contained in the application may be made at any time by the Lender, its agents, successors and assigns, either directly or through a credit reporting agency, from any source named in this application, and the original copy of this application will be retained by the Lender, even if the loan is not approved; (6) the Lender, its agents, successors and assigns will rely on the information contained in the application and I/we have represented herein should obligation to amend and/or supplement the information provided in this application if any of the material facts which I/we have represented herein should change prior to closing; (7) in the event my/our payments on the loan indicated in this application become delinquent, the Lender, its agents, successors and assigns may, in addition to all their other rights and remedies, report my/our name(s) and account information to a credit reporting agency; (8) ownership of the loan may be transferred to successor or assign of the Lender without notice to me and/or the administration of the loan account may be transferred to an agent, successor or assign of the Lender with prior notice to me; (9) the Lender, its agents, successors and assigns make no representations or warranties, express or implied, to the Borrower(s) regarding the property, the condition of the property, or the value of the property. Certification: I/We certify that the information provided in this application is true and correct as of the date set forth opposite my/our signature(s) on this application and acknowledge my/our understanding that any intentional or negligent misrepresentation(s) of the information contained in this application may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors and assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation which I/we have made on this application.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling, in order to monitor the Lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish it, under Federal regulations this Lender is required to note race and sex on the basis of visual observation or surname. If you do not wish to furnish the above information, please check the box below. (Lender must review the above material to assure that the disclosure satisfy all requirements to which the Lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER**  ☐ I do not wish to furnish this information

| Race/National Origin: | ☐ American Indian or Alaskan Native | ☐ Asian or Pacific Islander ☐ Black, not of |
|---|---|---|
| | ☐ Hispanic origin ☑ Hispanic | ☐ White, not of Hispanic origin |
| | ☐ Other (specify) | |

Sex: ☑ Female  ☐ Male

To be Completed by Interviewer
This application was taken by:
☐ face-to-face interview
☐ by mail
☑ by telephone

Interviewer's Name (print or type) **BJ KELLEY**

Interviewer's Signature _Deanna Johnson Kelley_  Date _9/6/01_

Interviewer's Phone Number (incl. area code) **716-826-0083**

**CO-BORROWER**  ☐ I do not wish to furnish this information

| Race/National Origin: | ☐ American Indian or Alaskan Native | ☐ Asian or Pacific Islander ☐ Black, not of |
|---|---|---|
| | ☐ Hispanic origin ☐ Hispanic | ☐ White, not of Hispanic origin |
| | ☐ Other (specify) | |

Sex: ☐ Female  ☐ Male

Name and Address Interviewer's Employer
**AMERICAN EQUITY SERVICES, INC.**
**300 CAYUGA ROAD**
**CHEEKTOWAGA, NY 14225**
(P) 716-826-0083
(F) 716-362-3113

P0017

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: YVETTE BOYKIN | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number: |

### VI. ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company BANK OF AMERICA MORTGAGE ON 2ND HOME IN GEORGIA | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 1732002678577 | (484) | 83,264 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company NATIONSCREDIT | $ Payt./Mos. | |
| Acct. no. | $ | Acct. No. 4667000574900 | (230) | 6,164 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: X | Date | Co-Borrower's Signature: X | Date |
|---|---|---|---|

Freddie Mac Form 65   10/92
CACYX Form 1003 Lnaplaait.fp 2/99

Page 4 of 4

Fannie Mae Form 1003   10/92

P0018



# AMERICAN EQUITY SERVICES, INC.

New York State Banking Department
Registered Mortgage Broker
(716) 626-0083 phone • (716) 362-3113 fax

26 September 2001

Yvette Boykin
4045 Rockey Valley Road
Conley, GA 30288

Dear Yvette:

Thank you for allowing me to assist you with your recent mortgage financing needs.

I trust that you found your experience with **AMERICAN EQUITY SERVICES** and me not only helpful and pleasant but also informative.

As you know, I am in the business of *selling money* to people who either presently own a home or to those would like to own a home.

**AMERICAN EQUITY SERVICES** handles all types of credit situations and we offer various loan programs to suit just about every need.

With that in mind, would you please take a few minutes to jot down the names *of at least five people* that you know who either own or rent a home (*which should include just about everyone*). **The form can be either mailed or faxed back to me.**

**Mortgage rates are at an all time low and NOW is the time to refinance and/or purchase a home.**

I would like to offer my services to these people and you can rest assured that I will work with them in the same professional manner that I worked with you.

Thank you again for your kind consideration; I look forward to working with you again in the future as the need arises.

At your service,

Bernice J. Kelley ("BJ")
Sr. Mortgage Consultant
AMERCIAN EQUITY SERVICES, INC.

300 Cayuga Road • Cheektowaga, NY 14225
All loans provided through third party lenders
www.AESMORTGAGE.com

P0019



# HOME EQUITY LINE OF CREDIT AGREEMENT AND DISCLOSURE

Account No.:   3007551702

Borrower(s):   YVETTE BOYKIN

Property Address: 81 WALDEN AVENUE
BUFFALO, NY 14211 (the "Property")

| | |
|---|---|
| Credit Limit: | $25,000.00 |
| Initial Margin: | -0.750% |
| Initial Daily Periodic Rate: | 0.014383% |
| Initial **ANNUAL PERCENTAGE RATE**: (The Initial Annual Percentage Rate will vary as the Index varies) | 5.250% (Index +/- the Initial Margin) |
| Initial Index: | 6.000% |
| Date the Initial Margin Ends and Regular Margin Begins: | 03/24/2002 |
| Regular Margin: | 1.000% |
| Regular Daily Periodic Rate: | 0.019178% |
| Regular **ANNUAL PERCENTAGE RATE**: (The Regular Annual Percentage Rate will vary as the Index varies) | 7.000% (Index +/- the Regular Margin) |
| Annual Membership Fee: | $0.00 |

The undersigned Borrower(s), jointly and severally if more than one, agree to all of the terms and conditions of this Home Equity Line of Credit Agreement and Disclosure, which consists of ten pages, and acknowledge receipt of a completed copy, along with the notice about Your Billing Rights. The date of this Agreement is the latest date next to a Borrower's signature.

09/24/2001

Borrower:  YVETTE BOYKIN

Borrower:

Borrower:

Borrower:

HELOC Agreement & Disclosure
BOYKIN

Rev. 7/2001
Citibank (New York State)

P0020



# HOME EQUITY LINE OF CREDIT AGREEMENT AND DISCLOSURE

DEFINITIONS: As used herein:

- "Account" means the Home Equity Line of Credit Account opened under the Agreement.

- "Agreement" means this Home Equity Line of Credit Agreement and Disclosure together with any modifications, amendments, replacements or substitutions thereto.

- "Bank" means Citibank (New York State)

- "Card" means either one or more credit cards issued by Bank as a means to obtain Loan Advances pursuant to the Agreement.

- "Credit Limit" means the maximum aggregate amount of the Loan Advances that may be outstanding at any given time pursuant to the Agreement.

- "Draw Period" means the ten years from the date of the Agreement during which Loan Advances may be made.

- "Index" means the highest Prime Rate as published in the Money Rates section of *The Wall Street Journal* from time to time. *The Wall Street Journal* is available at many newsstands and public libraries, or you may obtain copies from The Wall Street Journal, 200 Burnett Road, Chicopee, Massachusetts 01020. A Prime Rate is not necessarily the lowest or best rate available.

- "Loan Advances" means amounts drawn on your Account pursuant to the Agreement by Home Equity Line of Credit checks, pursuant to Card transactions, or in any other way Bank allows, and advances by Bank pursuant to the Agreement or Mortgage to protect the Property or Bank's security interest in the Property, including but not limited to advances to maintain required insurance on the Property or to pay taxes on the Property.

- "Mortgage" means the mortgage, deed of trust, deed to secure debt or cooperative security agreement which covers the Property which secures the Agreement.

- "Property" means the property described in the Mortgage which secures the Agreement.

- "Repayment Period" means the twenty years immediately following the Draw Period during which Loan Advances may not be made.

- "You," "Your" and "Yours," whether or not the first letter of the word is capitalized, means each person who signs below as Borrower, jointly and severally.

Certain other terms are defined elsewhere in this Agreement.

PROMISE TO PAY: You promise to pay to Bank all Loan Advances, together with FINANCE CHARGES at the applicable daily periodic rate, and any other fees, charges or other FINANCE CHARGES, all as provided for in the Agreement.

HOW FINANCE CHARGES ARE IMPOSED AND DETERMINED:

- FINANCE CHARGES on Loan Advances at the applicable Daily Periodic Rate begin to accrue on the date the Loan Advance is posted to your Account. There is no grace period for repayment of your balance during which FINANCE CHARGES will not accrue. If there are any other FINANCE CHARGES payable under the Agreement, they will be dollar amounts itemized herein as FINANCE CHARGES and will be due and payable on the date of the Agreement.

---

P0021



# HOME EQUITY LINE OF CREDIT AGREEMENT AND DISCLOSURE

- The appropriate Margin is added to the Index to determine the **ANNUAL PERCENTAGE RATE**, which will be divided by 365 (366 in leap years) to determine the Daily Periodic Rate which will be applied to the balance on which the **FINANCE CHARGE** will be computed during your monthly billing cycle.

- The Index used for a billing cycle will be the most recent Index rate published on or before the first day of the month in which the billing cycle begins; provided, however, if you request Card access to your Account and qualify, the Index will be computed on the first business day of the month, and if the Index changes from a preceding Index, the changed Index will apply to your Account (including existing balances) as of the first billing cycle which ends on or after the second Friday of the month in which the Index changes from a preceding Index.

- The Initial Margin shown above will be in effect from the date of the Agreement until the Date the Initial Margin Ends and Regular Margin Begins shown above.

- The Initial **ANNUAL PERCENTAGE RATE** will be in effect from the date of the Agreement and can change on the first day of your next monthly billing cycle. Thereafter the **ANNUAL PERCENTAGE RATE** can change on the first day of each following monthly billing cycle.

- On the Date the Initial Margin Ends and Regular Margin Begins shown above, the Regular Margin shown above will go into effect. If the Index has not changed so as to affect the rate, the Regular **ANNUAL PERCENTAGE RATE** and Regular Daily Periodic Rate shown above will then be in effect.

- The **ANNUAL PERCENTAGE RATE** does not include costs other than interest. Any increase in the **ANNUAL PERCENTAGE RATE** will result in an increase in the minimum monthly payment. The **ANNUAL PERCENTAGE RATE** will not exceed 18%, no matter how much the Index increases.

- You will be sent statements on a monthly cycle which will reflect your Account activity and any amounts you owe Bank. The amount of the **FINANCE CHARGE** in your statements will be calculated by multiplying the daily periodic rate for the day by the daily balance for your Account at the end of each day in the monthly billing cycle. To determine the daily balance Bank takes the beginning balance of your Account each day, adds any new Loan Advances and other charges, and subtracts any payments and credits. Late Charges, credit life insurance, if any, and unpaid **FINANCE CHARGES** will not be counted as part of the daily balance for purposes of calculating the **FINANCE CHARGE**.

- Payments are applied first to due and unpaid **FINANCE CHARGES** and other charges and then to the unpaid balance of Loan Advances.

OTHER CHARGES: These are charges other than **FINANCE CHARGES**. These charges are not counted as part of your daily unpaid balance of Loan Advances for purposes of computing **FINANCE CHARGES**:

- There is no annual membership fee associated with your Account. You will not be charged any annual travel rewards program membership fee for participation in any travel rewards program (which may be offered as a benefit by Bank to its borrowers in Bank's sole discretion from time to time in connection with the transaction contemplated under this Agreement), unless you request and qualify for credit card access to your Account and you elect to participate in the travel rewards program. If you do request and qualify for credit card access to your Account and you do elect to participate in the travel rewards program, you will be charged an annual travel rewards program membership fee, which is currently $39 and will be debited annually to your Account. You are not required to participate in the travel rewards program. Participation in the travel rewards program is optional. Any annual travel rewards program membership fee may increase from time to time due to the fact that the travel rewards program provides a benefit to you independent of the use of the line and participation in the travel rewards program is voluntary.

P0022



# HOME EQUITY LINE OF CREDIT AGREEMENT AND DISCLOSURE

- If Bank does not receive the full amount of any monthly payment due within 15 calendar days of the due date, you will be charged a late charge of 2% of the overdue payment. However, you will not be charged a late charge on an unpaid late charge.

- If there is a Loan Advance which causes your Credit Limit to be exceeded, Bank will charge you a $10 overlimit fee. This charge will not be imposed on more than four transactions a day.

- If your payment is returned unpaid for any reason, Bank will charge you a $20 returned item fee.

- If Bank pays the closing costs to open your Account and, within 36 months of the date of this Agreement, you request that your Account be closed or take any other action which will result in a release of the Mortgage, you agree to pay an early closure release fee which will consist of all costs Bank incurred to open your Account.

- If, for any purpose other than a billing error inquiry or a tax audit inquiry, you request Bank to provide copies of Account documents, Bank may charge you $2 per copy and a $20 per hour document research fee.

- Any charges imposed by Bank, if any, in connection with your Account are disclosed above at the beginning of the Agreement.

- You agree to pay any other fees or charges provided for in the Mortgage or otherwise provided for in the Agreement.

- You agree to carry insurance on the Property which secures your Account. You may have to pay a fee to release a prior lien or security interest in the Property.

- You agree to pay any reasonable costs incurred by Bank in connection with the enforcement of its rights and remedies under the Agreement and the Mortgage, including, but not limited to, any reasonable attorneys' fees and other collection costs.

CREDIT CARD: If you request credit card access to your Account and qualify, Bank will issue you a Card. You must sign the Card in order to use it. You will be charged a cash advance fee of 2% of any cash advance obtained by use of the Card, payable when the monthly payment for the statement which reflects the cash advance fee is due. The Card cannot be used during the Repayment Period for your Account.

LIABILITY FOR UNAUTHORIZED USE OF CREDIT CARD: You may be liable for the unauthorized use of your Card or Account. You agree not to allow anyone else to use your Card, but if you do, you will be responsible for his or her charges. You will not be liable for unauthorized use that occurs after notifying us at the phone or address given on your monthly billing statement of the loss, theft, or possible unauthorized use. In any case, your liability will not exceed $50. If your Card is reported lost or stolen or you are claiming unauthorized use of your Account, we reserve the right to require you to file one or more reports with the appropriate law enforcement authorities prior to our removal of alleged unauthorized charges made against your Account. In the event that credit card access to your Account is no longer allowed by Bank, you will be so notified by Bank; however, you will be able to continue to draw on your Account by using Home Equity Line of Credit checks.

SPECIAL CREDIT CARDHOLDER PROVISIONS: Notwithstanding anything set forth in the Agreement to the contrary, if at any time while you have your Account, you request credit card access to your Account and qualify, (i) the term "Bank" under this Agreement shall mean Citibank, F.S.B.; (ii) if Bank does not receive the full amount of any monthly payment due within 15 calendar days of the due date, you will be charged a late charge of the greater of 6% of the overdue payment or $5; (iii) if your payment is returned unpaid for any reason, Bank will charge you a $25 returned item fee; and (iv) the Agreement will be governed by United State federal law and, to the extent the United States federal law is inapplicable, then by the laws of the State of California; except that, with regard to the perfection and enforcement of Bank's security interest in the Property, the Agreement will be governed by the law of the state where the Property is located.



# HOME EQUITY LINE OF CREDIT AGREEMENT AND DISCLOSURE

**SECURITY INTEREST IN PROPERTY:** As security for the Agreement, you are giving Bank a security interest in the Property located at the address shown above, which security interest secures all of your obligations under this Agreement and the Mortgage. This Property is more fully described in the Mortgage you will sign along with this Agreement. Collateral which secures other obligations to Bank may also secure the Agreement.

**PAYMENT TERMS:** You agree to pay your monthly payments by the due date shown on your monthly statement. During the Draw Period, you agree to pay a minimum monthly payment, which will be shown on your monthly statement, and which will equal the sum of any past due or over Credit Limit amounts plus accrued and unpaid FINANCE CHARGES and other unpaid fees or charges imposed pursuant to the Agreement. Your paying this minimum monthly payment will not reduce the principal balance of Loan Advances which you owe Bank, except to the extent over Credit Limit amounts are paid. During the Repayment Period, you agree to pay a monthly payment, which will be shown on your monthly statement, and which will equal the FINANCE CHARGES that have accrued on the outstanding balance for the billing period, plus principal equal to the greater of $50 or 1/240th of your principal balance of Loan Advances as of the end of the Draw Period, plus the sum of the following amounts when applicable: past due amounts on your Account, amount owing in excess of your Credit Limit, late charges and other charges imposed pursuant to the Agreement. On the last payment due date of the Repayment Period, any remaining unpaid amounts owed Bank will be due and payable. You may prepay your Account in whole or in part at any time without penalty, but if you request that your Account be closed or take any other action which will result in a release of the Mortgage, you may owe an early closure release fee as provided for in the OTHER CHARGES section. Loan Advances may not be drawn to make payments on the Account. Bank may accept late payments or partial payments, even though marked "payment in full," without losing any of Bank's rights under the Agreement.

**TRANSACTION REQUIREMENTS:** You may draw Loan Advances during the Draw Period up to your Credit Limit if your Account has not been closed or suspended or your Credit Limit reduced to where further Loan Advances would not be permitted.

**TERMINATION OF ACCOUNT BY BANK:** Bank may close your Account, and require payment of the outstanding balance in full in a single payment, if:

- You fail to meet the repayment terms of the Agreement for any outstanding balance.

- There has been fraud or a material misrepresentation by you in connection with the Account.

- You take any action or fail to take any action which adversely affects the Property or Bank's security interest in the Property, including but not limited to: a transfer of title to the Property or sale of the Property without Bank's written permission; a failure to maintain any required insurance on the Property; failure to pay taxes on the Property; you permit the filing of a lien senior to that held by Bank; the sole Borrower obligated on the Account dies; the Property is taken through eminent domain; a prior lien-holder forecloses; you commit waste or otherwise destructively use or fail to maintain the Property in a way that adversely affects the Property; there is illegal use of the Property which could subject the Property to seizure; one of two Co-Borrowers dies and Bank's security is thereby adversely affected; or you move out of the Property and Bank's security is thereby adversely affected.

- You are or become an "executive officer" of Bank as defined in Federal Reserve Board Regulation O and Bank determines to require payment in full to comply with federal regulation.

In addition to the foregoing, Bank shall have the right to exercise any and all of it rights and remedies allowed by law or as set forth in this Agreement or in the Mortgage, including, but not limited to, the right to bring an action against you and the right to bring a foreclosure action against the Property.

**SUSPENSION OF ACCOUNT OR REDUCTION OF CREDIT LIMIT BY BANK:** Bank may prohibit additional extensions of credit or reduce your Credit Limit during any period in which:

- You or any of you request a suspension of the Account or reduction of the Credit Limit.

- The maximum ANNUAL PERCENTAGE RATE is reached.

---

P0024



# HOME EQUITY LINE OF CREDIT AGREEMENT AND DISCLOSURE

- The value of the Property declines significantly below the Property's appraised value for purposes of the Account. As an example, if the value of the Property declines such that the initial difference between the Credit Limit and the available equity (based on the Property's appraised value) is reduced by fifty percent, such an event would constitute a significant decline in the value of the Property.

- Bank reasonably believes that you will be unable to fulfill the repayment obligations under the Agreement because of a material change in your financial circumstances.

- You are in default of any material obligation under the Agreement or Mortgage.

- Bank is precluded by government action from imposing the **ANNUAL PERCENTAGE RATE** provided for in the Agreement.

- The priority of Bank's security interest is adversely affected by government action to the extent that the value of the security interest is less than 120% of the Credit Limit.

- Bank is notified by its regulatory agency that continued advances constitute an unsafe and unsound practice.

If any of the above circumstances change during the Draw Period and you want to reopen your Account or increase your Credit Limit to the original Credit Limit, you must make such a request to Bank in writing and pay any bona fide and reasonable appraisal and credit report fees actually incurred by Bank to investigate whether the above circumstances continue to exist. If Bank suspended your Account or reduced your Credit Limit as a result of your request, the request for reinstatement must be signed by all of you.

You agree that you will not attempt to obtain any additional credit extensions once you know that your credit privileges have been terminated or suspended. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations under the Agreement.

OTHER CHANGES TO THE ACCOUNT: Bank may change the Index and Margin used under the Agreement if the original Index is no longer available, the new index has an historical movement substantially similar to that of the original Index, and the new index and margin would have resulted in an **ANNUAL PERCENTAGE RATE** substantially similar to the rate in effect at the time the original Index became unavailable. Bank may make a specified change to the Account if you specifically agree to the change in writing at that time. Bank may make changes to the Account that will unequivocally benefit you throughout the remainder of the Account. Bank may make insignificant changes in the terms of the Account, including but not limited to: changing the address to which payments are sent; minor changes to features such as the billing cycle date, the payment due date and the day of the month on which Index values are measured; changes in rounding practices within the tolerance rules allowed by applicable regulation; and changes to balance computation methods if the change produces an insignificant difference in the FINANCE CHARGE you pay.

TAX IMPLICATIONS: You should consult a tax advisor regarding the deductibility of interest (**FINANCE CHARGES**) and other charges under the Agreement.

DELAY IN ENFORCEMENT: Bank may delay the exercise of Bank's rights under the Agreement or Mortgage without losing them.

PROPERTY INSURANCE: You agree to maintain insurance on the Property as provided for in the Mortgage.

CREDIT INFORMATION: You understand and agree that Bank may obtain credit reports for credit applications and for updates, renewals or extensions of the credit granted. Upon request, Bank will inform you if a report has been obtained and will give you the name and address of the agency that furnished the report. You also agree that Bank may obtain and use credit reports and other information that Bank has obtained in a lawful manner consistent with Bank's privacy policies about you for subsequent solicitations or for any other lawful purpose.

citibank®

**HOME EQUITY LINE OF CREDIT**
Notice Of Right To Cancel

Ref. No: 3007551702

Borrower's Name(s):  YVETTE BOYKIN

Address:      81 WALDEN AVENUE
              BUFFALO, NY 14211

### I. YOUR RIGHT TO CANCEL

We have agreed to establish an open-end credit account for you, and you have agreed to give us a [mortgage/lien/security interest] [on/in] your home as security for the account.  You have a legal right under federal law to cancel the account, without cost, within three business days after the latest of the following events:

    (1)   the opening date of your account which is __09/24/2001__; or
    (2)   the date you received your Truth in Lending disclosures; or
    (3)   the date you received this notice of your right to cancel the account.

If You cancel the account, the [mortgage/lien/security interest] [on/in] Your home is also canceled.  Within 20 days of receiving Your notice, We must take the necessary steps to reflect the fact that the [mortgage/lien/security interest] [in/on] Your home has been canceled.  We must return to You any money or property You have given to Us or to anyone else in connection with the Account.

You may keep any money or property We have given You until We have done the things mentioned above, but You must then offer to return the money or property.  If it is impractical or unfair for You to return the property, You must offer its reasonable value.  You may offer to return the property at Your home or at the location of the property.  Money must be returned to the address shown below.  If We do not take possession of the money or property within 20 calendar days of Your offer, You may keep it without further obligation.

### II. HOW TO CANCEL

If you decide to cancel the account, you may do so by notifying us, in writing, at:

        CITIBANK
        Home Equity Closing Department
        14700 Citicorp Drive
        Hagerstown, MD  21742

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below.  Keep one copy of this notice no matter how you notify us because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of __09/27/2001__ (or midnight of the third business day following the latest of the three events listed above).

If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

### III. I WISH TO CANCEL

Date: _____

Consumer's Signature: _____

**Acknowledgment of Receipt**

I/We each acknowledge receipt of two copies of this Notice of Right to Cancel.  I/We understand that any one of us, acting alone, can exercise the right to cancel.

_Yvette Boykin_      09/24/2001      _Cassandra Boykin as attorney in fact_
YVETTE BOYKIN

**Note:** Each person having an ownership interest in the real estate being given as security in the transaction in connection with which this notice is being given must be given two copies of this notice properly completed.

P0026

**Account Payoff Authorization**
Date:  09/24/2001
Citibank Account No.:  3007551702
Reference No.:  101080702338000

**Definitions.**  In this Authorization, "You," "Your," and "Yours" means each person signing this Authorization.  "We," "Us," and "Our" means the Citibank entity You are getting, or have gotten, home equity credit from.  "Account" means any loan shown below as one to be completely or partially paid off.

**Authorization.**  With respect to each Account shown below.  You authorize Us or Our agent to completely pay off, partially pay off and/or have closed the Account as indicated below.

Accounts to be paid off completely and/or closed.

| Account: 7000574900 | BANK OF AMERICA [X] Pay off completely | [X] Close |
|---|---|---|
| Account: | N/A [] Pay off completely | [] Close |
| Account: | N/A [] Pay off completely | [] Close |
| Account: | N/A [] Pay off completely | [] Close |
| Account: | N/A [] Pay off completely | [] Close |
| Account: | N/A [] Pay off completely | [] Close |
| Account: | N/A [] Pay off completely | [] Close |
| Account: | N/A [] Pay off completely | [] Close |
| Account: | N/A [] Pay off completely | [] Close |
| Account: | N/A [] Pay off completely | [] Close |
| Account: | N/A [] Pay off completely | [] Close |
| Account: | N/A [] Pay off completely | [] Close |
| Account: | N/A [] Pay off completely | [] Close |
| Account: | N/A [] Pay off completely | [] Close |
| Account: | N/A [] Pay off completely | [] Close |

**Pay off.**  An authorization to pay off completely an Account means to pay all amounts owing in connection with the account including any per diem interest, prepayment penalties, if any imposed by the Account lender and, if We authorized to close the Account, any fees for any release of the Account or for release of, and any recording to any release of, any collateral securing the Account.  An authorization to partially pay off an Account means to pay the amount indicated plus the amount of prepayment penalty, if any, charged by the Account lender.

**Improper pay off amount.**  If we overpay the amount owing in connection with an Account, you will obtain any refund of the excess from the Account lender.  If the payoff figures given Us in writing or orally in connection with an authorization to pay off completely an Account are for any reason inadequate to pay off completely the Account, You agree to hold Us and Our agent harmless for any damages incurred due to the improper payoff figures.  In addition, You agree to pay the shortage within five days of Our sending notification to You of the shortage.

**Agreement.**  By signing below, You agree to be bound by the terms of this Authorization.

09/24/2001

Borrower:  YVETTE BOYKIN                        Borrower:

Borrower:                                        Borrower:

P0027

# Affiliated Business Arrangement Disclosure

To:     YVETTE BOYKIN

From:   Citibank, FSB, Citibank, NA, Citibank (New York State) and Citibank (Nevada), NA (collectively, "Citibank")

Property: 81 WALDEN AVENUE, BUFFALO, NY 14211

Date:   09/24/2001

This is to give you notice that Citibank has a business relationship with the settlement service providers listed below. Each is a wholly owned subsidiary of Citigroup. Because of this relationship, this referral may provide Citibank a financial or other benefit.

Set forth below is the estimated charge or range of charges for the settlement services listed. You are NOT required to use the listed provider(s) as a condition for settlement of your loan or the purchase, sale or refinance of the subject property. THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.

| Provider | Settlement Services | Charge or range of charges |
|---|---|---|
| SOMSC Services, Inc. | Flood Determination and Certification | $10 - $20. Cost paid by lender. |

Set forth below is the estimated charge or range of charges for the settlement services of an attorney, credit reporting agency, or real estate appraiser that we, as your lender, may require you to use, as a condition of your loan on this property, to represent our interests in the transaction.

| Provider | Settlement Services | Charge or range of charges |
|---|---|---|
| Chesapeake Appraisal and Settlement Services1 | Appraisal | $175 - $670. Appraisal cost paid by lender. |

## ACKNOWLEDGEMENT

> *I/we have read this disclosure form, and understand that Citibank is referring me/us to purchase the above-described settlement service(s) and may receive a financial or other benefit as the result of this referral.*

09/24/2001

Borrower: **YVETTE BOYKIN**                    Borrower:

Borrower:                                        Borrower:

1 Not all of the above services are available from Chesapeake in all states. You may inquire of lender regarding the services of Chesapeake in your state.

P0028

# citibank®

## Our Privacy Notice

Keeping customer information secure is a top priority for all of us at Citibank®*. We are providing this privacy notice to individual clients who purchase products or receive services from us for personal, family or household purposes ("you"). We hope this helps you understand how we handle the personal information about you that we collect and may disclose. This notice also tells you how you can limit our disclosure of personal information about you. The provisions of this notice will apply to former clients as well as our current clients unless we state otherwise.

When Citibank shares personal information with the Citigroup family of companies it can make it easier when you apply for accounts or services from these companies. In addition, sharing personal information can help you receive timely notice about products, services or other special offers that may be of interest to you from companies in the Citigroup family or from nonaffiliated third parties.

## Our Policies and Practices to Protect Your Personal Information

We protect personal information we collect about you by maintaining physical, electronic, and procedural safeguards that meet or exceed applicable law. Third parties who have access to personal information must agree to follow appropriate standards of security and confidentiality.

We train people who work for us how to properly handle personal information and we restrict access to it. And, as a current client, you can rely on the Citigroup Privacy Promise for Consumers that we follow as a member of the Citigroup family of companies. It is found on the reverse side of this notice.

## Categories of Personal Information We Collect and May Disclose:

The personal information we collect about you comes from the following sources:

- Information we receive from you on applications or other forms, such as name, address, social security number, telephone number, occupation, assets and income,
- Information about your transactions with us, our affiliates, or nonaffiliated third parties, such as account balances, payment history, and account activity,
- Information we receive from a consumer reporting agency, such as your credit bureau reports and other information relating to your credit worthiness, and
- Information we receive about you from other sources, such as your employer and other third parties.

We may disclose any of the above information that we collect to affiliates and nonaffiliated third parties as described below.

## Categories of Affiliates To Whom We May Disclose Personal Information

Our affiliates are the family of companies controlled by Citigroup Inc. We may share personal information about you with affiliates in several different lines of business including banking, credit cards, consumer finance, securities, and insurance. Our affiliates do business under names that include CitiFinancial, Travelers Insurance, Salomon Smith Barney, and Primerica.

*All references in this notice to Citibank refer to either Citibank, N.A., Citibank, F.S.B., Citibank (New York State) or Citibank (Nevada), N.A., depending upon which bank is maintaining your account or providing you with products or services.

HELOC Privacy Notice
BOYKIN

Rev. 3/2001
Citibank (New York State)

DN029

**Categories of Nonaffiliated Third Parties To Whom We May Disclose Personal Information**
Nonaffiliated third parties are those not part of the family of companies controlled by Citigroup Inc. We may disclose personal information about you, to the following types of nonaffiliated third parties:

- Financial services providers, such as companies engaged in banking, credit cards, consumer finance, securities, and insurance,
- Non-financial organizations, such as companies engaged in direct marketing and the selling of consumer products and services.

If you check **Box 1** on the **Privacy Choices Form**, we will not make these disclosures except as follows. First, we may disclose information about you, as described above in "Categories of Personal Information We Collect and May Disclose," to third parties that perform marketing services on our behalf or to other financial institutions with whom we have joint marketing agreements. Second, we may disclose personal information about you to third parties as permitted by law, including disclosures necessary to process and service your account, to protect against fraud, and to protect the security or confidentiality of our records.

**YOUR PRIVACY CHOICES**
This section describes your privacy choices. Please remember that we will continue to protect your personal information regardless of your privacy choices.

### Disclosing to Nonaffiliated Third Parties  (Box 1)

As described in this notice, we will limit the personal information we disclose about you to nonaffiliated third parties if you check **Box 1** on the **Privacy Choices Form**.

### Sharing with Our Affiliates (Box 2)

The law allows us to share with our affiliates any information about our transactions or experiences with you. Unless otherwise permitted by law, we will not share with our affiliates other information that you provide to us or that we obtain from third parties (for example, credit bureaus) if you check **Box 2** on the Privacy Choices Form.

If you are also a customer of other Citigroup affiliates and you receive a notice of their intent to share certain information about you, you will need to separately notify them if you do not want such information shared.

### Our Mailing and Telemarketing Lists (Boxes 3 and 4)

We would like to keep you informed about promotional offers from our affiliates and from nonaffiliated third parties. If you wish to be taken off our Citibank mailing and/or telephone lists that we use for such offers, please check **Box 3 and/or Box 4** on the **Privacy Choices Form**.

We will continue to mail you information that you may find valuable in managing your Citibank account, such as the availability of special offers, credit line increases, and new or upgraded Citibank products or services even if you have checked **Box 3**. We may also send you promotional offers from third parties in communications that you receive from us concerning your Citibank account, such as your periodic statement.

D0030

## Citigroup Privacy Promise for Consumers

While information is the cornerstone of our ability to provide superior service, our most important asset is our customers' trust. Keeping customer information secure, and using it only as our customers would want us to, is a top priority for all of us at Citigroup. Here, then, is our promise to our individual customers:

1.      We will safeguard, according to strict standards of security and confidentiality, any information our customers share with us.

2.      We will limit the collection and use of customer information to the minimum we require to deliver superior service to our customers, which includes advising our customers about our products, services and other opportunities, and to administer our business.

3.      We will permit only authorized employees, who are trained in the proper handling of customer information, to have access to that information.  Employees who violate our Privacy Promise will be subject to our normal disciplinary process.

4.      We will not reveal customer information to any external organization unless we have previously informed the customer in disclosures or agreements, have been authorized by the customer, or are required by law.

We will always maintain control over the confidentiality of our customer information. We may, however, facilitate relevant offers from reputable companies.  These companies are not permitted to retain any customer information unless the customer has specifically expressed interest in their products or services.

We will tell customers in plain language initially, and at least once annually, how they may remove their names from marketing lists.  At any time, customers can contact us to remove their names from such lists.

7.      Whenever we hire other organizations to provide support services, we will require them to conform to our privacy standards and to allow us to audit them for compliance.

8.      For purposes of credit reporting, verification and risk management, we will exchange information about our customers with reputable reference sources and clearinghouse services.

9.      We will not use or share – internally or externally – personally identifiable medical information for any purpose other than the underwriting or administration of a customer's policy, claim or account, or as disclosed to the customer when the information is collected, or to which the customer consents.

10.      We will attempt to keep customer files complete, up to date, and accurate.  We will tell our customers how and where to conveniently access their account information (except when we're prohibited by law) and how to notify us about errors which we will promptly correct.

©      2001 Citibank
Citibank, N.A., Citibank, F.S.B.,
Citibank (New York State), Citibank (Nevada), N.A.
Citibank is a registered service mark of Citicorp.

BOYKIN

Reference #: 101080702338000

## PRIVACY CHOICES FORM

If you want to limit disclosures of personal information about you as described in this notice, just check the box or boxes below to indicate your privacy choices.  Then send this form to the address listed below.

1.  [    ]  Limit the disclosure of personal information about me to nonaffiliated third parties.

2.  [    ]  Limit the personal information about me that you share with Citigroup affiliates.

3.  [    ]  Remove my name from your mailing lists used for promotional offers.

4.  [    ]  Remove my name from your telephone marketing lists used for promotional offers.

My Citibank® Banking Card or Citibank account number is:

_____

*(Please print)*

Name: _____

Address: _____

City: _____  State: _____  Zip: _____

Phone Number: (_____) _____

If you have checked any of the boxes above, please mail this form in a stamped envelope to:

**Citibank Processing Center**
**CN 3178**
**Mail Stop CBL**
**South Hackensack, NJ  07606**

*Please allow approximately 30 days from our receipt of your privacy choices for them to become effective.*
*Your privacy instructions and any previous privacy instructions will remain in effect until you request a change.*



# LOAN SERVICING NOTICE

Customer Name:    **YVETTE BOYKIN**

Loan No.: 3007551702

Thank you for giving Citibank the opportunity to help you with your home financing. As a valued customer, we want you to know that you will receive prompt and professional service throughout the term of your mortgage.

Upon the expiration of your rescission period, Citibank,
15851 Clayton Road, Ballwin, MO 63011,
will service your loan.

You can contact Citibank's Customer Service Department at 1-800-685-0935, if you have any questions about the assignment of servicing for your mortgage loan. Citibank will begin accepting mortgage loan payments from you at the address shown on your monthly statement.

If you prefer, you may make your mortgage payments at any __Citibank__ branch location.

If you have purchased any optional insurance coverage such as mortgage credit life or disability insurance, it will not be affected by the assignment of servicing of your loan. All insurance premiums for optional insurance are included in the monthly payment you will send to Citibank.

The assignment of the servicing of your mortgage loan does not affect any term or condition of your mortgage loan other than terms directly related to the servicing of such loan.

Again, thank you for the opportunity to serve you!

P0033

# POWER OF ATTORNEY

STATE OF GEORGIA
COUNTY OF _DEKALB_

    KNOW ALL MEN BY THESE PRESENTS, that I, the undersigned, have constituted and appointed, and by this instrument do hereby constitute and appoint CASSANDRA ANISE BOYKIN of 33 Locust Street, Buffalo, New York 14204, County of Erie, as my attorney in fact for me and in my name and stead to make business decisions concerning me and my real estate listed herein:

    REAL ESTATE: To act on my behalf for closing a Citibank home equity line of credit, as originated by American Equity Services, Inc. of Cheektowaga, New York, for my real estate: property located at 81 Walden Avenue, Buffalo, New York 14211, County of Erie. To have full authority to sign all necessary and appropriate documents, and make any other transactions in connection with closing the loan for said property.

_Yvette Boykin_ (signature)

Yvette Boykin

Subscribed and sworn to before me

this __11__ day of __Sept__, 2001

_Ewell H. Elliott_ (signature)

Notary Public
My Commission expires:

(Notary seal: EWELL H. ELLIOTT JR. / MY COMMISSION EXPIRES / JUNE 11 2004 / DEKALB COUNTY, GEORGIA / NOTARY PUBLIC)

P0034



# AMERICAN EQUITY SERVICES, INC.

New York State Banking Department
Registered Mortgage Broker

(716) 626-0083 phone   (716) 362-3113 fax

2 August 2001

Ms. Yvette Boykin
4045 Rookey Valley Road
Conley, GA 30288

Dear Ms. Boykin:

Thank you for choosing American Equity Service, Inc. for your current financing needs.

We have reviewed your credit, income and subject property value and are pleased to advise that you have been pre-qualified for the following mortgage financing:

| | |
|---|---|
| Loan Type: | HELOC Home Improvement Line of Credit |
| Line Amount: | $25,000 |
| Interest Rate: | Prime minus (-) .25 [currently = 6.5% for 1st six months]<br>Prime plus (+) 1.25 [currently = 8.0% thereafter] |
| Term: | Revolving for 10 years<br>Converted to amortized 20 year loan thereafter |
| Total Closing Costs: | $1,500 (includes our fee and can be taken from the loan proceeds) |

Thank you again for your kind consideration; I look forward to arranging a convenient time to complete your application and arrange the closing which is expected to be approximately three weeks from your formal application.

At your service,

Bernice J. Kelley
Sr. Mortgage Consultant
American Equity Service Inc.

300 Cayuga Road • Cheektowaga, NY 14225
All loans provided through third party lenders
www.AESMORTGAGE.com

P0035

# GOOD FAITH ESTIMATE

| | |
|---|---|
| Applicant: | **YVETTE BOYKIN** |
| Property Addr: | **81 WALDEN AVE, BUFFALO, NY 14211** |
| Prepared By: | **AMERICAN EQUITY SERVICES, INC.  Ph. 716-626-0083** |
| | **300 CAYUGA ROAD, CHEEKTOWAGA, NY  14225** |

| | |
|---|---|
| Application No: | **00003253** |
| Date Prepared: | **08/03/2001** |
| Loan Program: | |

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates-actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 settlement statement which you will be receiving at settlement. The HUD-1 settlement statement will show you the actual cost for items paid at settlement.

**Total Loan Amount $    25,000    Interest Rate:  8.000  %    Term: 180 / 180  mths.**

| 800 | ITEMS PAYABLE IN CONNECTION WITH LOAN: | | $ | | PFC |
|---|---|---|---|---|---|
| 801 | Loan Origination Fee | | | | |
| 802 | Loan Discount | | | | |
| 803 | Appraisal Fee | | | | |
| 804 | Credit Report | | | | |
| 805 | Lender's Inspection Fee | | | | |
| 808 | Mortgage Broker Fee | | | | |
| 809 | Tax Related Service Fee | | | | |
| 810 | Processing Fee | | | | PFC |
| 811 | Underwriting Fee | | | | |
| 812 | Wire Transfer Fee | | | | PFC |
| | APPLICATION FEE | | | | |

| 1100 | TITLE CHARGES: | | $ | | PFC |
|---|---|---|---|---|---|
| 1101 | Closing  or  Escrow Fee: | | | | |
| 1105 | Document Preparation Fee | | | | |
| 1106 | Notary Fees | | | | |
| 1107 | Attorney Fees | | | | |
| 1108 | Title Insurance: | | | | |
| | TITLE SEARCH | | | | |
| | TITLE EXAMINATION | | | | |

| 1200 | GOVERNMENT RECORDING & TRANSFER CHARGES: | | | |
|---|---|---|---|---|
| 1201 | Recording Fees: | | | |
| 1202 | City/County Tax/Stamps: | | | |
| 1203 | State Tax/Stamps: | | | |

| 1300 | ADDITIONAL SETTLEMENT CHARGES: | | $ | |
|---|---|---|---|---|
| 1302 | Pest Inspection | | | |
| | Flood Cert. | | | |

**Estimated Closing Costs**

| 900 | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE: | | | $ | |
|---|---|---|---|---|---|
| 901 | Interest for          days @ $        5.4795        per day | | | | |
| 902 | Mortgage Insurance Premium | | | | |
| 903 | Hazard Insurance Premium | | | | |
| 904 | | | | | |
| 905 | VA Funding Fee | | | | |

| 1000 | RESERVES DEPOSITED WITH LENDER: | | | | $ |
|---|---|---|---|---|---|
| 1001 | Hazard Insurance Premiums | months @ $ | 27.00 | per month | |
| 1002 | Mortgage Ins. Premium Reserves | months @ $ | | per month | |
| 1003 | School Tax | months @ $ | | per month | |
| 1004 | Taxes and Assessment Reserves | months @ $ | 178.00 | per month | |
| 1005 | Flood Insurance Reserves | months @ $ | | per month | |
| | | months @ $ | | per month | |

**Estimated Prepaid Items/Reserves**  - 0 -

**TOTAL  ESTIMATED  SETTLEMENT  CHARGES**

**COMPENSATION TO BROKER (Not Paid Out Of Loan Proceeds):**

| TOTAL ESTIMATED FUNDS NEEDED TO CLOSE: | | TOTAL ESTIMATED MONTHLY PAYMENT: | |
|---|---|---|---|
| Purchase Price/Payoff | | Principal & Interest     $ | 238.91 |
| Base Loan Amount | 25,000.00 | Other Financing (P & I) | |
| MIP/FF Financed | 0.00 | Hazard Insurance | 27.00 |
| Total Loan Amount | 25,000.00 | Real Estate Taxes | 178.00 |
| Amount Paid by Seller | | Mortgage Insurance | |
| Estimated Closing Costs | | Homeowner Assn. Dues | |
| Estimated Prepaid Items/Reserves | | Other | |

| Total Est. Funds  to YOU | 25,000.00 | Total Monthly Payment | 443.91 |
|---|---|---|---|

☑ This Good Faith Estimate is being provided by  *American Equity Svcs, Inc.* , a mortgage broker, and no lender has been obtained. A lender will provide you with an additional Good Faith Estimate within three business days of the receipt of your loan application. These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender. If your application is to purchase residential real property and the lender will take a first lien on the property. The undersigned acknowledges receipt of the booklet "Settlement Costs," and if applicable the Consumer Handbook on ARM Mortgages.

| | | | |
|---|---|---|---|
| *Yvette Boykin* | 8/6/01 | | |
| Applicant   YVETTE BOYKIN | Date | Applicant | Date |

P8036

# FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicants: **YVETTE BOYKIN**

Prepared By: **AMERICAN EQUITY SERVICES, INC.**
**300 CAYUGA ROAD**
**CHEEKTOWAGA , NY 14225**
**716-626-0083**

Property Address: **81 WALDEN AVE**
**BUFFALO, NY 14211**

Application No: **00003253**

Date Prepared: **08/03/2001**

Check box if applicable:

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after making all payments as scheduled |
|---|---|---|---|
| 8.000 % | $ 18,004.90 | $ 25,000.00 | $ 43,004.90 |

☐ REQUIRED DEPOSIT: The annual percentage rate does not take into account your required deposit
PAYMENTS: Your payment schedule will be:

| Number of Payments | Amount of Payments ** | When Payments Are Due | Number of Payments | Amount of Payments ** | When Payments Are Due | Number of Payments | Amount of Payments ** | When Payments Are Due |
|---|---|---|---|---|---|---|---|---|
| | | Monthly Beginning: | | | Monthly Beginning: | | | Monthly Beginning: |
| 179 | 238.91 | | | | | | | |
| 1 | 240.01 | | | | | | | |

☐ DEMAND FEATURE: This obligation has a demand feature.
☐ VARIABLE RATE FEATURE: This loan contains a variable rate feature. A variable rate disclosure has been provided earlier.

CREDIT LIFE/CREDIT DISABILITY: Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless you sign and agree to pay the additional cost.

| Type | Premium | Signature | |
|---|---|---|---|
| Credit Life | NA | I want credit life insurance. | X |
| Credit Disability | NA | I want credit disability insurance. | X |
| Credit Life and Disability | NA | I want credit life and disability insurance. | X |

INSURANCE: The following insurance is required to obtain credit:
☐ Credit life insurance ☐ Credit disability ☐ Property insurance ☐ Flood insurance
You may obtain the insurance from anyone you want that is acceptable to creditor
☐ If you purchase ☐ property ☐ flood insurance from creditor you will pay $ _____ for a one year term.
SECURITY: You are giving a security interest in:
☐ The goods or property being purchased ☐ Real property you already own.
FILING FEES: $
LATE CHARGE: If a payment is more than _____ days late, you will be charged _____ % of the payment
PREPAYMENT: If you pay off early, you
☑ may ☐ will not have to pay a penalty.
☐ may ☑ will not be entitled to a refund of part of the finance charge.
ASSUMPTION: Someone buying your property
☑ may ☐ may, subject to conditions ☐ may not assume the remainder of your loan on the original terms.
See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties.
☐ * means an estimate ☐ * all dates and numerical disclosures except the late payment disclosures are estimates.

THE UNDERSIGNED ACKNOWLEDGE RECEIVING A COMPLETED COPY OF THIS DISCLOSURE.

_Yvette Boykin_ 8/6/01
YVETTE BOYKIN (Applicant) (Date) _____ (Applicant) (Date)

_____ (Applicant) (Date) _____ (Applicant) (Date)

_____ (Lender) (Date)

* * NOTE: PAYMENTS SHOWN ABOVE DO INCLUDE RESERVE DEPOSITS FOR MORTGAGE INSURANCE (IF APPLICABLE) BUT NOT PROPERTY TAXES OR INSURANCE
CALYX Til.hp 2/95

## BROKER POINT PROGRAM

## BORROWER ACKNOWLEDGEMENT AND CONSENT FORM

*Boykin*
Borrower's Last Name

*Yvette*
First Name

Loan Reference Number

1. I hereby represent to the lender who originates my home equity line of credit (the "Lender") that I have entered into an agreement with *American Equity Svcs* ("Mortgage Broker") under which the Mortgage Broker agreed to assist me in obtaining a home equity line of credit. Pursuant to that agreement and in consideration for those mortgage broker services, I have agreed to pay the Mortgage Broker a mortgage brokerage fee in the amount of $ *1000.00* . I acknowledge that the mortgage brokerage fee is not being required or imposed by the Lender (Citibank).

2. Unless I subsequently advise the Lender otherwise, I hereby authorize the Lender to pay the mortgage brokerage fee to the Mortgage Broker out of the Home Equity Line of Credit at the earliest time permitted by applicable law. I acknowledge that I will be required to pay this fee which will be debited against my home equity line of credit according to the terms of the agreement governing the Home Equity Line of Credit.

3. I authorize the Lender to provide the Mortgage Broker with reports on the status of the home equity line of credit application I am submitting or have submitted to the Lender. I understand that these status reports may, but will not necessarily, include a description of the action the Lender has taken on waiving any privacy rights, which will be afforded to me under state laws.

*6 August 2001*
Date

*Yvette Boy*
Applicant

_____
Date

_____
Applicant

BORROWERS CONFIRMED AND AUTHORIZED AT THE TIME OF THE CLOSING OF THE HOME EQUITY LINE OF CREDIT.

Date _____

Applicant _____

Date _____

Applicant _____

P0038

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ V.A. ☑ Conventional ☐ Other: ☐ FHA ☐ FmHA | Agency Case Number | | Lender Case Number |
|---|---|---|---|---|
| Amount $ 25,000 | Interest Rate 8.000 % | No. of Months 180/180 | Amortization Type: ☑ Fixed Rate ☐ Other (explain): HELOC ☐ GPM ☐ ARM (type): | |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, ZIP) 81 WALDEN AVE, BUFFALO, NY 14211  County: ERIE | No. of Units 2 |
|---|---|
| Legal Description of Subject Property (attach description if necessary) SEE PRELIMINARY TITLE REPORT | Year Built |

| Purpose of Loan | ☐ Purchase   ☐ Construction   ☑ Other (explain):  HELOC | Property will be: |
|---|---|---|
| | ☐ Refinance   ☐ Construction-Permanent | ☑ Primary Residence   ☐ Secondary Residence   ☐ Investment |

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |
|---|---|---|---|---|---|

Complete this line if this is a refinance loan.

| Year Acquired 1984 | Original Cost $ 15,000 | Amount Existing Liens $ 6,164 | Purpose of Refinance Cash-Out/Other | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| | | | | Cost $ |

| Title will be held in what Name(s) YVETTE BOYKIN | Manner in which Title will be held SINGLE WOMAN | Estate will be held in: ☑ Fee Simple |
|---|---|---|
| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) EQUITY | | ☐ Leasehold (show expiration date) |

## III. BORROWER INFORMATION

|  | Borrower | Co-Borrower |
|---|---|---|
| Name (include Jr. or Sr. if applicable) | YVETTE BOYKIN | |

| | Borrower | | | | Co-Borrower | | |
|---|---|---|---|---|---|---|---|
| Social Security Number | Home Phone (incl. area code) 716-854-3747 | Age 53 | Yrs. School 16 | Social Security Number | Home Phone (incl. area code) | Age | Yrs. School |
| ☐ Married ☑ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no.        ages | | | ☐ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no.        ages | | |
| Present Address (street, city, state, ZIP) ☑ Own ☐ Rent  17 No. Yrs. 81 WALDEN AVE BUFFALO, NY 14211 | | | | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent   No. Yrs. | | | |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent   No. Yrs. | | | | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent   No. Yrs. | | | |
|---|---|---|---|---|---|---|---|
| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent   No. Yrs. | | | | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent   No. Yrs. | | | |

## IV. EMPLOYMENT INFORMATION

| Borrower | | | Co-Borrower | | |
|---|---|---|---|---|---|
| Name and Address of Employer RETIRED | ☐ Self Employed | Yrs. on this job | Name and Address of Employer | ☐ Self Employed | Yrs. on this job |
| | | Yrs. employed in this line of work/profession | | | Yrs. employed in this line of work/profession |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name and Address of Employer | ☐ Self Employed | Dates(from-to) | Name and Address of Employer | ☐ Self Employed | Dates(from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) | |
| Name and Address of Employer | ☐ Self Employed | Dates(from-to) | Name and Address of Employer | ☐ Self Employed | Dates(from-to) |
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) | |

P0039

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ | $ | $ | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 230.00 | 238.91 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | 27.00 | 27.00 |
| Dividends/Interest | | | | Real Estate Taxes | 178.00 | 178.00 |
| Net Rental Income | 450.00 | | 450.00 | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | 3,153.00 | | 3,153.00 | Homeowner Assn. Dues | | |
| | | | | Other | | |
| Total | $ 3,603.00 | $ | $ 3,603.00 | Total | $ 435.00 | $ 443.91 |

*Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income**  Notice: Alimony, child support, or separate maintenance income need not be revealed if the
Borrower(B) or Co-Borrower(C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| B | Pension/Retirement Income | $ 2,216.00 |
| B | Social Security/Disability Income | 937.00 |

## VI. ASSETS AND LIABILITIES

This statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers. If their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed ☐ Jointly ☑ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | **LIABILITIES** Name and address of Company | $ Payt./Mos. | $ |
| | | PEACHTREE FEDERAL CR | | |
| *List checking and savings accounts below* Name and address of Bank, S&L, or Credit Union KEY BANK | | | | |
| | 20 | Acct. no. 103680201 | 306 /48 | 11,370 |
| Acct. no. CHECKING | $ 2,000 | Name and address of Company EXCEL FCU | $ Payt./Mos. | $ |
| Name and address of Bank, S&L, or Credit Union EXCEL FCUNION | | | | |
| | | Acct. no. 95810090 | 100 | 1,622 |
| Acct. no. SAVINGS | $ 5,000 | Name and address of Company PEACHTREE FEDERAL CR | $ Payt./Mos. | $ |
| Name and address of Bank, S&L, or Credit Union WACHOVIA BANK | | | | |
| | | Acct. no. 9581009 | 100 /10 | 1,462 |
| Acct. no. SAVINGS | $ 3,000 | Name and address of Company AMEX | $ Payt./Mos. | $ |
| Name and address of Bank, S&L, or Credit Union ASSOCIATED FCUNION | | | | |
| | | Acct. no. 22423200 | | 323 |
| Acct. no. CHECKING | $ 2,500 | Name and address of Company RICHS/FDSB | $ Payt./Mos. | $ |
| Stocks & Bonds (Company name/number & description) | $ | | | |
| US SAVINGS BONDS | 5,000 | | | |
| RETIREMENT FUND | 105,000 | Acct. no. 118207364020 | 5 | 184 |
| Life insurance net cash value | | Name and address of Company AFECU VISA | $ Payt./Mos. | $ |
| Face amount: $ | $ 100,000 | | | |
| Subtotal Liquid Assets | $ 222,500 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 148,000 | Acct. no. 4330060000362241 | 10 | 148 |
| Vested interest in retirement fund | $ | Name and address of Company HRS/VALUE C | $ Payt./Mos. | $ |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | | | |
| | | Acct. no. 7001321102 | 10 | 51 |
| Other Assets (itemize) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| | | Job Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 531 | |
| Total Assets a. | $ 370,500 | Net Worth (a-b) | $ 285,912 | Total Liabilities b. | $ 84,588 |

Freddie Mac Form 65   10/92
ALYX Form 1003 Loanapp2.hp 2/95

Borrower
Co-Borrower

Fannie Mae Form 1003   10/92

P.0040

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 81 WALDEN AVE BUFFALO, NY 14211 | SFR | $ 48,000 | $ 6,164 | $ 600 | $ 230 | $ INC | $ 450 |
| 4045 ROCKY VALLEY DRIVE CONLEY, GA 30288 | SFR | 100,000 | 63,264 | 0 | 484 | INC | 0 |
| Totals | | $ 148,000 | $ 69,428 | $ 600 | $ 714 | $ | $ 450 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | 6,164.00 |
| e. Estimated prepaid items | |
| f. Estimated closing costs | |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 6,164.00 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 25,000.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 25,000.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | (18,836.00) |

## VIII. DECLARATIONS

If you answer "yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes No | Co-Borrower Yes No |
|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ ☑ | ☐ ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ ☑ | ☐ ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ ☑ | ☐ ☐ |
| d. Are you a party to a lawsuit? | ☐ ☑ | ☐ ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ ☑ | ☐ ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ ☑ | ☐ ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ ☑ | ☐ ☐ |
| h. Is any part of the down payment borrowed? | ☐ ☑ | ☐ ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ ☑ | ☐ ☐ |
| j. Are you a U. S. citizen? | ☑ ☐ | ☐ ☐ |
| k. Are you a permanent resident alien? | ☐ ☑ | ☐ ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☑ ☐ | ☐ ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☑ ☐ | ☐ ☐ |

(1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)?   **PR/IP**

(2) How did you hold title to the home—solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)?   **S**

## IX. ACKNOWLEDGMENT AND AGREEMENT

The undersigned specifically acknowledge(s) and agree(s) that: (1) the loan requested by this application will be secured by a first mortgage or deed of trust on the property described herein; (2) the property will not be used for any illegal or prohibited purpose or use; (3) all statements made in this application are made for the purpose of obtaining the loan indicated herein; (4) occupation of the property will be as indicated above; (5) verification or reverification of any information contained in the application may be made at any time by the Lender, its agents, successors and assigns, either directly or through a credit reporting agency, from any source named in this application, and the original copy of this application will be retained by the Lender, even if the loan is not approved; (6) the Lender, its agents, successors and assigns will rely on the information contained in the application and I/we have a continuing obligation to amend and/or supplement the information provided in this application if any of the material facts which I/we have represented herein should change prior to closing; (7) in the event that my/our payments on the loan indicated in this application become delinquent, the Lender, its agents, successors and assigns, may, in addition to all their other rights and remedies, report my/our name(s) and account information to a credit reporting agency; (8) ownership of the loan may be transferred to successor or assign of the Lender without notice to me and/or the administration of the loan account may be transferred to an agent, successor or assign of the Lender with prior notice to me; (9) the Lender, its agents, successors and assigns make no representations or warranties, express or implied, to the Borrower(s) regarding the property, the condition of the property, or the value of the property.

Certification: I/We certify that the information provided in this application is true and correct as of the date set forth opposite my/our signature(s) on this application and acknowledge that any intentional or negligent misrepresentation(s) of the information contained in this application may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors and assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation which I/we have made on this application.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X _(signature)_ | | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling, in order to monitor the Lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish it, under Federal regulations this Lender is required to note race and sex on the basis of visual observation or surname. If you do not wish to furnish the above information, please check the box below. (Lender must review the above material to assure that the disclosure satisfy all requirements to which the Lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER**
☐ I do not wish to furnish this information

Race/National Origin:
☐ American Indian or Alaskan Native  ☐ Asian or Pacific Islander
☐ Black, not of Hispanic  ☑ White, not of Hispanic origin
☐ Other (specify)

Sex: ☑ Female  ☐ Male

**CO-BORROWER**
☐ I do not wish to furnish this information

Race/National Origin:
☐ American Indian or Alaskan Native  ☐ Asian or Pacific Islander
☐ Black, not of Hispanic  ☐ White, not of Hispanic origin
☐ Other (specify)

Sex: ☐ Female  ☐ Male

| To be Completed by Interviewer | Interviewer's Name (print or type) BJ KELLEY | Name and Address Interviewer's Employer |
|---|---|---|
| This application was taken by: | Interviewer's Signature | AMERICAN EQUITY SERVICES, INC. |
| ☐ face-to-face interview | _(signature)_ Johnson Kelley  Date 9/6/0_ | 300 CAYUGA ROAD |
| ☐ by mail | | CHEEKTOWAGA, NY 14225 |
| ☑ by telephone | Interviewer's Phone Number (incl. area code) 716-626-0083 | (P) 716-626-0083 (F) 716-362-3113 |

P0041

## Continuation Sheet/Residential Loan Application

| | | |
|---|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | **Borrower:** YVETTE BOYKIN | Agency Case Number: |
| | **Co-Borrower:** | Lender Case Number: |

### VI. ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **BANK OF AMERICA MORTGAGE ON 2ND HOME IN GEORGIA** | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. **1732002678577** | (484) | 63,264 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **NATIONSCREDIT** | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. **4667000574900** | * (230) | 6,164 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: X | Date | Co-Borrower's Signature: X | Date |
|---|---|---|---|

P0.042



Dear Customer:

Thank you for choosing Citibank for your financial needs.

All checks issued are accruing interest as of the funding date of your loan.

☑ Payoff check(s) have been sent to the creditor to payoff a lien on your property. *6147.69*

☐ Check(s) made payable to you and the creditor(s) for debt consolidation. Please endorse the back of the check, **write the account number(s) to be paid off on the front** and __immediately__ forward the check to the creditor.

☐ A check made payable to you for the balance of the minimum utilization requirement.

☑ A check made payable to you for the balance of the loan.

☐ Check(s) for the broker point fee has been sent to the broker on your behalf.

☐ Funds have been directly deposited into your account, per your request.

☐ Funds have been wired to your account as per your request; the fee that the Title Company charges has been deducted from the wire.

☐ Enclosed are five starter checks for your convenience. The initial checkbook, containing 20 checks, will arrive in approximately 7 to 10 business days.

☐ Enclosed are 4 starter checks for your convenience. The initial checkbook, containing 12 checks, will arrive in approximately 7 to 10 business days. Your credit card will arrive within 3 to 5 business days from the date of rescission. Upon receipt of your card, please contact Citibank USA at (800) 541-2835 to activate the credit card.

☐ Your credit card will arrive within 3 to 5 business days from the date of rescission. The initial checkbook, containing 12 checks, will arrive in approximately 7 to 10 business days. Upon receipt of your card, please contact Citibank USA at (800) 541-2835 to activate the credit card.

Should you have any questions or concerns please call our customer service department at (800) 456-4510 or (800) 925-2484.

Sincerely,

*Peggy Rager*

Citibank
Closing Department
Heloc/Frehl/Esa/Ocard Welcome Letter – 6/01

A member of citigroup.

ExpressClose.com

Citibank Funding Account
935 East 53rd Street
Davenport, IA 52807
800-732-5361

Pay to the Order of

YVETTE BOYKIN
4045 ROCKY VALLEY DR
CONLEY, GA

National City Bank

6 North Main Street
Dayton, OH 45424
937-226-0720

29457

25-14/40

Exactly
***Eighteen Thousand Eight Hundred Fifty-Two & 31/100..
Dollars***********************************************

09/28/01

$****18,852.31*

Security Features included.   Details on back.

⑈0 29457⑈  ⑆044000001⑆  685203947 2⑈

P0044

96502

National Archives Trust Fund
1557 St. Joseph
East Point, GA 30344
(404) 763-7474

$4.50
$4.55
$4.55
$4.55
$0.05

Paper-paper copy: onsite
RF002          9@        0.50
9.00 ITEMS SUBTOT/
        TOTAL
        Cash
        Change Due

NRCAIRV0063771

LOC:  NRCA           WKS  NRCA1
OPER: progers        SLS  PROGERS
DATE: 10/29/03       TIME  2 38 10 PM
CUSTOMER ACCOU  WALK/NNRCA

*Ready Access to*
*Essential Evidence*

**EXHIBIT NO.2**

P0045

*Ames EB*
*Exhibit*
*Closing 1*

```
            PHOENIX POSTAL STORE
              ATLANTA, Georgia
                  303039997
09/19/2001     (800)275-8777     04:28:31 PM

              ——— Sales Receipt ———
Product         Sale    Unit        Final
Description      Qty    Price        Price

BUFFALO NY 14211 Express           $12.45
Mail PO-ADD
   Serial Number   ET065324748US
   Nextday Noon  /Normal
   Delivery

               Issue PVI:          $12.45

   Refund PVI                     -$12.45
BUFFALO NY 14204 Express           $12.45
Mail PO-ADD
   Serial Number   ET065324751US
   Nextday Noon  /Normal
   Delivery

               Issue PVI:          $12.45

BUFFALO NY 14225 Express           $12.45
Mail PO-ADD
   Serial Number   ET065324748US
   Nextday Noon  /Normal
   Delivery

               Issue PVI:          $12.45


   Total:                          $24.90

 Paid by:
 Cash                              $25.00
 Change Due:                       -$0.10


 Bill#:  1000400286984
 Clerk:  19
       ——— Thank you for your business ———
```

*P0046*



P0047

# EXPRESS MAIL
## UNITED STATES POSTAL SERVICE®
## POST OFFICE TO ADDRESSEE

*EU 074 270 257 US*

**SEE REVERSE SIDE FOR SERVICE GUARANTEE AND INSURANCE COVERAGE LIMITS**

Customer Copy — Label 11-B May 2001

**ORIGIN (POSTAL USE ONLY)**

| ZIP Code | Day of Delivery | Flat Rate Envelope |
| --- | --- | --- |
| | ☐ Next ☐ Second | ☐ |
| | | Postage $24.20 |
| Day Year 7/23/02 | ☐ 12 Noon ☐ 3 PM | Return Receipt Fee |
| AM ☐ PM | Military | |
| | ☐ 2nd Day ☐ 3rd Day | |
| | Int'l Alpha Country Code | COD Fee | Insurance Fee |
| Delivery ☐ Holiday | Acceptance Clerk Initials | Total Postage & Fees $24.20 |

☐ WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday     Customer Signature

**CUSTOMER USE ONLY**

METHOD OF PAYMENT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

**FROM: (PLEASE PRINT)** PHONE 404 514 5903

YVETTE BRIFIN
4615 Rocky Valley Dr
Conley GA 30288

**TO: (PLEASE PRINT)** PHONE 716 840 0001

BARBARA SIMS ESQ.
McKehey SIMS Davis Latroal LLP
120 Delaware
118 W. Mohawk St 3rd Floor
Buffalo New York

ZIP + 4  1 4 2 0 2 +

**FOR PICKUP OR TRACKING CALL 1-800-222-1811   www.usps.com   EMS**



DATE
07/23/02          23-901300699-01
                  4104710777          TIME 13:27

U S POSTAL SERVICE #1204440451
2859 CANDLER RD
DECATUR GA 30034

TRAN #         CLERK ID         AUTH
532            72               531515

AMERICAN EXPRESS SALE

ACCT. NUMBER                    EXP
372522242321001                1203

TOTAL $24.20

X _____
SIGNATURE

WE DELIVER FOR YOU

TOP COPY  : U S POSTAL SERVICE

P0048



P0049



P0050



Customer C...



**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE ®    Post Office To Addressee

ER 915711823 US

**GIN (POSTAL USE ONLY)**

Day of Delivery: FRI

Postage $ 13.65

**DELIVERY (POSTAL USE ONLY)**

**CUSTOMER USE ONLY**

**FROM: (PLEASE PRINT)**   PHONE ( 404 244-1742

Yvette Boykin
4045 Rockey Valley Dr
Conley, GA 30288

**TO: (PLEASE PRINT)**

U.S. District Clerk
Western District of New York
Buffalo Division, Office of Clerk
304 U.S. Courthouse
Buffalo, N.Y.

ZIP: 1 4 2 0 2 +

**FOR PICKUP OR TRACKING CALL 1-800-222-1811**
www.usps.com  ≡EMS
PRESS HARD. You are making 3 copies.

---

KeyBank

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE ®    Post Office To Addressee

Customer C...

ED 016560189 US

**GIN (POSTAL USE ONLY)**

Postage $ 13.65

Total Postage & Fees $ 13.65

**DELIVERY (POSTAL USE ONLY)**

CONLEY GA
APR 2 2004

**CUSTOMER USE ONLY**

**FROM: (PLEASE PRINT)**

Yvette Boykin
4045 Rockey Valley Dr
Conley, GA 30288

**TO: (PLEASE PRINT)**

Clerk, U.S. District Court
U.S. Courthouse
68 Court St
Buffalo, NY 14202-

ZIP: 1 4 2 0 2 + 3 4 9 8

**FOR PICKUP OR TRACKING CALL 1-800-222-1811**
www.usps.com  ≡EMS
PRESS HARD. You are making 3 copies.

P0051

**CONLEY POST OFFICE**
CONLEY, Georgia
302889998

02/13/2004        (800)275-8777        01:12:51 PM

--- Sales Receipt ---

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20530 | | | $1.06 |
| First-Class | | | |
| Return Receipt | | | $1.75 |
| Certified | | | $2.30 |
| Label Serial #: 70023150000058446456 | | | |
| Issue PVI: | | | $5.11 |
| | | | |
| CLEVELAND OH 44114 | | | $1.06 |
| First-Class | | | |
| Return Receipt | | | $1.75 |
| Certified | | | $2.30 |
| Label Serial #: 70031680000445521613 | | | |
| Issue PVI: | | | $5.11 |
| | | | |
| WASHINGTON DC 20410 | | | $1.06 |
| First-Class | | | |
| Return Receipt | | | $1.75 |
| Certified | | | $2.30 |
| Label Serial #: 70031680000445521637 | | | |
| Issue PVI: | | | $5.11 |
| | | | |
| BRONX NY 10458 | | | $1.06 |
| First-Class | | | |
| Return Receipt | | | $1.75 |
| Certified | | | $2.30 |
| Label Serial #: 70031680000445521590 | | | |
| Issue PVI: | | | $5.11 |
| | | | |
| ALBANY NY 12207 | | | $1.06 |
| First-Class | | | |
| Return Receipt | | | $1.75 |
| Certified | | | $2.30 |
| Label Serial #: 70031680000445521606 | | | |
| Issue PVI: | | | $5.11 |
| | | | |
| BUFFALO NY 14202 | | | $1.29 |
| First-Class | | | |
| Return Receipt | | | $1.75 |
| Certified | | | $2.30 |
| Label Serial #: 70031680000445521620 | | | |
| Issue PVI: | | | $5.34 |

Total:                                $30.89

Paid by:
Credit Card                           $30.89

Bill#: 1000300378659
Clerk: 10

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

---

**CONLEY POST OFFICE**
CONLEY, Georgia
302889998

12/15/2003        (800)275-8777        01:23:38 PM

--- Sales Receipt ---

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| BUFFALO NY 14202 | | | $4.90 |
| Priority Mail | | | |
| Signature Confirmation | | | $1.80 |
| Label Serial #: 23031610000001807949 | | | |
| Issue PVI: | | | $6.70 |
| | | | |
| 37c Holiday | 10 | $0.37 | $3.70 |
| Music Makers | | | |
| PSA | | | |

Total:                                $10.40
Paid by:
Cash                                  $20.40
Change Due:                          -$10.00

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to
USPS.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.
Bill#: 1000200365822
Clerk: 06

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

P0052

CENTRAL CITY RETAIL UNIT
ATLANTA, Georgia
303033634
1204440060-0094
03/19/2004   (800)275-8777

——— Sales Receipt ———
Product      Sale    Unit       Final
Description          Price      Price

BUFFALO NY 14202
First-Class
  Certified                     $2.30
  Label Serial #: 70023150000058015508

         Issue PVI:             $3.36

37c          3    $0.37        $1.11
Dist/Columbia
PSA

Total:                          $4.47

Paid by:
Cash

Order stamps at USPS.com/shop or
1-800-Stamp24. Go to
USPS.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS
Bill#: 1000600968803
Clerk: 11

——— All sales final on stamps and postage.
     Refunds for guaranteed services only.
        Thank you for your business.
            Customer Copy


CROWN ROAD POSTAL STORE
ATLANTA, Georgia
303040001
1204440039-0098
04/15/2004   (404)765-7510   11:21:30 PM

——— Sales Receipt ———
Product       Sale    Unit       Final
Description    Qty    Price      Price

BUFFALO NY 14202 Express          $13.65
Mail PO-ADD Flat Rate
  Serial Number  ED016559614US
  2nd Day Noon  / Normal
  Delivery
                Issue PVI:        $13.65

NEW YORK NY 10011                 $13.65
Express Mail PO-ADD Flat
Rate
  Serial Number  ED016559628US
  2nd Day Noon  / Normal
  Delivery
                Issue PVI:        $13.65

BUFFALO NY 14202 Express          $13.65
Mail PO-ADD Flat Rate
  Serial Number  ED016559631US
  2nd Day Noon  / Normal
  Delivery
                Issue PVI:        $13.65

BUFFALO NY 14202 Express          $13.65
Mail PO-ADD Flat Rate
  Serial Number  ED016559605US
  2nd Day Noon  / Normal
  Delivery
                Issue PVI:        $13.65

Total:                            $54.60

Paid by:
AMEX                              $54.60
  Account #            Exp.
  XXXXXXXXXXX3007      12/07
  Approval #:          595718
  Transaction #:       310
  23 902853555 4104710777

Bill#: 1000200977832
Clerk: 07

——— All sales final on stamps and postage. ———
     Refunds for guaranteed services only.
        Thank you for your business.
            Customer Copy

**Customer Copy**

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE   **Post Office To Addressee**

ER 190349069 US

CENTRAL CITY FIN
USPS 30302

## ORIGIN (POSTAL USE ONLY)

PO ZIP Code: 30302

Day of Delivery: ☒ Next ☐ Second

Flat Rate Envelope ☒

Date In: 7 29 04 (Mo. Day Year)

Postage $ 13.65

☒ 12 Noon ☐ 3 PM

Time In: 16.03 ☐ AM ☒ PM

Military ☐ 2nd Day ☐ 3rd Day

Return Receipt Fee

Weight: 10.3 lbs. ozs.

Int'l Alpha Country Code

COD Fee

Insurance Fee

No Delivery ☐ Weekend ☐ Holiday

Acceptance Clerk Initials: AU

Total Postage & Fees $ 13.65

## DELIVERY (POSTAL USE ONLY)

Delivery Attempt: Mo. Day — Time ☐ AM ☐ PM — JUL 29 2004 — Employee Signature

Delivery Attempt: Mo. Day — Time ☐ AM ☐ PM — Employee Signature

Delivery Date: Mo. Day — Time ☐ AM ☐ PM — Employee Signature

## CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

WAIVER OF SIGNATURE (Domestic Only)
Additional merchandise insurance is void if waiver of signature is requested.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

Customer Signature

**FROM:** (PLEASE PRINT)   PHONE (

Yvette Boykin
4045 Rockey Valley Dr
Conley, GA 30288

**TO:** (PLEASE PRINT)   PHONE (

Clerk, U.S. District Court
United States Courthouse
Buffalo, New York

ZIP + 4: 1 4 2 0 2 + 3 4 9 8

## FOR PICKUP OR TRACKING CALL 1-800-222-1811

**www.usps.com**   EMS

PRESS HARD. You are making 3 copies.

P0054



CONLEY POST OFFICE
CONLEY, Georgia
302889998
1204440220-0098
04/25/2006 (800)275-8777 03:13:39 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| NEW YORK NY 10017 | | | $8.10 |
| Priority - Flat Rate Box | | | |
| 4 lb 0.40 oz. | | | |
| Delivery Confirmation | | | $0.50 |
| Label #: 03050830000061622802 | | | |
| Issue PVI | | | $8.60 |
| Total: | | | $8.60 |
| Paid by: Cash | | | $8.60 |

Bill#: 1000200964731
Clerk: 10

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

**U.S. Postal Service Delivery Confirmation Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)
William ady
Key Tower

DELIVERY CONFIRMATION NUMBER:
0305 0830 0000 6162 2802

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail Service
☐ First-Class Mail parcel
☐ Package Services parcel

Postmark Here
CONLEY GA
APR 25 2006
USPS

PS Form 152, May 2002 (See Reverse)

P0056

*Key Bank*

*Initial Disclosure*

*Key Bank*

ATLANTA MAIN PO
ATLANTA, Georgia
303049998
1204440076 -0088
08/20/2008    (404)765-7637    07:05:21 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| BUFFALO NY 14203 Zone-5 Express Mail PO-Add Flat Rate 4.30 oz. Label #:    EB548075182US Next Day Noon / Normal Delivery | | | $16.50 |
| Issue PVI: | | | $16.50 |
| BUFFALO NY 14202 Zone-5 First-Class Large Env 3.60 oz. | | | $1.34 |
| Issue PVI: | | | $1.34 |

Total:                                    $17.84

Paid by:                          $17.84
Visa
  Account #:       XXXXXXXXXXXX0794
  Approval #:      007497
  Transaction #:   391
  23 902850304

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clickship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1001204063579
Clerk: 08

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
*********************************
*********************************
HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
*********************************
*********************************


Customer Copy

---

FOREST PARK PO
FOREST PARK, Georgia
302979998
1204440239 -0094
08/06/2008    (800)275-8777    02:39:44 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| BUFFALO NY 14202 Zone-5 First-Class Large Env 2.40 oz. | | | $1.17 |
| Issue PVI: | | | $1.17 |
| BUFFALO NY 14203 Zone-5 First-Class Large Env 2.40 oz. | | | $1.17 |
| Issue PVI: | | | $1.17 |
| 42c Purple Heart PSA | 1 | $0.42 | $0.42 |

Total:                                    $2.76

Paid by:
Cash                              $5.00
Change Due:                       -$2.24

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clickship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000601838757
Clerk: 18

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
*********************************
*********************************
HELP US SERVE YOU BETTER

So to: http://gx.gallup.com/pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
*********************************
*********************************


Customer Copy

# McKELVEY, SIMS, DAVIS & LAZROE, LLP

### Attorney and Counselors at Law
### 120 Delaware Building
### 118 W. Mohawk Street-3ʳᵈ Floor
### Buffalo, New York 14202

Terrence D. McKelvey, Esq.                             (716) 840-0001
Barbara M. Sims, Esq.                                   (716) 852-1436
James P. Davis, Esq.                                    (716) 852-3635
Jeffrey A. Lazroe, Esq.                             Fax: (716) 847-6515

July 19, 2002

YVETTE BOYKIN
4045 Rockey Valley Drive
Conley, Georgia 30288

                Re:    Boykin v. Bank of America,
                        Key Bank, and
                        New York State Division
                        of Human Rights

Dear Ms. Boykin,

      Enclosed herein, please find a retainer in the above-entitled matter.

      Kindly photocopy it, sign above your name at the bottom and mail it together with your information and the initial retainer amount of $500.00 to:

      BARBARA M. SIMS
      118 W. MOHAWK ST.
      BUFFALO, NEW YORK 14202

      I will review the material and advise you as to whether I would recommend you to proceed with this matter.

      If you have any questions, or need further information, feel free to call me at (716) 840-0001.

                  Very Truly Yours,

                  *Barbara M. Sims* /fws
                  Barbara M. Sims

BMS/fws
Encl.

# RETAINER

ATTORNEY: McKELVEY,  SIMS, DAVIS, & LAZROE, LLP
          120 Delaware Avenue
          118 W. Mohawk Suite, 3rd Floor
          Buffalo, New York  14202
          (716) 840-0001

CLIENT:   YVETTE D. BOYKIN
          4045 Rockey Valley Drive
          Conley, Georgia 30288
          (434) 224-1742

SUBJECT MATTER:  Claim against BANK OF AMERICA, and KEY BANK, for discrimination in Lending.

PAYMENTS DUE UPON SIGNING: Payment in the amount of $500.00 for initial examination of client's documents and files.

COMPENSATION:  $2,000.00 due upon the Attorney's determination to proceed with this matter. Attorney is to conduct this case on a contingent fee arrangement whereby the client will pay the attorney one-third (1/3) of the amount of any judgment recovered, or any payment received through settlement or compromise.  The above-mentioned

EXPENSES:  The client agrees to finance completely out of her own funds, all the expenses of this case, including fees and expenses of filing, witnesses, photographs, printing and stenographer's minutes
$2,500.00, will be deducted from the (1/3) payment of any amount to be received by the Attorney as compensation for services.

APPEAL:     In the event of an appeal by either side, the attorney is entitled to other compensation to a reasonable amount for preparing appeal papers and arguing the appeal.

CONDUCT OF CASE:  Client agrees to permit attorney to have full control over the conduct of case, to use full discretion in presenting or omitting to present such particulars thereof as in the opinion of said attorney or counsel should be presented or omitted.

SETTLEMENT:  The attorney is likewise authorized to make settlement in case an agreement is reached between the parties through the attorney or otherwise for payment of a reasonable amount in settlement, but attorney is given the sole right to negotiate such settlement.

COUNSEL:  Attorney may, if he so desires, retain counsel to assist in the preparation and trial of the case or upon the argument of any appeal without any additional cost or expense to the client.

Dated:  July 19, 2002.

_____
YVETTE D. BOYKIN, client


_____
McKELVEY,  SIMS, DAVIS, & LAZROE, LLP
By: Barbara M. Sims, Esq., Attorneys

## Complaints and Other Initiating Documents
1:03-cv-00944-WMS Boykin v. Keycorp and its Subsidiary, KeyBank National Association et al

### U.S. District Court [LIVE]

### NYWD U.S. District Court [LIVE]

Notice of Electronic Filing

The following transaction was received from entered on 12/20/2003 at 8:49 AM EST and filed on
12/19/2003
**Case Name:**       Boykin v. Keycorp and its Subsidiary, KeyBank National Association et al
**Case Number:**     1:03-cv-944
**Filer:**           Yvette Boykin
**Document Number:** 1

**Docket Text:**
COMPLAINT against Keycorp and its Subsidiary, KeyBank National Association, State of New York
Division of Human Rights, U.S. Department of Housing and Urban Development ( Filing fee $ 150
receipt number 99313), filed by Yvette Boykin.(CMD)

The following document(s) are associated with this transaction:

**1:03-cv-944 Notice will be electronically mailed to:**

**1:03-cv-944 Notice will not be electronically mailed to:**

Yvette Boykin

*p0060*

## Appeal Documents
### 1:03-cv-00944-WMS Boykin v. Keycorp and its Subsidiary, KeyBank National Association et al
**CASE CLOSED on 03/30/2005**

### U.S. DISTRICT COURT

### WESTERN DISTRICT OF NEW YORK [LIVE]

Notice of Electronic Filing

The following transaction was received from DR, entered on 5/2/2005 at 3:29 PM EDT and filed on 4/25/2005

**Case Name:**       Boykin v. Keycorp and its Subsidiary, KeyBank National Association et al
**Case Number:**     1:03-cv-944
**Filer:**           Yvette Boykin
**WARNING: CASE CLOSED on 03/30/2005**
**Document Number:** 35

**Docket Text:**
NOTICE OF APPEAL as to [34] Judgment by Yvette Boykin. Filing fee $ 255, receipt number 16099. (copy to Robert P. Heary and to Clerk, USCA) (DR, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1042579058 [Date=5/2/2005] [FileNumber=343284-0]
[e072584ec92ce42183a84d10c807988351854456dbe5b945b781b5b994d99e094cccb
1440040d1cf5a7ce469ce3467ea8cc31182e76f787d6ee3e0b17180f8d6]]

**1:03-cv-944 Notice will be electronically mailed to:**

Robert P. Heary     rheary@hiscockbarclay.com,

Mary K. Roach     mary.k.roach@usdoj.gov, lisa.nowak@usdoj.gov;cheryl.kinmartin@usdoj.gov

Michael A. Siragusa     michael.siragusa@oag.state.ny.us, maryann.petrillo@oag.state.ny.us

**1:03-cv-944 Notice will be delivered by other means to:**

Yvette Boykin
4045 Rockey Valley Drive
Conley, GA 30288

*P0061*

**The Law Firm of Coughlin & Kitay, P.C.**

4750 Lincoln Boulevard
Suite 483
Marina del Rey, CA  90292

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/2/2005 | 1879 |

| Bill To |
|---------|
| Yvette Boykin
4045 Rockey Valley Drive
Conley, GA 30288-1404 |

PLEASE NOTE NEW
REMITTANCE
ADDRESS!
THANK YOU

| New York Case | | | | | |
|------|------|------|------|-------------|--------|
| Date | Atty | Time | Rate | Description | Amount |
| 5/10/2005 | SJE | 1 | 240.00 | Research administrative tolling issue for possible appeal. | 240.00 |

Thank you for your prompt payment.  After 60 days, account will be assessed 1.0% interest. Our Federal Tax Identification Identification Number is 58-2231529.
For billing inquiries, please contact us at billing@fairhouse.net.

| Total | $240.00 |
|-------|---------|
| Payments/Credits | $0.00 |
| Balance Due | $240.00 |

*P0062*

**Coughlin, Kitay & Edelstein, P.C.**

Attorneys at Law
4750 Lincoln Blvd.
Suite 483
Marina del Rey, CA  90292

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/2/2005 | 1919 |

Bill To

Yvette Boykin
4045 Rockey Valley Drive
Conley, GA 30288-1404



| Date | Atty | Time | Rate | Description | Amount |
|------|------|------|------|-------------|--------|
| 5/29/2005 | SJE | 2 | 240.00 | Review and comment on appellate brief. | 480.00 |
| 6/22/2005 | SJE | 0.5 | 240.00 | | 120.00 |

Thank you for your prompt payment.  After 60 days, account will be assessed
1.0% interest. Our Federal Tax Identification Identification Number is
58-2231529.
For billing inquiries, please contact us at billing@fairhouse.net.

| | |
|---|---|
| **Total** | $600.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $600.00 |

p0063

## M. C. & T. ELECTRONICS, INC.

4161 Oxford Crossing Drive
Decatur, GA 30034
**PHONE (404) 288-7555**
FAX (770) 879-8496

**FED. ID # 58-1874488**

### Invoice

Date 1-13-05

Sold To: Yvette Boykin
P.O Box 1386
Conley, GA 30288

Shipped to: Yvette Boykin
4/294-1792

| Your Order No. | | Our Order No. 31252 | Shipped VIA | Salesman MC | F.O.B. | Terms NET 15 |
|---|---|---|---|---|---|---|

Date Shipped 1/13/07 — American Express Exp. 12/07

| Quantity Ordered | Quantity Shipped | Stock Number/Description | Price | Per | Amount |
|---|---|---|---|---|---|
| | | 31252292122300.7 | | | |
| (ea | | CAM PC 790 | | | 3500 |
| | | s/N JT D05024 | TAX EXEMPT | | |
| | | | | | 3500 |

By: _____ Authorized Signature

Undersigned Purchaser hereby acknowledges receipt of above merchandise and acknowledges that title to said merchandise is vested in and shall remain in M. C. & T. Electronics, Inc. until full purchase price thereof shall be paid in full.

A Service Charge of 1½% per month or 18% per annum will be charged on all past due accounts

Please remit to:
**M. C. & T. Electronics, Inc.**
P.O. Box 361521
Decatur, GA 30036-1521

**Original / Invoice**

ACOM PRINTING CO. DECATUR, GA (770) 284-8100

*p0064*



## PERSONAL COPIER CARTRIDGES

Canon Personal Copiers use the patented Single Cartridge System. All the parts that normally require replacement or service such as the toner, drum, charging unit, and development unit, are contained in this one convenient, replaceable unit.

Cartridge yield depends on the type of documents you are copying, plus other factors such as exposure setting, paper quality, and machine condition. Yields shown below are for an approximate 5% density document, a sample of which is located in the copier operating manual. You can also call the phone numbers shown below to get a sample of the 5% density document. Your particular copy job and other conditions can significantly increase or decrease the amount of toner used.

| CARTRIDGE | MODEL | APPROXIMATE YIELD (5% DENSITY) |
|---|---|---|
| E20 | PC300/400/500 SERIES | 2000 |
| E40 | PC700/900 SERIES | 4000 |

## SUPPLIES & ACCESSORIES

Call or visit your local retailer/dealer for genuine Canon supplies. You can also order genuine supplies and accessories for your PC Copier from Canon. Call us at:

1-800-828-4040  Canon USA Consumer Information Center
1-800-263-1121  Canon Canada Information Center

## CARTOUCHES POUR COPIEUR PERSONNEL

Les Copieurs personnels Canon utilisent le système monocartouche breveté SCS (Single Cartridge System). Toutes les pièces qui exigent normalement d'être remplacées ou entretenues, telles que l'encre sèche, le tambour, l'unité de chargement et l'unité de développement, sont incorporées à cette unité très pratique, et remplaçable.

La productivité de la cartouche varie selon le type de document copié et en fonction d'autres facteurs, notamment du réglage de l'exposition, de la qualité du papier utilisé et de l'état de la machine. Les volumes de reproduction indiqués ci-dessous correspondent à un document à 5% de densité approximatif dont un échantillon est présenté dans le manuel d'utilisation du copieur. Vous pouvez également composer les numéros de téléphone indiqués ci-dessous pour obtenir un exemplaire du document à 5% de densité. La tâche d'impression effectuée et d'autres conditions peuvent sensiblement augmenter ou diminuer la quantité d'encre sèche utilisée.

| CARTOUCHE | MODÈLE | PRODUCTIVITÉ APPROX. (DENSITÉ À 5%) |
|---|---|---|
| E20 | SÉRIES PC300/400/500 | 2000 |
| E40 | SÉRIE PC700/900 | 4000 |

## FOURNITURES ET ACCESSOIRES

Prenez contact avec votre revendeur/détaillant habituel pour lui demander des fournitures Canon agréées. Vous pouvez également commander des accessoires et des fournitures agréées pour votre Copieur PC de Canon en composant les numéros suivants:

1-800-828-4040  Centre de renseignements clientèle Canon USA
1-800-263-1121  Centre de renseignements clientèle Canon Canada

p0da5

# UNITED STATES COURT OF APPEALS

### FOR THE SECOND CIRCUIT
#### THURGOOD MARSHALL U.S. COURT HOUSE
##### 40 FOLEY SQUARE
##### NEW YORK  10007

Roseann B. MacKechnie
CLERK

JUN 1 3 2005

Date:                6/13/05
Docket Number:       **05-2158-cv**
Short Title:         Boykin v. Keycorp and its Subsidiary, KeyBank National /
DC Docket Number:    03-cv-944
DC:                  WDNY (BUFFALO)
DC Judge:            Honorable William Skretny

## CIVIL APPEALS SCHEDULING ORDER #1

### ADDRESS INQUIRIES TO (212) 857 - 8524

Noting that Yvette Boykin        appellant pro se, has filed a Notice of Appeal, and being advised as to the progress of the appeal.

Further noting that the record on appeal has been filed.

IT IS FURTHER ORDERED that the appellant's brief and appendix be filed on or before **07/13/2005**. If appellant's brief does not exceed 10 pages, it may be filed in memorandum form.

IT IS FURTHER ORDERED that the appellee's brief be filed on or before **08/12/2005**.  If appellee's brief does not exceed 10 pages, it may be filed in memorandum form.

IT IS FURTHER ORDERED that 10 copies of the each brief or memorandum shall be filed with the Clerk; however, the filing of a lesser number maybe permitted upon application.

IT IS FURTHER ORDERED that the appellee may, without further order of the court, file 10 copies of an appendix to its brief, or 10 copies of an attachment to its memorandum.

IT IS FURTHER ORDERED that the argument of the appeal shall be heard no earlier than the week of **09/23/2005**.  The appellant pro se and opposing counsel and parties should immediately advise the Clerk by letter of the dates thereafter thet they are unavailable for oral argument.  The time  and place of oral argument shall be separately noticed by the Clerk to the appellant, pro se, and all counsel.

P0066

*Original & 10 copies of brief enclosed.*
*Original & 4 copies of appendix*
*Yvette Boy ___ 7/12/05*

# Dekalb Community Service Board

445 Winn Way
P.O. Box 1648
Decatur GA 30031

**Address Service Requested**

| | MasterCard | | VISA |
|---|---|---|---|
| CARD NUMBER | | AMOUNT | |
| NAME ON CARD (PLEASE PRINT) | | EXP. DATE | |
| SIGNATURE | | | |

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 04/30/2002 | | $112.08 |

Office Hours: 8:15 a.m. - 5:00 p.m. Monday - Friday
Phone: 404/508-7975  IRS# 58-2104166

Patient: YVETTE BOYKIN
Secondary Ins.: BC/BS GOVT

**AMOUNT PAID**

**MAKE CHECK PAYABLE & REMIT TO:**

*47 ******MIXED AADC 300

YVETTE BOYKIN
4045 ROCKEY VALLEY DR
CONLEY GA 30288-1404

**Dekalb Community Service Board**
445 Winn Way
P.O. Box 1648
Decatur GA 30031

☐ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGE(S)    ↻ DETACH HERE ↻  AND RETURN THIS TOP PORTION WITH YOUR PAYMENT USING THE RETURN ENVELOPE ENCLOSED

| SERVICE DATE | DESCRIPTION OF SERVICE | PLACE OF SERVICE | SERVICE PROVIDER | TIME | AMOUNT |
|---|---|---|---|---|---|
| 04/05/02 1000 | INITIAL DIAGNOSTIC ASSESS | CLIFTON SPRINGS | MORRIS SUSAN W. | 1:30 | $157.08 |
| 04/08/02 | PAYMENT | | | | $15.00− |
| 04/15/02 | PAYMENT | | | | $15.00− |
| 04/22/02 | PAYMENT | | | | $15.00− |

## EXHIBIT NO. 3

**BALANCE DUE: $112.08**

| Patient: YVETTE BOYKIN | Account Number: | Statement Date: 04/30/2002 |
|---|---|---|

IF YOU FIND ANY ERRORS ON YOUR BILL PLEASE CALL
404-508-7975

**Dekalb Community Service Board**
445 Winn Way
P.O. Box 1648
Decatur GA 30031
Phone: 404/508-7975  IRS# 58-2104166

*P0067*

DEKALBC1-0051944-0009833-0178069-001-000669-#010191

**STATEMENT**

**Dekalb Community Service Board**
445 Winn Way
P.O. Box 1648
Decatur GA 30031

**Address Service Requested**

| | | |
|---|---|---|
| | ☐ MasterCard | ☐ VISA |
| CARD NUMBER | | AMOUNT |
| NAME ON CARD (PLEASE PRINT) | | EXP. DATE |
| SIGNATURE | | |

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 06/30/2002 | | $67.08 |

Office Hours: 8:15 a.m. - 5:00 p.m. Monday - Friday
Phone: 404/508-7975  IRS# 58-2104166

Patient: YVETTE BOYKIN

Secondary Ins.: BC/BS GOV'T

MAKE CHECK PAYABLE & REMIT TO:

AMOUNT PAID

*18  **AUTO**3-DIGIT 302

YVETTE BOYKIN
4045 ROCKEY VALLEY DRIVE
CONLEY GA 30288-1404

Dekalb Community Service Board
445 Winn Way
P.O. Box 1648
Decatur GA 30031

DEKALBC1-0054458-0005102-0192680-001-000486-#005669
PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGE(S) ON REVERSE SIDE.

DETACH HERE AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

| SERVICE DATE | DESCRIPTION OF SERVICE | PLACE OF SERVICE | SERVICE PROVIDER | TIME AMOUNT |
|---|---|---|---|---|
| 06/01/02 | BEGIN BALANCE | | | $45.00– |
| 05/01/02 | BEGIN BALANCE | | | $112.08 |

**BALANCE DUE: $67.08**

| Patient: YVETTE BOYKIN | Account Number: | Statement Date: 06/30/2002 |
|---|---|---|

IF YOU FIND ANY ERRORS ON YOUR BILL PLEASE CALL
404-508-7975

**Dekalb Community Service Board**
445 Winn Way
P.O. Box 1648
Decatur GA 30031
Phone: 404/508-7975  IRS# 58-2104166

*P0068*

DEKALBC1-0054458-0005102-0192680-001-000486-#005669

# PAYMENT OF BENEFITS

BlueCross
BlueShield
of Georgia

Blue Cross and Blue Shield of Georgia, an Independent
Licensee of the Blue Cross Blue Shield Association

P.O. Box 7368
Columbus, GA 31908-7368
00109

YVETTE I BOYKIN
PO BOX 50058
ATLANTA, GA. 30302

Page:  1
Statement Date:   06/11/2002
Claim Number:    021570082900100

| CHECK NO. |
|-----------|
| 9446197   |

Illlldllnnolldllnnnldlllnnllnnolldlnlnlldnlnllnnl

CUSTOMER SERVICE HOURS 7:30 A.M. – 5:30 P.M.
1-800-282-2473
www.fepblue.org
To report Health Care Fraud call 1-800-831-8998.

Primary Member Name:  YVETTE I BOYKIN
Primary Member ID Number:
Patient Name:    YVETTE I BOYKIN
Patient ID Number:

| PROVIDER | SERVICE DATES | TYPE OF SERVICE | AMOUNT CHARGED | AMOUNT PAID |
|----------|---------------|-----------------|----------------|-------------|
| DEKALB COMMUNITY SERVICE BOARD | 05/28/02  05/28/02 | THERAPY | 92.52 | 55.52 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | 92.52 | 55.52 |
| TOTAL |  |  |  |  |

WE WILL SEND YOU AN EXPLANATION OF BENEFITS WITH MORE DETAIL PAYMENT INFORMATION.

P0069

| SERVICE DATE | DESCRIPTION | PLACE OF SERVICE | SERVICE PROVIDER | TIME AMOUNT |
|---|---|---|---|---|
| 07/01/02 | BEGIN BALANCE | | | $67.08 |
| 07/02/02 | PAYMENT | | | $15.00– |
| 07/18/02 | PAYMENT | | | $15.00– |

**BALANCE DUE: $37.08**

Patient: YVETTE BOYKIN     Account Number:     Statement Date: 07/31/2002

IF YOU FIND ANY ERRORS ON YOUR BILL PLEASE CALL
404-508-7975

**Dekalb Community Service Board**
445 Winn Way
P.O. Box 1648
Decatur GA 30031
Phone: 404/508-7975  IRS# 58-2104166

DEKALBC1-0055944-0007380-0200053-001-000524-#007550

*P0070*

# CROSS KEYS COUNSELING CENTER
## CROSS KEYS COUNSELING CENTER, INC.
### 2014 WINMAR LANE
### CONLEY, GA  30288
### (404) 366-3420

**Bill To:**
YVETTE BOYKIN
4045 ROCKEY VALLEY DRIVE
CONLEY, GA  30288
Acc Num: VM0362S

**Bill For:**
4045 ROCKEY VALLEY DRIVE
CONLEY, GA  30288
Acc Num:

**Bill as of :**   Oct 1, 2002

| Date | Transaction | Session Charge | Total Amounts |
|------|-------------|---------------|---------------|
| | Previous Balance | | $0.00 |
| 9/19/2002 | PSYCHOTHERAPY, INTAKE | $115.00 | $115.00 |
| | | $115.00 | $115.00 |

**Please Pay this Amount:**   $115.00

VALERIE MCADAMS PSY D - LIC #002435
PSYCHOLOGIST
Group Number: MEDICARE
Employer ID: 58-1310792

P0071

STATEMENT

**Dekalb Community Service Board**
445 Winn Way
P.O. Box 1648
Decatur GA 30031

**Address Service Requested**

| CARD NUMBER | ☐ MasterCard ☐ VISA | |
| NAME ON CARD (PLEASE PRINT) | AMOUNT | |
| SIGNATURE | EXP. DATE | |

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
| 09/30/2002 | | $54.98 |

Office Hours: 8:15 a.m. - 5:00 p.m. Monday - Friday      Patient:
Phone: 404/508-7975  IRS# 58-2104166

AMOUNT PAID
34.98

*35 **AUTO**MIXED AADC 300

4045 Rockey Valley Drive
Conley GA 30288-1404

MAKE CHECK PAYABLE & REMIT TO:

**Dekalb Community Service Board**
445 Winn Way
P.O. Box 1648
Decatur GA 30031

EASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK

DEKALBC1-0057668-0009288-0211242-001-007020-#009370

DETACH HERE  AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

---

| DATE | NAME | ACCOUNT # | CASH | CHECK | VISA/MC | RU |
|------|------|-----------|------|-------|---------|-----|
| 10/25 | | | | 54.98 | | 01 |

Please retain this receipt for your records

Ch# 7237

Received By                     27664         DEKALB COMMUNITY SERVICE BOARD
                                              DEKALB COUNTY, GEORGIA

---

| DATE | NAME | ACCOUNT # | CASH | CHECK | VISA/MC | RU |
|------|------|-----------|------|-------|---------|-----|
| 9/11 | | 1-94886 | | | 68.98 | 414 |

Please retain this receipt for your records

Received By:                    24092         DEKALB COMMUNITY SERVICE BOARD
                                              DEKALB COUNTY, GEORGIA

P0072

**BlueCross.**
**BlueShield.**
Federal Employee Program

**Explanation of Benefits**

**THIS IS NOT A BILL**

04991

BLUE CROSS & BLUE SHIELD OF GEORGIA
POST OFFICE BOX 7037
COLUMBUS, GA 31908-7037

03755    YVETTE    I BOYKIN
PO BOX 50058

ATLANTA          GA
30302

| | |
|---|---|
| PATIENT NAME: | YVETTE  BOYKIN |
| CLAIM NUMBER: | 00002290005392 |
| DATE RECEIVED: | 10/17/2002 |
| DATE PROCESSED: | 11/05/2002 |
| DATE PAID: | 11/06/2002 |
| ID NUMBER: | |

www.fepblue.org
1-800-282-2473
7:30 A.M. - 5:30 P.M.

---

SUMMARY OF STANDARD OPTION BENEFITS ON THIS CLAIM          BENEFIT CHECK MAILED SEPARATELY

PROVIDER NAME: DEKALB COMMUNITY SERVICE BOARD          DATES OF SERVICE: 10/10/2002 - 10/10/2002

| TYPE OF SERVICE | SUBMITTED CHARGES | NEGOTIATED SAVINGS | NONCOVERED CHARGES | EXP * | ALLOWABLE CHARGES | DEDUCT | COINS COPAY | OTHER COVERAGE | WHAT WE OWE | WHAT YOU OWE |
|---|---|---|---|---|---|---|---|---|---|---|
| PSYC CARE | 92.52 | | | | 92.52 | | 37.00 | | 55.52 | 92.52 |
| TOTALS | $92.52 | | | | 92.52 | | 37.00 | | $55.52 | $92.52 |

* EXPLANATION OF CODES/REMARKS

> YOUR RESPONSIBILITY TO THE PROVIDER(S) IS     $92.52.  WE PAID     $55.52.
> THE PROVIDER CAN COLLECT     $92.52 FROM YOU FOR THESE SERVICES.
>
> OUTPATIENT VISITS FOR THE TREATMENT OF MENTAL HEALTH AND SUBSTANCE ABUSE BY
> PREFERRED AND NON-PREFERRED PROVIDERS ACCUMULATE TOWARD THE NON-PREFERRED VISIT
> LIMIT OF UP TO 25 VISITS.  WITH THIS CLAIM YOU HAVE ACCUMULATED  4 VISITS TOWARDS
> THIS MAXIMUM FOR 2002.  WHEN YOU USE A PREFERRED PROVIDER AND FOLLOW AN APPROVED
> TREATMENT PLAN THIS MAXIMUM MAY BE WAIVED.
>
> ****************************************************************************
> THE SERVICE BENEFIT PLAN OFFERS HEALTH CARE INFORMATION SERVICES 24 HOURS A
> DAY, 7 DAYS A WEEK.  CALL BLUE HEALTH CONNECTION, TOLL-FREE AT 1-888-BLUE-432
> (1-888-258-3432).  WITH BLUE HEALTH CONNECTION, YOU HAVE ACCESS TO REGISTERED
> NURSES WHO CAN HELP YOU ASSESS YOUR SYMPTOMS.  USING BLUE HEALTH CONNECTION
> MAY SAVE YOU TIME AND UNNECESSARY OUT-OF-POCKET EXPENSES.  YOU CAN ALSO
> ACCESS OTHER HEALTH RESOURCES ONLINE AT WWW.FEPBLUE.ORG
>
> ****************************************************************************

---

| WHAT YOU OWE | | | SUMMARY OF OUT-OF-POCKET EXPENSES FOR 2002 | | |
|---|---|---|---|---|---|
| | | | | CALENDAR YEAR DEDUCTIBLE | CATASTROPHIC PROTECTION PPO | NON-PPO |
| CALENDAR YR DEDUCTIBLE | $ | | | | | |
| PER ADMISSION COPAY | $ | | | | | |
| COINSURANCE | $ | 37.00 | | | | |
| COPAYMENT | $ | | WHAT YOU HAVE PAID INDIVIDUAL | $250.00 | $446 | $446 |
| NON-COVERED CHARGES | $ | | FAMILY | | | |
| PRECERTIFICATION PENALTY | $ | | ANNUAL MAXIMUM INDIVIDUAL | $250.00 | $4,000 | $6,000 |
| TOTAL: | $ | 37.00 | FAMILY | | | |

---

Any resubmission of eligible expenses on this claim must be received no later than December 31 of the calendar year following the
date of service or 90 days from the process date on this form, whichever is later.

4C1-57012 - F  Rev. 8/95 (B)

P0073



**BlueCross.**

**BlueShield.**

Federal Employee Program

# Explanation of Benefits

## THIS IS NOT A BILL

05325

BLUE CROSS & BLUE SHIELD OF GEORGIA
POST OFFICE BOX 7037
COLUMBUS, GA 31908-7037

03893          YVETTE    I BOYKIN
               PO BOX 50058

               ATLANTA          GA
               30302

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

PATIENT NAME:   YVETTE  BOYKIN
CLAIM NUMBER:   00002329083830
DATE RECEIVED:  11/25/2002
DATE PROCESSED: 12/10/2002
DATE PAID:      12/12/2002
ID NUMBER:

www.fepblue.org
1-800-282-2473
7:30 A.M. – 5:30 P.M.

SUMMARY OF STANDARD OPTION BENEFITS ON THIS CLAIM          BENEFIT CHECK SENT TO PROVIDER OF SERVICE

PROVIDER NAME: MORRIS                                DATES OF SERVICE:  10/25/2002 – 10/25/2002

| TYPE OF SERVICE | SUBMITTED CHARGES | NEGOTIATED SAVINGS | NONCOVERED CHARGES | EXP * | ALLOWABLE CHARGES | DEDUCT | COINS COPAY | OTHER COVERAGE | WHAT WE OWE | WHAT YOU OWE |
|---|---|---|---|---|---|---|---|---|---|---|
| PSYC CARE | 69.39 | | | 240 | 69.39 | | 15.00 | | 54.39 | 15.00 |
| TOTALS | $69.39 | | | | 69.39 | | 15.00 | | $54.39 | $15.00 |

* EXPLANATION OF CODES/REMARKS

          240--IN ORDER TO MAXIMIZE YOUR BENEFITS, YOUR PREFERRED PROVIDER MUST SUBMIT A
          TREATMENT PLAN TO THE LOCAL PLAN PRIOR TO THE NINTH VISIT.  WHEN THE LOCAL
          PLAN APPROVES THE TREATMENT PLAN, YOUR PREFERRED PROVIDER WILL BE GIVEN
          AUTHORIZATION FOR ADDITIONAL VISITS.  THE NUMBER OF ADDITIONAL VISITS WILL
          DEPEND ON THE TREATMENT PLAN. SUBSEQUENT TREATMENT PLANS MAY BE REQUESTED BY
          THE LOCAL PLAN.  IF A TREATMENT PLAN IS NOT SUBMITTED, NON-PREFERRED BENEFITS
          MAY BE PAYABLE.  IF YOU CHANGE PREFERRED PROVIDERS, A NEW TREATMENT PLAN MUST
          BE SUBMITTED.

          ****************************************************************************
          THE SERVICE BENEFIT PLAN OFFERS HEALTH CARE INFORMATION SERVICES 24 HOURS A
          DAY, 7 DAYS A WEEK.  CALL BLUE HEALTH CONNECTION, TOLL-FREE AT 1-888-BLUE-432
          (1-888-258-3432), WITH BLUE HEALTH CONNECTION, YOU HAVE ACCESS TO REGISTERED
          NURSES WHO CAN HELP YOU ASSESS YOUR SYMPTOMS.  USING BLUE HEALTH CONNECTION
          MAY SAVE YOU TIME AND UNNECESSARY OUT-OF-POCKET EXPENSES.  YOU CAN ALSO
          ACCESS OTHER HEALTH RESOURCES ONLINE AT WWW.FEPBLUE.ORG

          ****************************************************************************

| WHAT YOU OWE | | SUMMARY OF OUT-OF-POCKET EXPENSES FOR 2002 | | |
|---|---|---|---|---|
| | | | CALENDAR YEAR DEDUCTIBLE | CATASTROPHIC PROTECTION |
| | | | | PPO | NON-PPO |
| CALENDAR YR DEDUCTIBLE | $ | | | |
| PER ADMISSION COPAY | $ | | | |
| COINSURANCE | $ | | | |
| COPAYMENT | $  15.00 | WHAT YOU HAVE PAID | | |
| NON-COVERED CHARGES | $ | INDIVIDUAL | | $491 | $491 |
| PRECERTIFICATION PENALTY | $ | FAMILY | | |
| | | ANNUAL MAXIMUM | | |
| TOTAL: | $  15.00 | INDIVIDUAL | | $4,000 | $6,000 |
| | | FAMILY | | |

**Any resubmission of eligible expenses on this claim must be received no later than December 31 of the calendar year following the
date of service or 90 days from the process date on this form, whichever is later.**

4C1-57012 - F  Rev. 8/95 (B)



**Explanation of Benefits**

**THIS IS NOT A BILL**

Federal Employee Program

02061

BLUE CROSS & BLUE SHIELD OF GEORGIA
POST OFFICE BOX 7037
COLUMBUS, GA 31908-7037

01667        YVETTE    I BOYKIN
             PO BOX 50058

             ATLANTA              GA
             30302

|                        |                    |
|------------------------|--------------------|
| PATIENT NAME:          | YVETTE  BOYKIN     |
| CLAIM NUMBER:          | 00002339051704     |
| DATE RECEIVED:         | 12/05/2002         |
| DATE PROCESSED:        | 12/09/2002         |
| DATE PAID:             | 12/12/2002         |
| ID NUMBER:             |                    |

www.fepblue.org
1-800-282-2473
7:30 A.M. - 5:30 P.M.

---

SUMMARY OF STANDARD OPTION BENEFITS ON THIS CLAIM          BENEFIT CHECK SENT TO PROVIDER OF SERVICE

PROVIDER NAME: MORRIS                           DATES OF SERVICE:  11/21/2002 - 11/21/2002

| TYPE OF SERVICE | SUBMITTED CHARGES | NEGOTIATED SAVINGS | NONCOVERED CHARGES | EXP * | ALLOWABLE CHARGES | DEDUCT | COINS COPAY | OTHER COVERAGE | WHAT WE OWE | WHAT YOU OWE |
|---|---|---|---|---|---|---|---|---|---|---|
| PSYC CARE | 92.52 | | | 240 | 92.52 | | 15.00 | | 77.52 | 15.00 |
| TOTALS | $92.52 | | | | 92.52 | | 15.00 | | $77.52 | $15.00 |

EXPLANATION OF CODES/REMARKS

240--IN ORDER TO MAXIMIZE YOUR BENEFITS, YOUR PREFERRED PROVIDER MUST SUBMIT A
TREATMENT PLAN TO THE LOCAL PLAN PRIOR TO THE NINTH VISIT.  WHEN THE LOCAL
PLAN APPROVES THE TREATMENT PLAN, YOUR PREFERRED PROVIDER WILL BE GIVEN
AUTHORIZATION FOR ADDITIONAL VISITS.  THE NUMBER OF ADDITIONAL VISITS WILL
DEPEND ON THE TREATMENT PLAN.  SUBSEQUENT TREATMENT PLANS MAY BE REQUESTED BY
THE LOCAL PLAN.  IF A TREATMENT PLAN IS NOT SUBMITTED, NON-PREFERRED BENEFITS
MAY BE PAYABLE.  IF YOU CHANGE PREFERRED PROVIDERS, A NEW TREATMENT PLAN MUST
BE SUBMITTED.

*****************************************************************************
THE SERVICE BENEFIT PLAN OFFERS HEALTH CARE INFORMATION SERVICES 24 HOURS A
DAY, 7 DAYS A WEEK.  CALL BLUE HEALTH CONNECTION, TOLL-FREE AT 1-888-BLUE-432
(1-888-258-3432). WITH BLUE HEALTH CONNECTION, YOU HAVE ACCESS TO REGISTERED
NURSES WHO CAN HELP YOU ASSESS YOUR SYMPTOMS.  USING BLUE HEALTH CONNECTION
MAY SAVE YOU TIME AND UNNECESSARY OUT-OF-POCKET EXPENSES.  YOU CAN ALSO
ACCESS OTHER HEALTH RESOURCES ONLINE AT WWW.FEPBLUE.ORG

*****************************************************************************

---

WHAT YOU OWE

| | | | | SUMMARY OF OUT-OF-POCKET EXPENSES FOR 2002 |
|---|---|---|---|---|

| WHAT YOU OWE | | | | CALENDAR YEAR DEDUCTIBLE | CATASTROPHIC PROTECTION PPO | NON-PPO |
|---|---|---|---|---|---|---|
| CALENDAR YR DEDUCTIBLE | $ | | | | | |
| PER ADMISSION COPAY | $ | | | | | |
| COINSURANCE | $ | | | | | |
| COPAYMENT | $ | 15.00 | WHAT YOU HAVE PAID INDIVIDUAL | | | |
| NON-COVERED CHARGES | $ | | FAMILY | | $476 | $476 |
| PRECERTIFICATION PENALTY | $ | | ANNUAL MAXIMUM | | | |
| TOTAL: | $ | 15.00 | INDIVIDUAL | | $4,000 | $6,000 |
| | | | FAMILY | | | |

---

Any resubmission of eligible expenses on this claim must be received no later than December 31 of the calendar year following the
date of service or 90 days from the process date on this form, whichever is later.

4C1-57012 - F Rev. 8/95 (B)

P0075



# BlueCross
## BlueShield®
### Federal Employee Program

**Explanation of Benefits**

## THIS IS NOT A BILL

O1981

O1612

BLUE CROSS & BLUE SHIELD OF GEORGIA
POST OFFICE BOX 7037
COLUMBUS, GA 31908-7037

YVETTE   I BOYKIN
PO BOX 50058

ATLANTA            GA
30302

| | |
|---|---|
| PATIENT NAME: | YVETTE  BOYKIN |
| CLAIM NUMBER: | 00002352015466 |
| DATE RECEIVED: | 12/18/2002 |
| DATE PROCESSED: | 12/30/2002 |
| DATE PAID: | 01/02/2003 |
| ID NUMBER: | |

**www.fepblue.org**
**1-800-282-2473**
7:30 A.M. - 5:30 P.M.

---

SUMMARY OF STANDARD OPTION BENEFITS ON THIS CLAIM        BENEFIT CHECK SENT TO PROVIDER OF SERVICE

PROVIDER NAME:   MORRIS                         DATES OF SERVICE:  04/12/2002 - 04/19/2002

| TYPE OF SERVICE | SUBMITTED CHARGES | NEGOTIATED SAVINGS | NONCOVERED CHARGES | EXP * | ALLOWABLE CHARGES | DEDUCT | COINS COPAY | OTHER COVERAGE | WHAT WE OWE | WHAT YOU OWE |
|---|---|---|---|---|---|---|---|---|---|---|
| PSYC CARE | 92.52 | | | 240 | 92.52 | | 15.00 | | 77.52 | 15.00 |
| PSYC CARE | 92.52 | | | 240 | 92.52 | | 15.00 | | 77.52 | 15.00 |
| TOTALS | $185.04 | | | | 185.04 | | 30.00 | | $155.04 | $30.00 |

* EXPLANATION OF CODES/REMARKS

240--IN ORDER TO MAXIMIZE YOUR BENEFITS, YOUR PREFERRED PROVIDER MUST SUBMIT A
TREATMENT PLAN TO THE LOCAL PLAN PRIOR TO THE NINTH VISIT.  WHEN THE LOCAL
PLAN APPROVES THE TREATMENT PLAN, YOUR PREFERRED PROVIDER WILL BE GIVEN
AUTHORIZATION FOR ADDITIONAL VISITS.  THE NUMBER OF ADDITIONAL VISITS WILL
DEPEND ON THE TREATMENT PLAN.  SUBSEQUENT TREATMENT PLANS MAY BE REQUESTED BY
THE LOCAL PLAN.  IF A TREATMENT PLAN IS NOT SUBMITTED, NON-PREFERRED BENEFITS
MAY BE PAYABLE.  IF YOU CHANGE PREFERRED PROVIDERS, A NEW TREATMENT PLAN MUST
BE SUBMITTED.

*****************************************************************************
THE SERVICE BENEFIT PLAN OFFERS HEALTH CARE INFORMATION SERVICES 24 HOURS A
DAY, 7 DAYS A WEEK.  CALL BLUE HEALTH CONNECTION, TOLL-FREE AT 1-888-BLUE-432
(1-888-258-3432).  WITH BLUE HEALTH CONNECTION, YOU HAVE ACCESS TO REGISTERED
NURSES WHO CAN HELP YOU ASSESS YOUR SYMPTOMS.  USING BLUE HEALTH CONNECTION
MAY SAVE YOU TIME AND UNNECESSARY OUT-OF-POCKET EXPENSES.  YOU CAN ALSO
ACCESS OTHER HEALTH RESOURCES ONLINE AT WWW.FEPBLUE.ORG.

*****************************************************************************

---

| WHAT YOU OWE | | | SUMMARY OF OUT-OF-POCKET EXPENSES FOR 2002 | | |
|---|---|---|---|---|---|
| | | | | CALENDAR YEAR DEDUCTIBLE | CATASTROPHIC PROTECTION |
| | | | | | PPO | NON-PPO |
| CALENDAR YR DEDUCTIBLE | $ | | | | |
| PER ADMISSION COPAY | $ | | | | |
| COINSURANCE | $ | | | | |
| COPAYMENT | $ | 30.00 | WHAT YOU HAVE PAID | | |
| NON-COVERED CHARGES | $ | | INDIVIDUAL | | $521 | $521 |
| PRECERTIFICATION PENALTY | $ | | FAMILY | | |
| | | | ANNUAL MAXIMUM | | |
| TOTAL: | $ | 30.00 | INDIVIDUAL | | $4,000 | $6,000 |
| | | | FAMILY | | |

Any resubmission of eligible expenses on this claim must be received no later than December 31 of the calendar year following the
date of service or 90 days from the process date on this form, whichever is later.

4C1-57012 - F Rev. 8/95 (B)

P0076

# BlueCross
## BlueShield.

**Federal Employee Program**
www.fepblue.org

16199

07674

**Explanation of Benefits**

## THIS IS NOT A BILL

BLUE CROSS & BLUE SHIELD OF GEORGIA
POST OFFICE BOX 7037
COLUMBUS, GA 31908-7037

1-800-282-2473
7:30 A.M. - 5:30 P.M.

YVETTE I BOYKIN
PO BOX 50058

ATLANTA GA
30302

---

| EXPLANATION OF BENEFITS AT A GLANCE | | |
|---|---|---|
| We Sent Check To: | PROVIDER OF SERVICE | ID Number: |
| Patient Name: | YVETTE BOYKIN | Claim Number: 00002352015464 |
| | | Claim Paid On: 01/16/2003 |
| Dates of Service: | 07/01/2002 - 10/25/2002 | Claim Received On: 12/18/2002 |
| | | Claim Processed On: 01/10/2003 |
| You Owe the Provider: | $138.75 | |

Provider: MORRIS                                          Dates of Service: 07/01/2002 - 10/25/2002
Type:    PREFERRED PROVIDER

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| PSYCHOLOGICAL CARE | 92.52 | 92.52 | 241 | | 37.00 | | 55.52 | 37.00 |
| PSYCHOLOGICAL CARE | 69.39 | 69.39 | 241 | | 27.75 | | 41.64 | 27.75 |
| PSYCHOLOGICAL CARE | 92.52 | 92.52 | 241 | | 37.00 | | 55.52 | 37.00 |
| PSYCHOLOGICAL CARE | 92.52 | 92.52 | 241 | | 37.00 | | 55.52 | 37.00 |
| PSYCHOLOGICAL CARE | 69.39 | 69.39 | FKE | | | | | |
| TOTALS: | $416.34 | $346.95 | | $0.00 | $138.75 | $0.00 | $208.20 | $138.75 |

### EXPLANATION OF REMARK CODES

FKE--YOU HAVE ALREADY RECEIVED CREDIT TOWARD YOUR DEDUCTIBLE OR RECEIVED BENEFITS
     FOR THIS CHARGE ON A PREVIOUS CLAIM.

241--TO RECEIVE PREFERRED BENEFITS FOR OUTPATIENT MENTAL HEALTH AND SUBSTANCE
     ABUSE SERVICES PREFERRED PROVIDERS MUST SUBMIT A TREATMENT PLAN TO THE LOCAL
     PLAN PRIOR TO THE NINTH VISIT. ACCORDING TO OUR RECORDS YOUR PREFERRED
     PROVIDER DID NOT SUBMIT A TREATMENT PLAN FOR THESE SERVICES.  THEREFORE, WE
     ARE PROVIDING NON-PREFERRED (OUT-OF-NETWORK) BENEFITS FOR THESE SERVICES.
     YOU ARE NOT RESPONSIBLE FOR ANY DIFFERENCE BETWEEN THE COVERED CHARGES AND
     THE ALLOWABLE CHARGES.

Continued On Next Page

P0077



12407

Federal Employee Program
www.fepblue.org

BLUE CROSS & BLUE SHIELD OF GEORGIA
POST OFFICE BOX 7037
COLUMBUS, GA 31908-7037

1-800-282-2473
7:30 A.M. - 5:30 P.M.

09095

YVETTE I BOYKIN
4045 ROCKEY VALLEY DR
CONLEY GA
30288-1404

|ulil|llumml|lmluluhlulm|ll|ulll|umlmlulmlulmlll

| EXPLANATION OF BENEFITS AT A GLANCE | | |
|---|---|---|
| We Sent Check To: | PROVIDER OF SERVICE | ID Number: |
| | | Claim Number: |
| Patient Name: | YVETTE BOYKIN | Claim Paid On:          08/03/2006 |
| | | Claim Received On:   07/27/2006 |
| Dates of Service: | 07/24/2006 - 07/24/2006 | Claim Processed On:  08/02/2006 |
| You Owe the Provider: | $20.00 | |

Provider: SERRITELLA                                         Dates of Service: 07/24/2006 - 07/24/2006
Type:       PREFERRED PROVIDER

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| THERAPEUTIC CARE | 100.00 | 100.00 | | | 20.00 | | 80.00 | 20.00 |
| TOTALS: | $100.00 | $100.00 | | $0.00 | $20.00 | $0.00 | $80.00 | $20.00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Summary of Out-of-Pocket Expenses for 2006 | | | |
|---|---|---|---|
| | | Catastrophic Protection | |
| | Calendar Year Deductible | Preferred | Non-Preferred/ Preferred Total |
| **What You Have Paid** | | | |
| Individual | $0.00 | $0 | $0 |
| Family | $0.00 | $150 | $0 |
| **Annual Maximum** | | | |
| Individual | $0.00 | $0 | $0 |
| Family | $0.00 | $5,000 | $0 |

| Your Out-of-Pocket Expenses On This Claim | |
|---|---|
| Calendar Year Deductible | $0.00 |
| Per Admission Copay | $0.00 |
| Coinsurance | $0.00 |
| Copayment | $20.00 |
| Non-covered Charges | $0.00 |
| Precertification Penalty | $0.00 |
| TOTAL: | $20.00 |

If you have questions, please call a customer service representative at your local Blue Cross and Blue
Shield Plan. If you disagree with the decision on your claims or request for services, and wish to have the
decision reconsidered, you must notify your Plan in writing within 6 months from the date of this decision,
i.e. 02/03/2007. See the Disputed Claims Section of your Service Benefit Plan Brochure.

CON0020-CEMS (Rev. 1/95)

P0078

# Explanation of Benefits

**BlueCross.**
**BlueShield.**
Federal Employee Program
www.fepblue.org

## THIS IS NOT A BILL

08290

BLUE CROSS & BLUE SHIELD OF GEORGIA
POST OFFICE BOX 7037
COLUMBUS, GA 31908-7037

1-800-282-2473
7:30 A.M. - 5:30 P.M.

06387

YVETTE I BOYKIN
4045 ROCKEY VALLEY DR
CONLEY GA
30288-1404

### EXPLANATION OF BENEFITS AT A GLANCE

| | | |
|---|---|---|
| We Sent Check To: | PROVIDER OF SERVICE | ID Number: |
| | | Claim Number: |
| Patient Name: | YVETTE BOYKIN | Claim Paid On:        08/31/2006 |
| | | Claim Received On:    08/24/2006 |
| Dates of Service: | 07/31/2006 - 07/31/2006 | Claim Processed On:  08/26/2006 |
| You Owe the Provider: | $20.00 | |

Provider: SERRITELLA                                    Dates of Service: 07/31/2006 - 07/31/2006
Type:    PREFERRED PROVIDER

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| THERAPEUTIC CARE | 100.00 | 66.00 | 610 | | 20.00 | | 46.00 | 20.00 |
| TOTALS: | $100.00 | $66.00 | | $0.00 | $20.00 | $0.00 | $46.00 | $20.00 |

### EXPLANATION OF REMARK CODES

610--THE SUBMITTED CHARGES EXCEED OUR ALLOWABLE CHARGES FOR THESE SERVICES. OUR
ALLOWABLE CHARGES ARE THE SUBMITTED CHARGES LESS ANY NON-COVERED CHARGES.
BECAUSE THIS PROVIDER IS A PREFERRED OR PARTICIPATING NETWORK PROVIDER, YOU
ARE NOT RESPONSIBLE FOR THE DIFFERENCE BETWEEN THE SUBMITTED CHARGES AND OUR
ALLOWABLE CHARGES.

***************************************************************************

***************************************************************************

| Summary of Out-of-Pocket Expenses for 2006 | | |
|---|---|---|
| | | Catastrophic Protection |
| | Calendar Year Deductible | Preferred | Non-Preferred/ Preferred Total |
| What You Have Paid | | | |
| Individual | $0.00 | $0 | $0 |
| Family | $0.00 | $210 | $0 |
| Annual Maximum | | | |
| Individual | $0.00 | $0 | $0 |
| Family | $0.00 | $5,000 | $0 |

| Your Out-of-Pocket Expenses On This Claim | |
|---|---|
| Calendar Year Deductible | $0.00 |
| Per Admission Copay | $0.00 |
| Coinsurance | $0.00 |
| Copayment | $20.00 |
| Non-covered Charges | $0.00 |
| Precertification Penalty | $0.00 |
| TOTAL: | $20.00 |

If you have questions, please call a customer service representative at your local Blue Cross and Blue
Shield Plan. If you disagree with the decision on your claims or request for services, and wish to have the
decision reconsidered, you must notify your Plan in writing within 6 months from the date of this decision,
i.e. 02/31/2007. See the Disputed Claims Section of your Service Benefit Plan Brochure.

CON0020-CEMS  (Rev. 1/03)

P0079



# Explanation of Benefits

## THIS IS NOT A BILL

12526

**BlueCross.**
**BlueShield.**

**Federal Employee Program**
www.fepblue.org

BLUE CROSS & BLUE SHIELD OF GEORGIA
POST OFFICE BOX 7037
COLUMBUS, GA 31908-7037

1-800-282-2473
7:30 A.M. - 5:30 P.M.

09056

YVETTE I BOYKIN
4045 ROCKEY VALLEY DR
CONLEY GA
30288-1404

|lul|ll|mml|l|ll|lm|lml|l|mllml|dldldd|mlll

| EXPLANATION OF BENEFITS AT A GLANCE | | ID Number: |
|---|---|---|
| We Sent Check To: | PROVIDER OF SERVICE | Claim Number: |
| Patient Name: | YVETTE BOYKIN | Claim Paid On:        09/07/2006 |
| | | Claim Received On:  08/30/2006 |
| Dates of Service: | 08/28/2006 - 08/28/2006 | Claim Processed On: 08/31/2006 |
| You Owe the Provider: | $20.00 | |

Provider: SERRITELLA                                       Dates of Service: 08/28/2006 - 08/28/2006
Type:     PREFERRED PROVIDER

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| THERAPEUTIC CARE | 100.00 | 66.00 | 610 | | 20.00 | | 46.00 | 20.00 |
| TOTALS: | $100.00 | $66.00 | | $0.00 | $20.00 | $0.00 | $46.00 | $20.00 |

### EXPLANATION OF REMARK CODES

610--THE SUBMITTED CHARGES EXCEED OUR ALLOWABLE CHARGES FOR THESE SERVICES. OUR
ALLOWABLE CHARGES ARE THE SUBMITTED CHARGES LESS ANY NON-COVERED CHARGES.
BECAUSE THIS PROVIDER IS A PREFERRED OR PARTICIPATING NETWORK PROVIDER, YOU
ARE NOT RESPONSIBLE FOR THE DIFFERENCE BETWEEN THE SUBMITTED CHARGES AND OUR
ALLOWABLE CHARGES.

*********************************************************************************

*********************************************************************************

| Summary of Out-of-Pocket Expenses for 2006 | | | |
|---|---|---|---|
| | Calendar Year Deductible | Catastrophic Protection Preferred | Non-Preferred/ Preferred Total |
| What You Have Paid | | | |
| Individual | $0.00 | $0 | $0 |
| Family | $0.00 | $230 | $0 |
| Annual Maximum | | | |
| Individual | $0.00 | $0 | $0 |
| Family | $0.00 | $5,000 | $0 |

| Your Out-of-Pocket Expenses On This Claim | |
|---|---|
| Calendar Year Deductible | $0.00 |
| Per Admission Copay | $0.00 |
| Coinsurance | $0.00 |
| Copayment | $20.00 |
| Non-covered Charges | $0.00 |
| Precertification Penalty | $0.00 |
| TOTAL: | $20.00 |

If you have questions, please call a customer service representative at your local Blue Cross and Blue
Shield Plan. If you disagree with the decision on your claims or request for services, and wish to have the
decision reconsidered, you must notify your Plan in writing within 6 months from the date of this decision,
i.e. 03/07/2007. See the Disputed Claims Section of your Service Benefit Plan Brochure.

*P0080*

URM FESC BT ELS

## BlueCross BlueShield
### Federal Employee Program
www.fepblue.org

10542

# Explanation of Benefits
## THIS IS NOT A BILL

BLUE CROSS & BLUE SHIELD OF GEORGIA
POST OFFICE BOX 7037
COLUMBUS, GA 31908-7037

1-800-282-2473
7:30 A.M. - 5:30 P.M.

07939

YVETTE I BOYKIN
4045 ROCKEY VALLEY DR
CONLEY GA
30288-1404

ldddlllllddllddldddlllldllllllddddlllllll

## EXPLANATION OF BENEFITS AT A GLANCE

| | |
|---|---|
| We Sent Check To: | PROVIDER OF SERVICE |
| Patient Name: | YVETTE BOYKIN |
| Dates of Service: | 09/07/2006 - 09/07/2006 |
| You Owe the Provider: | $20.00 |

ID Number:
Claim Number:                   5403
Claim Paid On:        09/14/2006
Claim Received On:    09/11/2006
Claim Processed On:   09/13/2006

Provider: SERRITELLA
Type:     PREFERRED PROVIDER

Dates of Service: 09/07/2006 - 09/07/2006

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| THERAPEUTIC CARE | 100.00 | 66.00 | 610 | | 20.00 | | 46.00 | 20.00 |
| TOTALS: | $100.00 | $66.00 | | $0.00 | $20.00 | $0.00 | $46.00 | $20.00 |

### EXPLANATION OF REMARK CODES

610--THE SUBMITTED CHARGES EXCEED OUR ALLOWABLE CHARGES FOR THESE SERVICES. OUR
ALLOWABLE CHARGES ARE THE SUBMITTED CHARGES LESS ANY NON-COVERED CHARGES.
BECAUSE THIS PROVIDER IS A PREFERRED OR PARTICIPATING NETWORK PROVIDER, YOU
ARE NOT RESPONSIBLE FOR THE DIFFERENCE BETWEEN THE SUBMITTED CHARGES AND OUR
ALLOWABLE CHARGES.

*************************************************************************
*************************************************************************

| Summary of Out-of-Pocket Expenses for 2006 | | | |
|---|---|---|---|
| | Calendar Year Deductible | Catastrophic Protection Preferred | Non-Preferred/ Preferred Total |
| What You Have Paid | | | |
| Individual | $0.00 | $0 | $0 |
| Family | $0.00 | $310 | $0 |
| Annual Maximum | | | |
| Individual | $0.00 | $0 | $0 |
| Family | $0.00 | $5,000 | $0 |

| Your Out-of-Pocket Expenses On This Claim | |
|---|---|
| Calendar Year Deductible | $0.00 |
| Per Admission Copay | $0.00 |
| Coinsurance | $0.00 |
| Copayment | $20.00 |
| Non-covered Charges | $0.00 |
| Precertification Penalty | $0.00 |
| TOTAL: | $20.00 |

If you have questions, please call a customer service representative at your local Blue Cross and Blue
Shield Plan. If you disagree with the decision on your claims or request for services, and wish to have the
decision reconsidered, you must notify your Plan in writing within 6 months from the date of this decision,
i.e. 03/14/2007. See the Disputed Claims Section of your Service Benefit Plan Brochure.

P0081

CON0020-CEMS (Rev 1-03)



**BlueCross**®
**BlueShield**®

Federal Employee Program
www.fepblue.org

09098

# Explanation of Benefits
## THIS IS NOT A BILL

BLUE CROSS & BLUE SHIELD OF GEORGIA
POST OFFICE BOX 7037
COLUMBUS, GA 31908-7037

1-800-282-2473
7:30 A.M. - 5:30 P.M.

06911

YVETTE I BOYKIN
4045 ROCKEY VALLEY DR
CONLEY GA
30288-1404

|ılıllı........lılı.lılı.ıllı...lılı.llıl....lılı.lıllı...lll|

| EXPLANATION OF BENEFITS AT A GLANCE | | |
|---|---|---|
| We Sent Check To: | PROVIDER OF SERVICE | |
| Patient Name: | YVETTE BOYKIN | |
| Dates of Service: | 10/04/2006 - 10/04/2006 | |
| You Owe the Provider: | $20.00 | |

ID Number:
Claim Number:
Claim Paid On:           10/12/2006
Claim Received On:   10/06/2006
Claim Processed On: 10/11/2006

Provider: SERRITELLA                                    Dates of Service: 10/04/2006 - 10/04/2006
Type:      PREFERRED PROVIDER

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| THERAPEUTIC CARE | 100.00 | 66.00 | 610 | | 20.00 | | 46.00 | 20.00 |
| TOTALS: | $100.00 | $66.00 | | $0.00 | $20.00 | $0.00 | $46.00 | $20.00 |

### EXPLANATION OF REMARK CODES

610--THE SUBMITTED CHARGES EXCEED OUR ALLOWABLE CHARGES FOR THESE SERVICES. OUR
       ALLOWABLE CHARGES ARE THE SUBMITTED CHARGES LESS ANY NON-COVERED CHARGES.
       BECAUSE THIS PROVIDER IS A PREFERRED OR PARTICIPATING NETWORK PROVIDER, YOU
       ARE NOT RESPONSIBLE FOR THE DIFFERENCE BETWEEN THE SUBMITTED CHARGES AND OUR
       ALLOWABLE CHARGES.

*******************************************************************************

*******************************************************************************

| Summary of Out-of-Pocket Expenses for 2006 | | | |
|---|---|---|---|
| | Calendar Year Deductible | Catastrophic Protection | |
| | | Preferred | Non-Preferred/ Preferred Total |
| What You Have Paid | | | |
| Individual | $0.00 | $0 | $0 |
| Family | $0.00 | $370 | $0 |
| Annual Maximum | | | |
| Individual | $0.00 | $0 | $0 |
| Family | $0.00 | $5,000 | $0 |

| Your Out-of-Pocket Expenses On This Claim | |
|---|---|
| Calendar Year Deductible | $0.00 |
| Per Admission Copay | $0.00 |
| Coinsurance | $0.00 |
| Copayment | $20.00 |
| Non-covered Charges | $0.00 |
| Precertification Penalty | $0.00 |
| TOTAL: | $20.00 |

If you have questions, please call a customer service representative at your local Blue Cross and Blue
Shield Plan. If you disagree with the decision on your claims or request for services, and wish to have the
decision reconsidered, you must notify your Plan in writing within 6 months from the date of this decision,
i.e. 04/12/2007. See the Disputed Claims Section of your Service Benefit Plan Brochure.

*P0082*

PRINTED IN USA BY RELZON COMPANY (407) 331-9955  Rev. 12/00

## AirTran
### AIRWAYS

**Itinerary Number**
WRJGDS

**Passenger Name**
BOWKLINS YVETTE

**Payment Type**
Employee

| 05NOV05 | FLT 355 | |
|---------|---------|------|
| Dep | ATLANTA, GA | 1250 |
| Arr | NEW YORK CIT | 1500 |

| 07NOV05 | FLT 365 | |
|---------|---------|------|
| Dep | NEW YORK CIT | 1300 |
| Arr | ATLANTA, GA | 1521 |

**GO, THERE'S NOTHING STOPPING YOU**



| Total Far | $50.00 |
|-----------|--------|
| Total Taxes | $0.00 |
| Total 9-11 Security Fee(s) | $5.00 |
| Total Psg Facility Charge(s) | $0.00 |
| Other Charges | $0.00 |
| **Total Cost** | **$55.00** |



receipt & itinerary

Thank you for choosing AirTran Airways.
We will send you an email message containing your itinerary. To ensure you receive the message, you may wish
to add confirmations@airtran.com to your address book.

confirmation number: TDCZTX

**Booking date: Tue, Apr 03, 2007    Status: Confirmed**
Should our flight schedule change, we will notify you by email as early as possible.

## Flight Details

**Departing: Wednesday, May 02, 2007**

| **Atlanta, GA (ATL)**<br>8:10 AM | to | **New York, NY - LaGuardia (LGA)**<br>10:25 AM | Flight 360 | Coach |
|---|---|---|---|---|

Returning: Saturday, May 05, 2007

| **New York, NY - LaGuardia (LGA)**<br>11:05 AM | to | **Atlanta, GA (ATL)**<br>1:36 PM | Flight 361 | Coach |
|---|---|---|---|---|

## Passengers and Seat Assignments

| Passenger | A+ Number | ATL-LGA | LGA-ATL |
|---|---|---|---|
| YVETTE BOYKIN | — | — | — |

Contact Information
YVETTE BOYKIN
4045 ROCKEY VALLEY DRIVE
CONLEY, GA 30288
United States of America

yboykin@bellsouth.net
404-244-1742 (Tel)
404-313-0696 (Alt)

## Pricing

Total for 1 passenger (full detail)

| Fare price: | $156.28 |
|---|---|
| Taxes/fees: | $32.52 |
| **Total price:** | **$188.80** |

## Payments

Payment via Credit Card

| Form of payment: | Discover |
|---|---|
| Payment status: | Declined |
| Payment amount: | $188.80 |

Payment via Credit Card

| Form of payment: | Discover |
|---|---|
| Payment status: | Confirmed |
| Payment amount: | $188.80 |

*NY*
*airpot $40 - 1way = 80*
*Atlanta Pov — $38 - 9 day*
*—Subway 2/*
*food — 150*
*68 = 500*

Terms and Conditions

https://tickets.airtran.com/PrintItinerary.aspx

04/04/2007

*P0084*

H-J ATLANTA INT'L
AIRPORT

PO Box 20786
Atlanta, GA 30320
Customer Service:
404-530-6725

Cashier : 160    Seq # 41626
License Plate : Y34ZK1T
Ent : 06:45 05/02/07 Lane 7
Exit: 15:16 05/05/07 Lane 44
Duration: 3D(s) 8H(s) 31M(s)
Rate Code: 16

| | | |
|---|---|---|
| FEE | $ | 36.00 |
| AMOUNT TEND | $ | 50.00 |
| CASH | $ | 36.00 |
| CREDIT CARD | $ | 0.00 |
| CHECK | $ | 0.00 |
| CHANGE CALC | $ | 14.00 |
| PAID AT CT | $ | 36.00 |

Taxes Included
*** Thank You! ***

P0085



Agency:FL/WWW      Ag:111111111 Booked:01Ju
108 20:27 Mod:23Jul08 Confirmed OnQ:0
Rec Locator:ED8MVX    Received:INET
       Lng:en-US Cur:USD Dis:Email
01 FL 556    SE:V 23Jul We ATLBUF O   HKO
1 2030/2231  VL10ABXN F

              $89.00    $89.00
02 FL 560    T 29Jul Tu BUFATL O   HKO1 1
042/1239   T21QN      166.00  166.00
ADT USD     255.00    36.00
         Tot   291.00   291.00USD
   SEC 5.00 PFC 9.00 SEG 7.00 Q 15.00

  1 USD   255.00    36.00
         Tot   291.00   291.00USD
   SEC 5.00 PFC 9.00 SEG 7.00 Q 15.00

                 Total-cost      Payme
nts       Balance
   Saved (USD):      $320.00     $320
.00        $0.00
   Current (USD):    $320.00     $320
.00        $0.00
FEE 01/001 OV8  :Oversized :63INCHES
                29.00USD   29.00USD
Names:01                         Invo
ice/IATA#:IATA#
1.BOYKIN/YVETTE=MS,ADT

Currency Base:USD Code:USD Pax Residence C
ountry:US
Phones: H>4042441742 W>4043130696

Payments(2):

01_DS    ###########9233-0110   $291.00
      $0.00   A#001384   $291.00 USD
02_VI    ###########0794-0710   $29.00
      $0.00   A#006366   $29.00 USD
Comments:U6 <Use .C to see all comments.>

ED8MVX:>



**Federal Employee Program**
www.fepblue.org

00118

# Explanation of Benefits

## THIS IS NOT A BILL

BLUE CROSS & BLUE SHIELD OF GEORGIA
POST OFFICE BOX 7037
COLUMBUS, GA 31908-7037

1-800-282-2473
7:30 A.M. - 5:30 P.M.

00106

YVETTE I BOYKIN
4045 ROCKEY VALLEY DR
CONLEY GA
30288-1404

---

### EXPLANATION OF BENEFITS AT A GLANCE

| | |
|---|---|
| | ID Number: |
| | Claim Number:    000052915B7156 |
| Patient Name:    YVETTE | |
| | Claim Received On:   10/19/2005 |
| Dates of Service:    10/18/2005 - 10/18/2005 | Claim Processed On:   11/09/2005 |

Provider: DOBES JR                                          Dates of Service: 10/18/2005 - 10/18/2005
Type:    PREFERRED PROVIDER

| Type of Service | Submitted Charges | Plan Allowance | Remark Codes | Deduct | Coinsurance Or Copay | Medicare/ Other Ins. | What We Paid | You Owe the Provider |
|---|---|---|---|---|---|---|---|---|
| MEDICAL CARE | 89.00 | | 165 | | | | | 89.00 |
| TOTALS: | 89.00 | | | | | | | 89.00 |

### EXPLANATION OF REMARK CODES

165--WE DO NOT PROVIDE BENEFITS FOR SERVICES AND SUPPLIES NOT SPECIFICALLY LISTED
AS COVERED IN YOUR BLUE CROSS AND BLUE SHIELD SERVICE BENEFIT PLAN BROCHURE.
EVEN THOUGH YOUR DOCTOR MAY HAVE ORDERED THESE SERVICES AND SUPPLIES, YOU ARE
RESPONSIBLE FOR THESE CHARGES.

If you have questions, please call a customer service representative at your local Blue Cross and Blue
Shield Plan. If you disagree with the decision on your claims or request for services, and wish to have the
decision reconsidered, you must notify your Plan in writing within 6 months from the date of this decision,
i.e. 05/09/2006. See the Disputed Claims Section of your Service Benefit Plan Brochure.

*P0087*

CON0020-CUT (Rev. 1/03)

| DATE | PROVIDER NAME | EXPLANATION OF ACTIVITY | PATIENT NAME | CHARGES AND DEBITS | PAYMENTS AND CREDITS |
|---|---|---|---|---|---|
| 101805 | MYERS, PA-C | NEW PT EXPANDED PROB. FOCUSED BCBS FEDERAL STATES THIS IS A NON-COVERED SERVICE. PLEASE PAY. | YVETTE | 89.00 | |
| 101805 | MYERS, PA-C | PAYMENT BY CHECK#1177 | YVETTE | | -15.00 |

WE ACCEPT VISA, MASTERCARD, & DISCOVER

| STATEMENT CLOSING DATE: | 02/27/06 | PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE: | 141432 |
|---|---|---|---|

PATIENT BALANCE PAY THIS AMOUNT

74.00

**SEND INQUIRIES TO:**
DERMATOLOGY CONSULTANTS PC
2045 PEACHTREE RD
STE 525
ATLANTA GA 30309

(404) 351-7546
IF YOUR PAYMENT IS IN THE MAIL, PLEASE DISREGARD THIS NOTICE

P0088

Photo of Plaintiff's Stress Related Hair Loss 10/18/05

P0089



# Marriage Certificate

## State of Georgia

### County of DeKalb

This Certifies that

ROBERT ROZIER JR

and

YVETTE IRENE BOYKIN

were united in

## Marriage

by

J. DOUGLAS CHILDERS, PASTOR

on the 10TH

day of SEPTEMBER 2005

in the City of CONLEY    County of DEKALB

Georgia. As appears of record in my office in Marriage

Record Book 180    Page 227

day of SEPTEMBER 2005    This 14TH

*JUDGE OF THE PROBATE COURT, DECATUR, GA.*

p0089

**IN THE SUPERIOR COURT OF FULTON COUNTY**
**STATE OF GEORGIA**
**FAMILY DIVISION**

Yvette Boykin,

      Petitioner,

v.

Robert Rozier, Jr.,

      Respondent.

\* \* \* \* \* \* \* \* \*

CIVIL ACTION
FILE NO. 2006CV124760

## FINAL JUDGMENT AND DECREE

Upon consideration of this case, upon evidence submitted as provided by law, it is the judgment of the Court that a total divorce be granted, that is to say, a divorce *vinculo matrimonii*, between the parties to the above stated case, upon legal principles.

**IT IS CONSIDERED, ORDERED AND DECREED** by this Court that the marriage contract heretofore entered into between the parties to this case, from and after this date, be and is set aside and dissolved as fully and effectually as if no such contract had ever been made or entered into.

Petitioner and Respondent in the future shall be held and considered as separate and distinct persons altogether unconnected by any nuptial union or civil contract whatsoever, and both shall have the right to remarry.

(*Check the boxes that apply*)

☐    The Court restores to (Petitioner/Respondent) his/her prior or maiden name, to wit:

_____

☒    The Agreement entered into between the parties on  **December 5, 2006**  and filed with the Court on  **December 5, 2006**  is hereby incorporated into and made a part of this Final Judgment and Decree. Each party is ORDERED to abide by the terms of that agreement.

☐    The Petitioner / Respondent shall attend the required seminar for divorcing parents within 30 days from the date of this Order.

**DECREE AND ORDER** entered this  **5**  day of  **December** ,  **2006** .

_____
JUDGE/Judicial Officer
Fulton Superior Court, Family Division
Atlanta Judicial Circuit

P0090

# Clayton College & State University

By authority of the

## Board of Regents of the University System of Georgia

on the recommendation of the Faculty of the University

hereby awards

### Yvette Irene Boykin

the Certificate of

### Paralegal Studies

with all rights, responsibilities, honors, and privileges thereunto appertaining.

In witness whereof, the Seal of the University and the signatures of duly authorized officers are affixed.

Given this eleventh day of December, two thousand and three.

_Chancellor of the University System_

_Registrar_

_President_

_Provost and Vice President for Academic Affairs_

# AWARD LETTER

Clayton College & State University
Financial Aid Office
5900 North Lee Street
Morrow, Georgia 30260
(770) 960-4262

October 29, 2003

Yvette I Boykin
4045 Rockey Valley Drive
Conley, GA  30288

Dear Yvette:

We have completed our review of your 2003–2004 application for financial aid for the terms listed below.  This tentative award is based on full-time enrollment (12 credit hours or more in your major).  The award amounts on this letter will be adjusted accordingly if you are enrolled for less than 12 hours or if new information reveals you are not in compliance with federal or state regulations.

**Your award has been revised based on updated information.  This award letter supersedes any previous award you may have received.  If you have questions, please contact the Office of Financial Aid at FinancialAid@mail.clayton.edu.**

| SOURCE | FALL | SPRING | SUMMER | TOTAL |
|---|---|---|---|---|
| Hope Grant | | 1,335.00 | 1,335.00 | $2,670.00 |
| Hope Grant Books | | 150.00 | 150.00 | $300.00 |
| | | $1,485.00 | $1,485.00 | $2,970.00 |

---

*Please be sure to read the enclosed Frequently Asked Questions (FAQ) attached and the Important Additional Information on the reverse side of this letter.  You are responsible for knowing its content, as well as other information it refers you to read, including the Student Catalog, Schedule of Classes, and financial aid related Websites.*

---

P0092

This is your **ACKNOWLEDGMENT**
Page: 1 of 1



| | |
|---|---|
| **FID Number:** 74-2616805 | **Customer Number:** 026785714 |
| **Sales Rep:** JASON DICKERSON | **Purchase Order:** NAONLINECUST |
| **For Sales:** (800)274-7799 | **Order Number:** 181614794 |
| **Sales Fax:** (800)365-5329 | **Order Date:** 12/09/02 |
| **For Customer Service:** (800)274-7799 | |
| **For Technical Support:** (800)234-1490 | 23 01 A 01 01 N |
| **Dell Online:** http://www.dell.com | |

**Invoice Number:** 181614794

**Invoice Date:** 12/19/02
**Payment Terms:** AMERICAN EXPRESS
**Shipped Via:** UPS Commercial
**Waybill Number:** R588V9420318774

**SOLD TO:**
#BWNHKPV
#0267 8571 42# 00004826 1 MB  0.309 01
YVETTE I BOYKIN
RESIDENCE
4045 ROCKEY VALLEY DR
CONLEY GA 30288-1404

**SHIP TO:**
YVETTE I BOYKIN
RESIDENCE
4045 ROCKEY VALLEY DR
CONLEY, GA  30288

PLEASE REVIEW IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 221-1658 | Inspiron 2650,14.1 XGA,Mobile Celeron 1.5GHz | EA | 965.00 | 965.00 |
| 1 | 1 | 311-1592 | 256MB DDR SDRAM,200MHZ, 2 DIMMS,I2650 | EA | 0.00 | 0.00 |
| 1 | 1 | 320-0129 | 16MB DDR 4X AGP NVIDIA GeForce 2 Go Video,Inspiron 2600 | EA | 0.00 | 0.00 |
| 1 | 1 | 340-3876 | 20GB Ultra ATA Hard Drive Inspiron 2650 | EA | 0.00 | 0.00 |
| 1 | 1 | 340-3049 | Floppy Drive Inspiron 2650 | EA | 0.00 | 0.00 |
| 1 | 1 | 313-0929 | PRCD (Resource CD KIT) | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0315 | Dell Support 2.0 for Inspiron 2650 | EA | 0.00 | 0.00 |
| 1 | 1 | 420-1954 | Microsoft Windows XP Home SP1, Inspiron 2650,English | EA | 0.00 | 0.00 |
| 1 | 1 | 430-0257 | Integrated NIC for Inspiron 2600 | EA | 0.00 | 0.00 |
| 1 | 1 | 313-0503 | Internal 56K Modem for Inspiron 2600/2650 | EA | 0.00 | 0.00 |
| 1 | 1 | 461-6383 | FREE 24XCD-RW Drive Upgrade Inspiron 2650 | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0298 | MusicMatch 7.1x Basic | EA | 0.00 | 0.00 |
| 1 | 1 | 312-0017 | 59 WHr Lithium Ion 8-Cell Battery,Inspiron 2600 | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0283 | AOL 7.0 Factory Install for US PUB | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0287 | AOL 7.0 Buddy Room | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0275 | Dell Picture Studio Image Expert Standard, Inspiron | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0277 | Dell Picture Studio Paint Shop Pro Try and Buy,Inspiron | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0303 | Wordperfect productivity pack with Quicken New User Edition and Briannica ready reference,OEM | EA | 0.00 | 0.00 |
| 1 | 1 | 950-3339 | *3 Year Limited Warranty | EA | 0.00 | 0.00 |
| 1 | 1 | 950-3550 | *Type 12- Mail-In Service, 24x7 Technical Support, Initial Year | EA | 0.00 | 0.00 |
| 1 | 1 | 950-3552 | *Type 12- Mail-In Service, 24x7 Technical Support, 2 Year Extended | EA | 0.00 | 0.00 |
| 1 | 1 | 461-7596 | DHS Instant $50 Off | EA | 0.00 | 0.00 |
| | | System Service Tags | 78B4621 | | | |

Dirts not cuts //.

| | | |
|---|---|---|
| Ship &/or Handling | $ | 40.00 |
| Subtotal | $ | 1,005.00 |
| Taxable: | Tax: | |
| $      1,005.00 | | 70.35 |
| Invoice Total | $ | 1,075.35 |
| AMERICAN EXPRESS | $ | 1,075.35 |
| | $ | |
| | $ | |
| Balance Due | $ | 0.00 |

\* Service contract may be subject to sales tax.
Any on-site or other service covers Dell system hardware only.
PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE
INFORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC-ECARE TO
ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

(BFL Rev 9/2002)

P0093

# GEORGIA STATE UNIVERSITY

| STUDENT NAME AND ADDRESS | | RAISED SEAL NOT REQUIRED | |
|---|---|---|---|

|  | STUDENT NAME AND ADDRESS | NAME AND LOCATION OF LAST COLLEGE |  |
|---|---|---|---|
| ATLANTA, GEORGIA 30303-3084 | YVETTE IRENE BOYKIN<br>4045 ROCKY VALLEY DRIVE<br>CONLEY     GA  30288 | TROY STATE UNIVERSITY<br><br>DOTHAN      AL |  |
|  | STUDENT NUMBER | | |
| PRINT DATE 02/14/01 | BIRTH DATE | 07/05/48 | PERIOD OF ATTENDANCE    96-97 |

Evelyn R. Babey, Registrar

| COURSE DESIGNATION | TITLE OF COURSE | QTR HRS CARRIED | GRADE | QTR HRS EARNED | QUALITY POINTS | COURSE DESIGNATION | TITLE OF COURSE | QTR HRS CARRIED | GRADE | QTR HRS EARNED | QUALITY POINTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TRANSFER HOURS<br>(SEE CATALOG FOR LIMITATIONS) | | | | | | | | | | |

```
                TRANSFER HOURS
           (SEE CATALOG FOR LIMITATIONS)

        TROY STATE UNIVERSITY       1996 - 1997
           GRADUATE  -   6.0 SEMESTER HOURS

        MISCELLANEOUS TRANSFER CREDIT
           UNDERGRAD -   6.0 QUARTER  HOURS
===========================================================
 ***  UNIVERSITY SYSTEM OF GEORGIA IMMUNIZATION  ***
 ***       REQUIREMENT HAS BEEN SATISFIED        ***
===========================================================
***********************************************************
*********** CONVERSION TO SEMESTER SYSTEM - FALL 1998 *********
************* QTR CUM:   0.0C   0.0E   0.0P 0.00AV ***********
************* SEM CUM:   0.0C   0.0E   0.0P 0.00AV ***********
***********************************************************
===========================================================
    *** BEGIN GRADUATE STUDY ***
===========================================================
                SPRING SEMESTER 1999   PSMGA
PAUS 8171  PUB. MGT. SYS. & STRAT.    3.0 B   3.0    9.0
CUM: 3.0C  3.0E   9.0P 3.00AV QTR:3.00AV   3.0    9.0
                SUMMER TERM 1999       PSMGA
PAUS 8101  TECH RESOURCES RESEARCH    1.0 A   1.0    4.0
PAUS 8102  PRES SKILLS PUB MANAGERS   1.0 A   1.0    4.0
CUM: 5.0C  5.0E  17.0P 3.40AV QTR:4.00AV   2.0    8.0
                FALL SEMESTER 1999     PSMGA
PAUS 8121  APPLIED RES. METH. STAT I  3.0 B   3.0    9.0
PAUS 8151  PUBLIC PERSONNEL ADMIN.    3.0 A   3.0   12.0
CUM: 11.0C 11.0E  38.0P 3.45AV QTR:3.50AV  6.0    6.0   21.0
                SPRING SEMESTER 2000   PSMGA
PAUS 8131  APPLIED RES. METH STAT II  3.0 B   3.0    9.0
PAUS 8181  EXEC LEADERSHIP PUB SECT   1.0 A   1.0    4.0
PAUS 8431  PUBLIC ORGANIZ. THEORY     3.0 A   3.0   12.0
CUM: 18.0C 18.0E  63.0P 3.50AV QTR:3.57AV  7.0    7.0   25.0
                SUMMER TERM 2000       PSMGA
PAUS 8141  MICROECON FOR PUB POLICY   3.0 B   3.0    9.0
CUM: 21.0C 21.0E  72.0P 3.43AV QTR:3.00AV  3.0    3.0    9.0
                FALL SEMESTER 2000     PSMGA
PAUS 8761  DIAGNOSING HRD NEEDS       3.0 A   3.0   12.0
PAUS 8831  STRATEGIE & TECH TRAINING  3.0 A   3.0   12.0
PAUS 8911  DIRECTED READINGS          3.0 A   3.0   12.0
CUM: 30.0C 30.0E 108.0P 3.60AV QTR:4.00AV  9.0    9.0   36.0
===========================================================
           GRADUATED  DECEMBER 22,2000
    SCHOOL:  POLICY STUDIES
    DEGREE:  MASTER OF PUBLIC ADMINISTRATION
 CONCENTRAT:  HUMAN RESOURCES
       GPA:  GRADUATION GPA = 3.60
===========================================================
                SPRING SEMESTER 2001   PSMGA
PAUS 8771  DESIGNING INSTR. SYSTEMS   3.0 V   0.0    0.0
CUM: 30.0C 30.0E 108.0P 3.60AV QTR:0.00AV  0.0    0.0    0.0
===========================================================
           *** SUMMARY DATA ***
           CURRENT PROGRAM   PSMGA     HUR
               LAST TERM GPA  4.00   9.0    9.0    36.0
              CUMULATIVE GPA  3.60  30.0   30.0   108.0
           UNDERGRADUATE GPA  0.00   0.0    6.0     0.0
                GRADUATE GPA  3.60  30.0   30.0   108.0
===========  NO ENTRIES BELOW THIS LINE  ===========
```

P0094

DEPARTMENT OF PUBLIC ADMINISTRATION
AND URBAN STUDIES
School of Policy Studies

University Plaza
Atlanta, GA 30303-3083
Phone: 404/651-2350
Fax: 404/651-1378



Georgia State
University

Atlanta, October 8, 2001

Ms. Yvette Boykin
4045 Rockey Valley Drive
Conley, GA. 30288

Dear Ms. Boykin,

I am writing to both thank and commend you for your recent presentation to students in my MS course on Human Resource Development (HRD) Diagnosis. You very generously and patiently walked students through your design and development of a front-end analysis study of key performance problems.

You offered an example of excellent HRD. Your presentation was well documented and well conceptualized. You are an admirable ambassador for our graduate program in HRD. As a student in several of my classes, you were always committed, very hard working and creative in your problem solving.

It is a great pleasure to work with alumni like you. While you are missed, now that you are an alumn, my colleagues and I are gratified that individuals like you are able to contribute so much to their organizations as well as "give back" to current students through your presentations, advice, and support.

Most sincerely,

*Carol Hansen*

Carol D. Hansen, Ph.D.
Associate Professor of HRD
Andrew Young School of Policy Studies
Georgia State University
404-651-1653
chansen@gsu.edu

Georgia State University, a unit of the University System of Georgia, is an equal opportunity educational institution and is an equal opportunity/affirmative action employer.

P0095

# Capstone Institute of Mortgage Finance

2000 Powers Ferry Road
Suite 2-3
Marietta, GA  30067

# Invoice

Customer No.:  005366
Invoice No.:  6105

Bill To:  **Yvette Boykin**
4045 Rockey Valley Drive
Conley, GA  30288

Ship To:  **Yvette Boykin**
4045 Rockey Valley Drive
Conley, GA  30288

| Date | Ship Via | F.O.B. | Terms |
|------|----------|--------|-------|
| 03/21/08 | | Origin | Prepaid |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|-----------------------|-----------|--------------|------------------|
| | 03/21/08 | Judy Shockley | |

| Quantity Required | Quantity Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|-------------------|------------------|------|-------------|-------------|-----------|--------|
| 1 | 1 | | C1022 | Principles Of Mortgage Finance | 895.00 | 895.00 |
| 1 | 1 | | B1022 | Principles Of Mortgage Finance | 0.00 | 0.00 |
| | | | | April 5-6 and 12-13, 2008 | | |

| | |
|--|--|
| Invoice subtotal | 895.00 |
| Invoice total | 895.00 |
| Less payments received | 895.00 |
| Net balance due | 0.00 |

Thank you for your business!

Thank You

P0096



# Certificate of Completion

*Recognizing the completion of all requirements in*

## "Strengthening Families"

A Collaborative Effort of DeKalb County Juvenile Courts & The Georgia Council on Child Abuse

*Be it known that:*

*Yvette Boykin*

*is hereby awarded this certificate which attests to this achievement.*

March 23, 2000

GCCA's Atlanta Outreach Center
1375 Peachtree Street
Atlanta, Georgia

Lekesia Ferguson, BA

Mohra Hill, LMSW

P0097

SHERYL J. CROFT
PRINCIPAL



JAMES R. HALLFORD
SUPERINTENDENT

DeKalb County School System
**CEDAR GROVE HIGH SCHOOL**
2360 River Road
Ellenwood, Georgia 30294-1128
(404) 243-3770

December 08, 2000

Ms. Yvette I. Boykin
4045 Rockey Valley Dr.
Conley, Ga. 30288

Dear Ms. Boykin:

Your son/daughter has been charged with #7a-assault, #7b-simple battery, #11-classroom and #13-profanity the Code of Conduct/Local School Rules. The incident allegedly occurred on December 07, 2000 at approximately 2:00 a.m./p.m. This charge, if proven, could lead to a 4 to 10 day suspension or to expulsion.

A formal hearing has been scheduled in the office of the assistant principal on December 12, 2000 at 10:15 a.m./p.m. The purpose of the formal hearing is to determine the facts of the case and to determine guilt or innocence of the charge(s).

The following witness(es) are expected testify at the formal hearing:

Mr. Ronald Davis, Assistant Principal, is expected to testify that: #7a, #7b, #11 and #13.

You will be afforded the opportunity to question witnesses presented by the school and to call witnesses on behalf of your child. The hearing officer will determine if appropriate disciplinary action is warranted or if your child is innocent.

You may waive your right to attend the formal hearing, if you so desire. If you waive your right to attend the formal hearing, please return the attached form to the school. The formal hearing will proceed as scheduled.

I regret that this action is necessary. If you have questions, please call me at (404)243-3771.

Sincerely yours,

Ronald Davis
Assistant Principal

C: Dr. Percy Mack

*"THE SCHOOL CANNOT LIVE APART FROM THE COMMUNITY"*

P0098

RECEIVED MAR 0 3 2003

*4045 Rockey Valley Drive*
*Conley, GA 30288*
*404-244-1742*
*yboykin@bellsouth.net*

February 26, 2003

Barbara Sims. Esq.
McKelvey, Sims, Davis & Lazroe, LLP            CERTIFIED MAIL- RRR

120 Delaware Avenue
118 W. Mohawk Street-3rd Floor
Buffalo, New York 14202

Dear Attorney Sims:

RE:   Boykin v. Bank of America, Key Bank,
        and New York State Division of Human Rights (DHR)

This is a follow-up to my letter to you dated January 11, 2003 that was received by
certified mail from Joanne Johnson of your office on January 16, 2003.

As I informed you in this letter, I have decided to pursue the referenced matter pro se.
Therefore, I am no longer retaining your legal services and would appreciate it if you
send me the information I requested.   Please note that you have the original case file
documents that I obtained from DHR under the FOIA.  I need these documents and
believe that you have had a reasonable period of time to send the information I requested.

Thank you for your assistance in this matter and please send my documents by overnight
mail within three days from your receipt of this matter, even if you have to send them
C.O.D.  Time is of the essence and I have a lot of work to do to file my claims.

Please contact me at the addresses or telephone number above if you have any questions.

Very Truly Yours,

Yvette Boykin

P0099

# TRANSACTION DETAIL REPORT

VISA

**EXCEL FEDERAL CREDIT UNION**

Account #

| | CATEGORY | DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|---|---|
| | MERCHANDISE | 8/15/03 | WAL MART | DECATUR | GA | 9.83 |
| | | | TOTAL MERCHANDISE | | | 9.83 |
| | CASH ADVANCES | 7/28/03 | EXCEL FEDERAL CREDIT U | ATLANTA | GA | 4,000.00 |
| | | | TOTAL CASH ADVANCES | | | 4,000.00 |
| | FINANCE CHARGES | 8/13/03 | FINANCE CHARGE - CASH | | | 11.80 |
| | | 9/12/03 | FINANCE CHARGE - CASH | | | 20.53 |
| | | 10/13/03 | FINANCE CHARGE - CASH | | | 20.09 |
| | | 10/13/03 | FINANCE CHARGE - PURCHASE | | | 0.05 |
| | | 11/13/03 | FINANCE CHARGE - PURCHASE | | | 0.05 |
| | | 11/13/03 | FINANCE CHARGE - CASH | | | 19.10 |
| | | 12/11/03 | FINANCE CHARGE - CASH | | | 18.51 |
| | | 12/11/03 | FINANCE CHARGE - PURCHASE | | | 0.05 |
| | | | TOTAL FINANCE CHARGES | | | 90.18 |

032888 000 632 440

P0100

# Direct
# Loans

William D. Ford Federal Direct Loan Program

12/09/2004

000456
Yvette I Boykin
4045 Rockey Valley Drive
Conley, GA 30288

Borrower Account Number:
Student Name:
School Name:  Howard University

Dear Yvette I Boykin,

We have reviewed your application for a Direct PLUS Loan and are pleased to inform you that we have approved your application for a loan in the amount of $7,000. Our decision was based on favorable information obtained in a credit report from:

EQUIFAX CREDIT INFO SVCS
P O BOX 740241
ATLANTA, GA 30374
(800)685-1111

Your student's school has also been informed of our decision.  The school will contact you upon final approval of your application.  The school will also notify you when funds are disbursed, and we will contact you at that time to confirm the loan information. Your first payment will be due within 60 days of the final disbursement of your loan. We will notify you of the amount of your payment and the due date.

Interest is charged from the date of the first disbursement of your loan, but the repayment period does not begin until the final disbursement of the loan. Until your final disbursement, you will receive quarterly statements reflecting the interest that has accrued since the date of the first disbursement.  When you receive this statement you may choose to pay the interest at that time, or have it capitalized (added to the principal loan balance) when the loan enters into repayment. Instructions for payment of interest will be explained in further detail on your statement.

If you have any questions, the Customer Service Center is available to assist you from 8:00 AM to 8:00 PM, eastern time, Monday through Friday.  We can be reached, toll-free, at 1-800-557-7394.  The hearing impaired toll-free TDD number is 1-877-461-7010.

Please address all correspondence to:

U.S. Department of Education
Applicant Services
P.O. Box 5691
Montgomery, AL  36103-5691

COR007

*Our Mission is to Ensure Equal Access to Education and to Promote Educational Excellence Throughout the Nation*

P0101

**Direct Loans**
William D. Ford Federal Direct Loan Program

YVETTE I BOYKIN
4045 ROCKEY VALLEY DRIVE
CONLEY GA 30288-1404

## Annual Statement
For Year Ending 12/31/2006

Account Number
Questions? 1-800-848-0979

The following information summarizes all financial activity occurring on your loan(s) for the 12-month period beginning **January 01, 2006** and ending **December 31, 2006**. *Please see the back of this statement for important Definition of Terms for Your Annual Statement.*

| Activity For The Year | Principal Balance | Interest Balance | Late Charges |
|---|---|---|---|
| Beginning Balance - as of 01/01/2006 | $6,639.05 | $26.62 | $0.00 |
| Net Disbursement Activity | $2,000.00 | | |
| Net Misc. Adjustments | $0.05 | | |
| Capitalized Interest | $0.00 | $0.00 | |
| Rebate Activity | $106.00 | | |
| Interest/Late Charges Accrued | | $498.48 | $0.00 |
| Payment(s) Applied ......... $1,065.45 | $607.87- | $457.58- | $0.00 |
| Ending Balance - as of 12/31/2006 | $8,137.23 | $67.52 | $0.00 |

Year-End Balance = **$8,204.75**

| This section of your Annual Statement provides cumulative life-to-date information for your Direct Loan(s). | | | |
|---|---|---|---|
| AMOUNT OF LOANS | $9,000.00 | PRINCIPAL PAID | $968.77 |
| LOAN ADJUSTMENTS | $0.00 | INTEREST PAID | $778.65 |
| ADJUSTED LOAN AMOUNT | $9,000.00 | LATE CHARGES PAID | $0.00 |
| REBATE LOST | $106.00 | CAPITALIZED INTEREST | $0.00 |

*The above information is not to be used for income tax purposes.*

STA3AV11

000072864

*The below 1098-E can be used for income tax purposes.*

### Questions?  Contact Your Preparer or 1-800-TAX-1040

☐ CORRECTED (if checked)

Recipient's/Lender's name, address, and telephone number

U.S. DEPARTMENT OF EDUCATION
P.O. BOX 5609
GREENVILLE, TX 75403-5609
1-800-848-0979

OMB No. 1545-1576

**2006**

Form **1098-E**

**Student Loan Interest Statement**

| Recipient's Federal Identification No. | Borrower's Social Security Number | 1 Student Loan Interest Received by Lender $537.63 |
|---|---|---|

**Copy B For Borrower**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for student loan interest.

| | |
|---|---|
| **************AUTO** 3-DIGIT 302 000000295000072864<br>YVETTE I BOYKIN<br>4045 ROCKEY VALLEY DRIVE<br>CONLEY GA 30288-1404 | |

| Account Number (see instructions) | 2 Box 1 includes loan origination fees and/or capitalized interest (if checked) ☒ |
|---|---|

Form 1098-E                    (keep for your records)          Department of the Treasury - Internal Revenue Service



**Direct Loans**
William D. Ford Federal Direct Loan Program

U.S. Department of Education
P.O. Box 9003
Niagara Falls, NY 14302-9003

**Disclosure Statement**
**William D. Ford Federal Direct Loan Program**

**Direct PLUS Loan**

## Borrower Information

| | |
|---|---|
| 1. Name and Address | 2. Date of Disclosure Statement<br>07/31/2006 |

001061
Boykin, Yvette I
4045 Rockey Valley Dr
Conley, GA 30288

3. Area Code/Telephone Number
(404)244-1742

## School Information

| | |
|---|---|
| 4. School Name and Address<br>Howard University<br>2400 Sixth Street, Nw<br>Washington, DC 20059-0001 | 5. School Code/Branch<br>G01448 |

## Student Information

6. Student's Name

7. Student's Social Security Number

8. Student's Date of Birth

## Loan Information

| 9. Loan Identification Number | 10. Loan Period<br>08/28/2006 – 05/11/2007 | 11. Loan Fee %<br>4.000% |
|---|---|---|

12. Information about the loan that the school plans to disburse (pay out) follows. This information is explained in detail on the back.  The actual disbursement dates and amounts may be different than the dates and amounts shown below.  The school and the Direct Loan Servicing Center will notify you of the actual disbursement dates and amounts.

| Direct<br>PLUS<br>Loan | Gross Loan Amount | − | Loan Fee Amount | + | Interest Rebate Amount | = | Net Loan Amount |
|---|---|---|---|---|---|---|---|
| | $4000.00 | − | $160.00 | + | $60.00 | = | $3900.00 |

The school plans to disburse the Net Loan Amount as follows:

| Date | Net Disbursement Amount |
|---|---|
| 08/28/2006 | $ 1950.00 |
| 01/04/2007 | $ 1950.00 |

P0103

# Direct Loans

William D. Ford Federal Direct Loan Program

**LOAN ADJUSTMENT MADE**

04/12/2008

Ildilldllimmdldldldmlmdldldlllimdldldldldlmdlll
*********AUTO**MIXED AADC 201 000000001000000451
YVETTE I BOYKIN
4045 ROCKEY VALLEY DRIVE
CONLEY GA  30288-1404

ACCOUNT#:

---

We recently made adjustment(s) to our records concerning your Direct Loan(s) based on information received from your school(s).

If you have any questions about the adjustment(s), please contact your school(s).  If you have other questions about your loan(s), please call our toll-free telephone number on the back of this Notice.

---

## Adjustment Information

School(s) Making Adjustment(s):
IHOWARD UNIVERSITY

| Loan ID Number | Disbursement # /Sequence # | Disbursement Date | Disbursed Amount | Adjustment Date | Adjustment Amount |
|---|---|---|---|---|---|
| 40001 | 2/002 | 01/09/2008 | $2,000.00 | 04/04/2008 | $1,920.00- |

**Total Adjustment(s):** $1,920.00-

**Updated Account Balance:** $0.00   (Does Not Include Any Consolidation Loans)
**Updated Rebate Amount:** $60.00

REF3AV10

000000451

PB104

# WACHOVIA

WACHOVIA BANK N.A.                          00836986L
INTEREST REPORTING NC0467                   B0501
1525 W WT HARRIS BLVD 3B5
CHARLOTTE NC  28262-8522


(800) 922-4684

                                            E.I.N. 56-1948225
      00836986L
YVETTE I BOYKIN
4045 ROCKY VALLEY DR                        ┌─────────────────────┐
CONLEY                GA 30288              │ FOR CALENDAR YEAR   │
                                    D       │                     │
                                            │        2004         │
                                            └─────────────────────┘
                                            ┌─────────────────────┐
                                            │ TAXPAYER ID NUMBER  │
                                            │                     │
                                            │                     │
                                            └─────────────────────┘


2004 - 1099-INT, INTEREST INCOME

                      ACCOUNT NUMBER
SAVINGS BONDS           078409408    001
BOX 3 INTEREST ON U.S. SAVINGS BONDS AND
      TREAS. OBLIGATIONS              4,134.52

      TOTAL U.S. TREASURY NOTES       4,134.52


*P0105*

If your name or Social Security number is incorrect, please call the number listed above or contact your local Wachovia branch.

THIS IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE.  IF YOU ARE REQUIRED TO FILE A RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF THE IRS DETERMINES THAT TAXABLE INCOME HAS NOT BEEN REPORTED OR THAT AN UNDERPAYMENT OF TAX RESULTS BECAUSE YOU OVERSTATED A DEDUCTION FOR MORTGAGE INTEREST, POINTS OR STUDENT LOAN INTEREST OR BECAUSE YOU DID NOT REPORT THIS REFUND OF INTEREST ON YOUR RETURN.  FOR PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE AND INSTRUCTIONS FOR COMPLETING THIS FORM, SEE THE 2004 INSTRUCTIONS FOR FORMS 1099, 1098, 5498, AND W-2G.

1099-DIV (OMB No.1545-0110),1099-INT (OMB No.1545-0112),1099-MISC (OMB No.1545-0115),  1099-OID (OMB No.1545-0117),
1099-B (OMB No.1545-0715), 1099-C (OMB No.1545-1424),1099-A (OMB No.1545-0877),1098 (OMB No. 1545-0901),1098-E (OMB No. 1545-1576)

D100W (10/04)

**Bank of America.**

**U.S. Savings Bond E/EE/I**
**Interest Income**

Interest Income to be Reported to the Internal Revenue Service (Form must be typed or printed legibly)

**Customer Information** (Customer Mailing Address for 1099 Statement)

Customer Name/(Name of party receiving funds)
Wylene Boykin

Street Address (in care of)
4049 Rockey Valley Dr

Tax ID (TIN)

City/State/Zip Code
Conley, GA 30288

I certify that the TIN shown on this form is my correct Taxpayer Identification Number for reporting to the I.R.S.

Customer Signature _____ Date 9/19/05

**Associate Information**

Prepared By Cheryl Reilley

Teller Number 005

Telephone Number (404) 244-4263

Bank Number/Cost Center
172 0101 2 8b

Banking Center Name/Number
South DeKalb

**Transaction Information** (Complete all applicable fields)

| Type of Bonds (Check applicable type) | Redemption Date 9/19/05 | Number of Bonds 2 |
|---|---|---|
| ☐ Series E   ☑ Series EE   ☐ Series I | Interest Amount paid (B) (Amount reported to the IRS as Interest Income) $ 98.56 | Total Amount Paid (C) (A + B = C) $ 298.56 |
| Purchase Price (A) $ 200.00 | | |

Deposit to Account Number

Total Deposit Amount $

Cash Ticket Number

Cashier's Check Number

**TEFRA Use Only**

| Entered By | Date | Delete | Date |
|---|---|---|---|
| Verified By | Date | Re-entered | Date |

00-14-2944NSB  03-2002          White - Tax Reporting Unit        Canary - Customer        Pink - File

P0106

BANK OF AMERICA, N.A.
TAX REPORTING TX1-945-03-06
PO BOX 830040
DALLAS TX    75283-0040

# COMBINED TAX STATEMENT FOR YEAR 2005

THIS STATEMENT REPORTS 1099-DIV (OMB No. 1545-0110), 1099-INT (OMB No. 1545-0112), 1099-OID (OMB No. 1545-0117), 1098 (OMB No. 1545-0901), 5498 (OMB No. 1545-0747), 5498-ESA (OMB No. 1545-1815), 1099-MISC (OMB No. 1545-0115), 1099-B (OMB No. 1545-0715), 1099-Q (OMB No. 1545-1760), 1099-A (OMB No. 1545-0877), 1099-C (OMB No. 1545-1424), 1099-S (OMB No. 1545-0997), 1098-E (OMB No. 1545-1576). DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE.

## Bank of America

BANK# 0172

00271976 SO 0556
**********AUTO** 3-DIGIT 302

YVETTE BOYKIN
4045 ROCKEY VALLEY DR
CONLEY, GA 30288-1404

| PAYERS E. T. N. |
| --- |
|  |

| CUST SERV PH # |
| --- |
| 1-877-520-1099 |

| TAXPAYERS IDENTIFICATION NUMBER |
| --- |
|  |

"For Form 1099-B, DIV, INT, MISC and OID: This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported."

| ACCOUNT NUMBER | ACCOUNT TYPE | IRS DESCRIPTION | IRS BOX # | AMOUNT |
| --- | --- | --- | --- | --- |
| * * * 2005 FORM 1099-INT. INTEREST INCOME * * * | | | | |
| 011006103105-001 | TELLER SAV BDS | INTEREST ON U.S. SAVINGS BONDS AND TREAS. OBLIGATIONS | 3 | 280.32 |
| YVETTE BOYKIN | | | | |
| 011115011405-001 | TELLER SAV BDS | INTEREST ON U.S. SAVINGS BONDS AND TREAS. OBLIGATIONS | 3 | 401.20 |
| YVETTE BOYKIN | | | | |

PLEASE NOTE:  INQUIRIES REGARDING THESE ACCOUNTS SHOULD BE DIRECTED TO OUR CUSTOMER SERVICE PHONE NUMBER ABOVE. PLEASE CHECK YOUR TAXPAYER IDENTIFICATION NUMBER AND CALL THE NUMBER LISTED ABOVE IF IT IS INCORRECT.

**TDD HEARING IMPAIRED PLEASE CALL 1-800-288-4408**

*FORM 1099 OID: THIS MAY NOT BE THE CORRECT FIGURE TO REPORT ON YOUR INCOME TAX RETURN. SEE INSTRUCTIONS ON BACK

ACCOUNT SUMMARY

TOTAL EARNINGS INT.
ORD. DIV AND OID'S
681.52

P0107

WACHOVIA BANK N.A.
INTEREST REPORTING NC0467
1525 W WT HARRIS BLVD 3B5
CHARLOTTE NC   28262-8522

01134304L
B0501

(800) 922-4684

E.I.N. 56-1948225

01134304L
YVETTE BOYKIN
4045 ROCKEY VALLEY DR
CONLEY                    GA 30288

D

FOR CALENDAR YEAR

2005

TAXPAYER ID NUMBER

2005 - 1099-INT, INTEREST INCOME

ACCOUNT NUMBER

INT CHECKING
BOX 1                    INTEREST INCOME            9.74
SAVINGS                  3000280974801
BOX 1                    INTEREST INCOME            4.68

              TOTAL INTEREST             14.42

2005 - 1099-INT, INTEREST INCOME

ACCOUNT NUMBER

SAVINGS BONDS            078409408    001
BOX 3 INTEREST ON U.S. SAVINGS BONDS AND
        TREAS. OBLIGATIONS                203.76

        TOTAL U.S. TREASURY NOTES        203.76

If your name or Social Security number is incorrect, please call the number listed above or contact your local Wachovia branch.
THIS IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE.  IF YOU ARE REQUIRED TO FILE A RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF THIS INCOME IS TAXABLE AND THE IRS DETERMINES THAT IT HAS NOT BEEN REPORTED OR THAT AN UNDERPAYMENT OF TAX RESULTS BECAUSE YOU OVERSTATED A DEDUCTION FOR THIS MORTGAGE INTEREST OR FOR THESE POINTS OR BECAUSE YOU DID NOT REPORT THIS REFUND OF INTEREST ON YOUR RETURN.  FOR PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE AND INSTRUCTIONS FOR COMPLETING THIS FORM, SEE THE 2005 INSTRUCTIONS FOR FORMS 1099, 1098, 5498, AND W-2G.

1099-DIV (OMB No.1545-0110),1099-INT (OMB No.1545-0112),1099-MISC (OMB No.1545-0115), 1099-OID (OMB No.1545-0117), 1099-B (OMB No.1545-0715),1099-C (OMB No.1545-1424),1099-A (OMB No.1545-0877),1098 (OMB No. 1545-0901),1098-E (OMB No. 1545-1576)

D100W (10/05)

P0108

# WACHOVIA

WACHOVIA BANK N.A.
INTEREST REPORTING NC0467
1525 W WT HARRIS BLVD 3B5
CHARLOTTE NC  28262-8522

(800) 922-4684

01242703L
YVETTE BOYKIN
4045 ROCKEY VALLEY DR
CONLEY                    GA 30288

01242703L
B0501

E.I.N. 56-1948225

**FOR CALENDAR YEAR**
2006

**TAXPAYER ID NUMBER**

D

2006 - 1099-INT, INTEREST INCOME

ACCOUNT NUMBER

INT CHECKING
BOX 1              INTEREST INCOME          4.33
SAVINGS           3000280974801
BOX 1              INTEREST INCOME          9.35

          TOTAL INTEREST                   13.68

2006 - 1099-INT, INTEREST INCOME

ACCOUNT NUMBER
SAVINGS BONDS       078409408   001
BOX 3 INTEREST ON U.S. SAVINGS BONDS AND
      TREAS. OBLIGATIONS                  492.32
SAVINGS BONDS       078409408   002
BOX 3 INTEREST ON U.S. SAVINGS BONDS AND
      TREAS. OBLIGATIONS                  423.20

     TOTAL U.S. TREASURY NOTES            915.52

If your name or Social Security number is incorrect, please call the number listed above or contact your local Wachovia branch.
THIS IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE. IF YOU ARE REQUIRED TO FILE A RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF THIS INCOME IS TAXABLE AND THE IRS DETERMINES THAT IT HAS NOT BEEN REPORTED OR THAT AN UNDERPAYMENT OF TAX RESULTS BECAUSE YOU OVERSTATED A DEDUCTION FOR THIS MORTGAGE INTEREST OR FOR THESE POINTS OR BECAUSE YOU DID NOT REPORT THIS REFUND OF INTEREST ON YOUR RETURN. FOR PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE AND INSTRUCTIONS FOR COMPLETING THIS FORM, SEE THE 2006 INSTRUCTIONS FOR FORMS 1099, 1098, 5498, AND W-2G.

1099-DIV (OMB No.1545-0110),1099-INT (OMB No.1545-0112),1099-MISC (OMB No.1545-0115), 1099-OID (OMB No.1545-0117), 1099-B (OMB No.1545-0715),1099-C (OMB No.1545-1424),1099-A (OMB No.1545-0877),1098 (OMB No. 1545-0901),1098-E (OMB No. 1545-1576)

P0109

INTEREST REPORTING NC0467
1525 W WT HARRIS BLVD 3B5
CHARLOTTE NC  28262-8522

010601 01 5DG  676 *AUTO**5-DIGIT 30288

|||||||||||||||||||||||||||||||||||||||||||||||||||

YVETTE I BOYKIN
4045 ROCKEY VALLEY DR
CONLEY          GA 30288-1404

**E.I.N. 56-1948225**

**FOR CALENDAR YEAR**

**2007**

**TAXPAYER ID NUMBER**

2007 – 1099-INT, INTEREST INCOME

                    ACCOUNT NUMBER
INT CHECKING
BOX 1                    INTEREST INCOME          6.34
SAVINGS              3000280974801
BOX 1                    INTEREST INCOME         15.31

                    TOTAL INTEREST              21.65
            TOTAL TAX EXEMPT INTEREST           .00

2007 – 1099-INT, INTEREST INCOME

                    ACCOUNT NUMBER
SAVINGS BONDS     3108 B31080308079408
BOX 3 INTEREST ON U.S. SAVINGS BONDS AND
        TREAS. OBLIGATIONS                     114.80
SAVINGS BONDS     3108 B31080702079408
BOX 3 INTEREST ON U.S. SAVINGS BONDS AND
        TREAS. OBLIGATIONS                     113.40
SAVINGS BONDS     3108 B31080713079408
BOX 3 INTEREST ON U.S. SAVINGS BONDS AND
        TREAS. OBLIGATIONS                     117.40

            TOTAL U.S. TREASURY NOTES          345.60
            TOTAL TAX EXEMPT INTEREST          .00

P0110

If your name or Social Security number is incorrect, please call the number listed above or contact your local Wachovia
branch.
THIS IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE.  IF YOU ARE REQUIRED TO FILE A
RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF THIS INCOME IS TAXABLE AND THE IRS DETERMINES THAT
IT HAS NOT BEEN REPORTED OR THAT AN UNDERPAYMENT OF TAX RESULTS BECAUSE YOU OVERSTATED A DEDUCTION FOR THIS MORTGAGE
INTEREST OR FOR THESE POINTS OR BECAUSE YOU DID NOT REPORT THIS REFUND OF INTEREST ON YOUR RETURN.  FOR PRIVACY ACT AND
PAPERWORK REDUCTION ACT NOTICE AND INSTRUCTIONS FOR COMPLETING THIS FORM, SEE THE 2007 INSTRUCTIONS FOR FORMS 1099, 1098,
5498, AND W-2G.

1099-DIV (OMB No.1545-0110), 1099-INT (OMB No.1545-0112), 1099-MISC (OMB No.1545-0115),  1099-OID (OMB No.1545-0117),
1099-B (OMB No.1545-0715), 1099-C (OMB No.1545-1424), 1099-A (OMB No.1545-0877), 1098 (OMB No. 1545-0901), 1098-E (OMB No. 1545-1576)

DI00WA 1017

Print Exit

December 3, 2001

## FINAL INVESTIGATIVE REPORT

CASE NAME:   Boykin, Yvette I v. KeyBank National Association

CASE NUMBER: 02-01-0646-8

### I.  JURISDICTION

A complaint was filed with HUD on September 27, 2001 alleging that the complainant(s) was injured by a discriminatory act.  It is alleged that the respondent(s) was responsible for:  discriminatory financing (includes real estate transactions).  It is alleged that the respondent(s)'s acts were based on race and sex.  The most recent act is alleged to have occurred on August 1, 2001.  The violation occurred at , NY.  If proven, the allegation(s) would constitute a violation of Section 805 of Title VIII of the Civil Rights Act of 1968 as amended by the Fair Housing Act of 1988.

The respondent(s) receive no federal funding.


### II.  PARTIES AND AGGRIEVED PERSONS

A.  Complainant(s)

    Yvette I. Boykin
    4045 Rockey Valley Drive
    Conley, GA 30288

    Complainant Allegations

B.  Other Aggrieved Persons

    None.

C.  Respondent(s)

    KeyBank National Association
    390 Main Street
    Buffalo, NY 14202

    Respondent Defenses

D.  Witnesses                          **EXHIBIT NO. 4**

    None.

*P0111*

III.  CASE SUMMARY

A.  Interviews

RESPONDENT
Date of Interview:  November 9, 2001
Type of Interview:  In-Person
Interviewer:  Messinger, I. Bruce

A Respondent only conference was held in the Division's office. Present on behalf of Respondent were Kerwin Kelley, Relationship Manager; and Laurence Oppenheimer, Attorney.

Mr. Kelley stated Complainant applied for a loan at Respondent's Main Place Mall store sometime around August 1, 2001. He was the representative who assisted Complainant. Asked what steps there are in applying for a loan Mr. Kelley replied, the customer is interviewed to find out what their needs are in order to determine what product (loan) best suits their needs. If the customer agrees to the type of loan then an application is completed electronically. For the type of loan Complainant applied for the customer cam be given a preliminary answer within a day or two. Complainant applied for a home equity loan. Answering additional questions relating to the application process Mr. Kelley related he does not know what steps are followed in other states. He did stated that it would make a difference where Complainant, or any other customer, lived in making an application for a loan. That is if the person lived in the home or did not. There are also different products (loans) one for owner occupied and the other for non-owner occupied. He explained the difference is in the interest rate. Mr. Kelley stated when Complainant applied for the loan she did say that she lives in Georgia. Complainant applied for a non-owner occupied loan and was quoted an interest rate.

Mr. Kelley stated at the time Complainant made out the application he told her the loan was conditionally approved, her loan application was for approximately $ 17,000 or $ 19,000. Asked who makes the final decision in granting or denying a loan, Mr. Kelley stated it would be an Underwriter. He noted that the Underwriters are located in Ohio. The approval normally can take from a day or two to about one month depending on how much information is needed and how quickly it is provided. In Complainant's case he found out her loan had not been approved within an hour or two and he called to tell her. Mr. Oppenheimer noted that Complainant requested a rush answer as she was leaving Buffalo within a few days to return home.

Questioned as to the reason for disapproving the loan Mr. Kelley related he was told by the Underwriter Complainant's loan was denied because she did not live in New York. Replying to specific questions Mr. Kelley he has not had any other applications rejected for the same or similar reasons recently. He explained High Loan to Value means the bank will loan up to 85 % of the value of a home in a standard loan, High Loan to Value is anything above 85 %. He believes Complainant's application was High Loan to Value. Asked what other criteria is looked at by Respondent, Mr. Kelley stated he does not know, this is up to the Underwriter he just does the intake.

Mr. Kelley stated the decision of approving or denying a loan is made by the Underwriter. He deals with all Underwriters and each is different. Questioned as to Respondent's knowledge of the Buffalo, N.Y. market and demographics, Mr. Kelley replied other than himself he does not know if the Underwriters are aware of the Buffalo, N.Y. market. Asked what statistical tools Respondent uses, Mr. Kelley replied he does not know. According to Mr. Kelley at the time Complainant made her loan application he received one or two inquires. He does not know how many of these inquires turned into a home equity loan. Answering additional questions Mr. Kelley stated the Bank policy is not to make home equity loans for property in New York State where the person resides in another State.

P0112

There are exceptions made based on having a business relationship with the Bank. He does not believe Complainant had a business relationship with the Bank nor did she qualify for any other exception. Mr. Kelley stated to his knowledge there have been applicants denied loans for not meeting the criteria set by Respondent regardless of their sex, race or color.

Asked to define terms used Mr. Kelley replied Conditional means verification of credit, income, value of property need to be ok'ed. Due Diligence means a person actually looks at things and checks out the information in more detail. Mr. Kelley stated when Complainant's loan was denied he believes he offered her other types of loans. Asked what other loans were offered, Mr. Kelley replied he doesn't recall what products he mentioned to her.

Mr. Kelley denied Respondent discriminated against Complainant. He noted that home equity loans do not require demographic information such as sex, race or color as do mortgage applications.

B.  Documents

   None.

C.  Interrogatories

   None.

PO 113

12/03/2001 12:05 PM

 KEYBANK NATIONAL ASSOCIATION
390 MAIN STREET
BUFFALO, NY 14202
716-847-1382

August 1, 2001

YVETTE BOYKIN
4045 ROCKEY VALLEY DR
CONLEY, GA 30288-1404

## GOOD FAITH ESTIMATE

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates - the actual charges may be more or less. Your transaction may not involve a fee for every item listed.

The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 or HUD-1A settlement statement that you will be receiving at settlement. The HUD-1 or HUD-1A settlement statement will show you the actual cost for items paid at settlement.

| Numbers from HUD-1 or HUD-1A: | Description of Charges | Estimated Charge POC* |
|---|---|---|
| 1201 | RECORDING FEE | $20.00 - 500.00 |
| 1103 | TITLE EXAMINATION | $50.00 - 185.00 |
| 809 | FLOOD HZD - LIFE OF LOAN TRACK | $12.00 |
| 803 | APPRAISAL FEE | $65.00 - 400.00 |
| 804 | CREDIT REPORT | $ 5.00 Per Person |
| 801 | ORIGINATION FEE | $99.00 |

*If POC is indicated, this charge will be paid outside of closing.

### THIS SECTION TO BE COMPLETED BY THE LENDER ONLY IF A PARTICULAR PROVIDER OF SERVICE IS REQUIRED

Listed below are providers of service, which we require you use. The charges or range indicated in the Good Faith Estimate above are based upon the corresponding charge of the below designated providers.

Designated Charge   Item No. **809**     Phone No.**1-800-447-1772**
Service Provided   **Initial Flood Search - Life of Loan Tracking**
Provider's Name   **FIRST AMERICAN FLOOD DATA SERVICES**
Address   **11902 BURNET RD. AUSTIN, TX 78758**

We do have a business relationship with the above named provider;
**Nature of Relationship:**
**National Insurance Group is contracted to provide a majority of KeyBanks' flood determinations and Life of Loan Tracking.**
If checked, Lender will require a particular provider(s) from a list which is controlled or approved by Lender for item Number(s): X 803, X 1103,  1108, unless prohibited by law. The actual cost and specific providers will be shown in the Settlement Statement given at closing.

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended **(RESPA).** Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender, if your application is to purchase residential real property and the lender will take a first lien on the property.

## EXHIBIT NO. 5

90 - 012131037170C

good

*P0114*



Rebecca S. Ruppert
Ph: 216-689-3937
Fax: 216-689-5681

KeyBank
127 Public Square
Cleveland, OH 44114-1306

October 2, 2001 RECEIVED

OCT - 3 2001

Buffalo Regional Office

**VIA AIRBORNE EXPRESS**

William P. Marks, Regional Director
State of New York
Executive Department, Division of Human Rights
Walter J. Mahoney State Office Building
65 Coart Street, Suite 506
Buffalo, NY 14202

Re:  <u>Yvette I. Boykin v. KeyBank National Association</u>
<u>Charge No. 7-H-RS-05-7904331-H</u>

Dear Mr. Marks:

This writing and the accompanying exhibits shall serve as KeyBank National Association's (herein "Key") position statement to the Charge initiated by Yvette L. Boykin. Thank you for extending to us the courtesy of additional time in which to investigate and to respond to Ms. Boykin's claims.

I have attempted to provide you with a full and candid disclosure of the relevant events in this matter. Please be advised, however, that the facts set forth are a summary and are based on an investigation of the facts at the time of this letter. By submitting this summary to you, Key in no way waives its right to present additional facts or arguments. Further, this summary, while believed to be true and correct, does not constitute an affidavit and is not intended to be used as evidence in any Commission or other administrative proceeding or court proceeding of any kind, but is intended solely for the purpose of your agency's inquiry. Key deems the information and documents disclosed to be trade secrets, confidential commercial or financial information, and information involving the personal privacy of the individuals discussed. Therefore, Key requests that you not release such information to third parties, including Ms. Boykin, except as is specifically authorized by law. See 5 U.S.C. Section 552; 29 C.F.R. Part 1610; 18 U.S.C. Section 1905.

<u>Summary of Charge</u>

Ms. Boykin alleges that Key discriminated against her by denying her request for a Home Equity Loan based on her race, sex, and the fact that the property she was requesting a Home Equity Loan for is located in a minority concentrated area. These allegations are false.

{00136533.DOC v1}                    **EXHIBIT NO. 6**

P0115

Additionally, Ms. Boykin claims that she was originally told that her loan application had been approved based on her credit report and that it would be submitted for further processing, but then later that same day she was informed that her loan request had been denied because she did not live in the state of New York.

Key is confident that a thorough review by the Commission of the information and documents presented will lead to the inescapable conclusion that Key did not discriminate against Ms. Boykin. Key also is confident the Commission will find no probable cause to believe that Key discriminated against Ms. Boykin in violation of the statute.

## Key's Response to the Charge

On August 1, 2001, Ms. Boykin met with Kerwin Kelley, a Relationship Manager in the Retail Sales Area of the Main Place Mall KeyCenter in Buffalo, New York, for the purpose of applying for a High LTV* (loan to value) Equity Loan. The loan was to be used for certain rental property located in the state of New York. Ms. Boykin indicated that her primary residence was in Conley, Georgia.

Mr. Kelley took Ms. Boykin's application and submitted it to Key's Consumer Loan Center for processing during the August 1, 2001 meeting. During the application process on that date, Mr. Kelley advised Ms. Boykin that she was conditionally approved for the loan but that some due diligence still had to be completed on the loan application. At that time, Ms. Boykin advised Mr. Kelley that she would only be in town until the following Monday, August 6, 2001, and that she would like a decision on the loan prior to her leaving town. Subsequently, when Mr. Kerwin submitted the loan application for processing he requested a decision be made on the application by Monday, August 6, 2001. At no time during their conversation at the KeyCenter did Mr. Kerwin advise Ms. Boykin that her loan had been approved.

Later that same day, and after Ms. Boykin had left the KeyCenter, Mr. Kelley was informed by the Direct Lending Center that Ms. Boykin's loan request had been declined based upon KeyBank's Policy Guidelines (Exhibit A). The Guidelines state, among other things, that High LTV loans will not normally be made on rental properties where the borrower's primary residence is not located in the same state as the subject rental property. Additionally, the Guidelines provide that there may be exceptions to the general policy if certain other circumstances warrant approval, such as loans to: long time customers who continue to maintain a significant deposit relationship with KeyBank; customers on work assignments out the country; customers on temporary out of area transfers with a local employer; residents of other states who plan to relocate to our area; and cosigners who wish to sign for a local applicant. None of these circumstances applied to Ms. Boykin. As a result, the loan application was denied.

Upon receiving notice of the denial, Mr. Kelley contacted Ms. Boykin and advised her that the loan application had been turned down because the request did not meet the guidelines for a High LTV Equity Loan per the Guidelines established by KeyBank. Mr. Kelley apologized to Ms. Boykin for originally indicating that the loan application was conditionally approved, and further explained that when taking Ms. Boykin's application, he had not been aware of the bank's policy against making loans for rental properties located in a state other than that where

{00136533.DOC v1}

the borrower maintained his/her primary residence. Mr. Kelley did, however, offer Ms. Boykin other possible alternatives that she could pursue to obtain the desired financing through KeyBank. Ms. Boykin, nevertheless, declined to investigate such opportunities at that time. That concluded KeyBank's involvement with Ms. Boykin.

## Conclusion

In sum, Ms. Boykin's claims of racial and gender discrimination are completely without merit. KeyBank's denial of Ms. Boykin's loan application rested solely and exclusively upon KeyBank's lending Policy Guidelines.

I hope that the foregoing information has helped clarify the circumstances surrounding Ms. Boykin's Charge. I am confident that a review of the above information and the accompanying Exhibits will convince the Commission that Key did not discriminate against Ms. Boykin. It is my hope that this matter will be resolved without the necessity of any further action. Should you need anything further, please do not hesitate to contact me at (216) 689-3937.

Very truly yours,

Rebecca S. Ruppert
Senior Vice President and
Senior Managing Counsel

Enclosures
Cc:  Sandra Villa
       Kerwin Kelley

{00136533.DOC v1}

*P0117*

# CONFIDENTIAL

---

MANUAL: POLICY AND PROCEDURE                    PAGE  3

---

SECTION: REAL ESTATE EQUITY                EFFECTIVE:  11/29/99

---

HIGH LTV EQUITY LOANS

A  high  LTV equity loan is an installment loan which includes a lien on the
borrower's principal dwelling up to 100% LTV.

This product is intended for customers interested in the tax advantages of
using the equity in their principal dwellings above the maximum LTVs
established for conventional equity loans.

**Minimum / Maximum**
Minimum loan is $5,000. (Unless otherwise specified by state law.)
Maximum loan is $30,000.

**Credit Requirements**
The high LTV product must be underwritten as <u>unsecured credit</u>. A lien on real
estate is taken as an accommodation to the customer, and is not considered a
factor in the credit decision. These loans, however, are subject to supervisory
LTV limit reporting requirements under FDICIA. In addition to the general
credit policies outlined in this section, the following will apply.

-The maximum loan should not exceed the lesser of 100% LTV, 25% of gross
income, or $30,000..

If an applicant already has an equity loan, or applies for both a conventional
equity loan and a high LTV loan simultaniously, the high LTV approval must be
an independent decision, based on the higher credit scores and other criteria
applicable to unsecured lending.

Because a lien on real estate is not a factor in the credit decision, market
value
may be established by using the customer's stated value. (Limited to loans up
to $50,000 on PB&I.)

Market value may also be based on a tax value, an evaluation, or a professional
appraisal regardless of age, completed by any realtor or professional appraiser,
whether on a current approved list of appraisers or not.

**EXHIBIT NO. 7**

R-1

PO 118

# CONFIDENTIAL

| MANUAL:   POLICY AND PROCEDURE | PAGE:   13 |
| --- | --- |

## OUT OF AREA LOANS

While legally collectible, loans to out of area residents obviously present additional collection problems. The benefits of continuing to make loans to a customer who has moved out of our area are usually outweighed by the added risk. Consequently, loans should normally not be made to out of area applicants.

There will be exceptions to this policy as dictated by good judgment. Examples would include:

- Long time customers who continue to maintain a significant deposit relationship with the Bank.
- Customers on work assignments out of the country.
- Customers on temporary out of area transfers with a local employer.
- Residents of other states who plan to relocate to our area.
- Cosigners who wish to sign for a local applicant.

Residents of areas approved under indirect, telesales, and bankcard programs.

P0119

# CONFIDENTIAL

Key Bank, N.A.
Applications for Non-Owner Occupied
Home Improvement Loan
January 1, 2001 – October 1, 2001

| Race | Total Applications | Loans Originated | Loans Denied | Withdrawn/ Incomplete |
|---|---|---|---|---|
| Native American | 1 | 0 | 1 | 0 |
| Asian/Pacific Islander | 0 | 0 | 0 | 0 |
| Black | 1 | 0 | 1 | 0 |
| Hispanic | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 |
| **Total Minority** | **2** | **0** | **2** | **0** |
| White | 6 | 0 | 5 | 1 |
| No Information | 11 | 3 | 8 | 0 |

| Census Tract* | Total Applications | Loans Originated | Loans Denied | Withdrawn/ Incomplete |
|---|---|---|---|---|
| Substantially Minority | 4 | 1 | 3 | 0 |
| Not Substantially Minority | 15 | 2 | 12 | 1 |

\*     Based on federal guidelines

**EXHIBIT NO. 8**

R-2

P0120