UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

YVETTE BOYKIN,

        Plaintiff,

v.

KEY CORP AND ITS SUBSIDIARY,
KEY BANK NATIONAL ASSOCIATION, d/b/a
KEYBANK

        Defendants.

_____

**CERTIFICATION**

Civil Case No.
03-CV-0944S(Sr)

## MEDIATION CERTIFICATION

A mediation session was held on:  October 17, 2008

☒    **Case has settled.**  The parties have been instructed to file a stipulation for dismissal pursuant to Rule 41.1 of the Local Rules of Civil Procedure for the Western District of New York.

☐    **Case has settled in part.**  The parties have been instructed to file a stipulation setting forth the resolved claims within five (5) business days from the mediation session.

☐    **Case has not settled.**  Mediation will continue on.

☐    **Case has not settled.**  Mediation is complete.  The case will proceed toward trial pursuant to the Court's scheduling order.

/s/  Marilyn A. Hochfield
Mediator

Date:   October 20, 2008