UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**YVETTE BOYKIN,**

        *Plaintiff,*

-vs.-

**KEYCORP and its subsidiary,
KEYBANK NATIONAL ASSOCIATION,
d/b/a KEYBANK**

        *Defendants.*

**STIPULATION OF
DISCONTINUANCE**

Civil Action No.
03-CV-00944S(Sr)

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is stipulated and agreed by the parties that this action be, and the same hereby is dismissed with prejudice, without costs to any party as against the other.

Dated:   October 27, 2008

| | |
|---|---|
| **YVETTE BOYKIN** | **HISCOCK & BARCLAY, LLP** |
| By:  s/ Yvette Boykin<br>    Yvette Boykin | By:  s/ Laurence B. Oppenheimer<br>    Laurence B. Oppenheimer, Esq. |
| *Pro Se Plaintiff*<br>4045 Rockey Valley Drive<br>Conley, Georgia  30288<br>Telephone:  (404) 244-1742<br>Facsimile:<br>E-Mail:  yboykin@bellsouth.net | *Attorneys for Defendants*<br>1100 M&T Center<br>Three Fountain Plaza<br>Buffalo, New York 14203-1414<br>Telephone:  (716) 566-1300<br>Facsimile:  (716) 846-1207<br>E-Mail:  loppenheimer@hblaw.com |