UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**YVETTE BOYKIN,**

          *Plaintiff,*

-vs.-

**KEYCORP and its subsidiary,
KEYBANK NATIONAL ASSOCIATION,
d/b/a KEYBANK**

          *Defendants.*

**STIPULATION OF
DISCONTINUANCE**

Civil Action No.
03-CV-00944S(Sr)

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is stipulated and agreed by the parties that this action be, and the same hereby is dismissed with prejudice, without costs to any party as against the other.

Dated: October 27, 2008

**YVETTE BOYKIN**

By: s/ Yvette Boykin
    Yvette Boykin

*Pro Se Plaintiff*
4045 Rockey Valley Drive
Conley, Georgia 30288
Telephone: (404) 244-1742
Facsimile:
E-Mail: yboykin@bellsouth.net

**HISCOCK & BARCLAY, LLP**

By: s/ Laurence B. Oppenheimer
    Laurence B. Oppenheimer, Esq.

*Attorneys for Defendants*
1100 M&T Center
Three Fountain Plaza
Buffalo, New York 14203-1414
Telephone: (716) 566-1300
Facsimile: (716) 846-1207
E-Mail: loppenheimer@hblaw.com